UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,<br><br>AND ALL RELATED CASES. | **ORDER**<br><br>MDL 1566<br>CV-S-1431-PMP (PAL)<br>BASE FILE |
| FAIRHAVEN POWER COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ENCANA CORPORATION, et. al.,<br><br>            Defendants. | MDL 1566<br>CV-S-05-0243-PMP (PAL) |
| ABELMAN ART GLASS, On Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>ENCANA CORPORATION et. al.,<br><br>            Defendants. | MDL 1566<br>CV-S-05-0437-PMP (PAL) |

|   |   |   |
|---|---|---|
| 1 | UTILITY SAVINGS & REFUND ) <br> SERVICES, et al., ) | |
| 2 |  ) | |
|   | Plaintiffs, ) | |
| 3 |  ) | |
|   | v. ) | |
| 4 |  ) | |
|   | RELIANT ENERGY SERVICES, INC., et ) | MDL 1566 |
| 5 | al., ) | CV-S-05-0110-PMP (PAL) |
|   |  ) | |
| 6 | Defendants. ) | |
|   | _____ ) | |

       Presently before this Court is Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s Motion to Dismiss for Failure to State a Claim, Pursuant to Rule 12(b)(6) (Doc. #205) filed on July 22, 2005. Plaintiffs filed Plaintiffs' Memorandum in Opposition to Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) (Doc. #215) on August 16, 2005. Defendants filed a Reply (Doc. #226) on September 6, 2005.

       On July 22, 2005, AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s Co-Defendants[1] moved this Court to dismiss Plaintiffs' first through fifth claim for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #206). These Defendants argued that the filed rate doctrine bars Plaintiffs' claims, or alternatively the claims are preempted by federal jurisdiction. Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s joined in Defendants' motion to dismiss based on the filed rate doctrine and federal preemption, in addition to arguing that this Court should dismiss Plaintiffs' claims for failure to state a claim. (Defs.

---

[1]   Duke Energy Trading and Marketing, L.L.C.; Duke Energy North America, L.L.C.; Aquila Merchant Services, Inc.; Centerpoint; CMS Energy Resources Management Company; Coral Energy Resources L.P.; Dynegy Holding Co.; Dynegy Marketing & Trade; Dynegy Power Marketing; EnCana Corporation; WD Energy; Reliant Energy Services, Inc.; Reliant Energy, Inc.; Sempra Energy Trading Corp.; The Williams Companies, Inc.; Williams Power Company, Inc.; Xcel Energy, Inc.; and e prime, inc.

AEP Energy Serv., Inc.'s and American Electric Power Co., Inc.'s Mot. to Dismiss for Failure to State a Cl., Pursuant to Rule 12(b)(6) at 1 n.1.)

On December 19, 2005, this Court issued an Order granting Defendants' motion to dismiss. (Order dated Dec. 19, 2005 [Doc. #263].) This Court held that filed rate doctrine barred Plaintiffs' claims as to all Defendants. (Id.) Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s were inadvertently not included in this Court's Dec. 19 Order, despite having joined in the joint Defendants' motion. For the same reasons set forth in this Court's Dec. 19, 2005 Order, the filed rate doctrine bars Plaintiffs' claims as to Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s. Therefore, this Court's prior Dec. 19, 2005 Order shall apply with equal force to AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s and this Court need not consider Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s other proposed grounds for dismissal.

IT IS THEREFORE ORDERED that Defendants AEP Energy Services, Inc.'s and American Electric Power Company, Inc.'s Motion to Dismiss for Failure to State a Claim, Pursuant to Rule 12(b)(6) is hereby GRANTED and Judgment is hereby entered in favor of Defendants and against Plaintiffs.

Dated: December 28, 2005

_____
PHILIP M. PRO
Chief United States District Judge