Joel B. Kleinman
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

*Attorneys for Defendants Duke Energy Corporation and Duke Energy Trading and Marketing, L.L.C.*

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL Docket No. 1566 |
| LEARJET, INC., et al., <br><br>            Plaintiffs, <br><br> v. <br><br> ONEOK, INC., et al., <br><br>            Defendants. | Case No. CV-S-03-1431-PMP (PAL) <br> Base File <br><br> Case No. CV-S-06-233-PMP (PAL) |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION, in its Capacity as Trustee of FLI Liquidating Trust, <br><br>            Plaintiff <br><br> v. <br><br> THE WILLIAMS COMPANIES, INC., et al., <br><br>            Defendants. | Case No. CV-S-05-1331-PMP (PAL) |

**DEFENDANTS' OPPOSITION TO MOTION
TO APPOINT SEPARATE LEAD COUNSEL**

Defendants Duke Energy Corporation, Duke Energy Trading and Marketing Company, L.L.C., ONEOK Inc., ONEOK Energy Marketing and Trading Company, L.P., Kansas Gas Marketing Company, The Williams Companies, Inc., Williams Merchant Services Company, Inc., Williams Power Company, Inc. f/k/a Williams Energy Marketing & Trading Company, American Electric Power Company, Inc., AEP Energy Services, Inc., Dynegy Marketing & Trade, El Paso Corporation, El Paso Merchant Energy, L.P., CMS Marketing Services and Trading Company, CMS Field Services, CenterPoint Energy, Inc., Reliant Energy, Inc., Reliant Energy Services, Inc., Coral Energy Resources, L.P., Western Gas Resources, Inc., Xcel Energy, Inc., and e prime, inc. (collectively, "Defendants") respectfully submit this Memorandum in opposition to Plaintiffs' Motion To Appoint Separate Lead Counsel For The "Full Consideration Cases," *i.e.*, *J.P. Morgan Trust Co. v. The Williams Companies*, No. CV-S-05-1331-PMP (PAL) ("*J.P. Morgan*"), and *Learjet, Inc. v. ONEOK, Inc.*, No. CV-S-06-233-PMP (PAL) ("*Learjet*").

In their motion, Plaintiffs never articulate any valid basis for the appointment of separate lead counsel. There is nothing in the record to suggest that current lead counsel are unable to fulfill their responsibilities with respect to the *J.P. Morgan* or *Learjet* cases. Moreover, in the current era of instantaneous electronic service of court filings and orders, and of frequent email communications among all counsel, there is little need for lead counsel to perform their traditional functions of giving notice and acting as an information clearinghouse for other attorneys.

Because there is no justification for the appointment of separate lead counsel, it is apparent that Plaintiffs filed the present motion solely as a procedural device to allow them to re-argue the merits of the pending motions to dismiss.[1] But Plaintiffs' argument against dismissal remains unavailing.

---

[1] In another procedural stratagem, Plaintiffs' counsel filed a joint motion in September with the Judicial Panel on Multidistrict Litigation, asking the JPML to create a "new" MDL docket encompassing only the *J.P. Morgan* and *Learjet* cases, and proposing that the cases be transferred away from this Court to the District of Kansas. This forum-shopping was motivated by Plaintiffs'

1

Plaintiffs argue that the *J.P. Morgan* and *Learjet* cases should not be dismissed on the basis of the filed rate doctrine – as have all of the other nearly identical cases pending before this Court – because application of the filed rate doctrine turns on "plaintiffs' choice of damage theory," and Kansas law provides for a damage calculation based on the full consideration paid by plaintiffs. *See* Plaintiffs' Memorandum at 3. Plaintiffs' argument is incorrect. Under Kan. Stat. Ann. § 50-101, *et seq.*, for a plaintiff to obtain <u>any</u> recovery, the plaintiff must establish that it was <u>damaged</u> by "artificially higher charges" which were "imposed upon" plaintiff as a result of defendant's misconduct. *Winters v. Kan. Hosp. Serv. Ass'n, Inc.*, 562 P.2d 98, 101 (Kan. Ct. App. 1977). In their complaints in both *J.P. Morgan* and *Learjet*, Plaintiffs acknowledge this antitrust injury requirement under Kansas law by alleging that they were "injured" by having "paid more for natural gas than they would have paid in the absence of" Defendants' alleged misconduct. Learjet Complaint ¶ 73; J.P. Morgan Amended Complaint ¶ 63. In other words, Plaintiffs allege that they were injured because the price they paid for natural gas was higher than it supposedly "would have been" absent Defendants' alleged misconduct. To grant any relief under Kansas antitrust law, therefore, this Court would have to determine that rates would have been lower in the FERC-supervised interstate natural gas market absent the alleged misconduct. As this Court has properly held, the filed rate doctrine bars a court from making such a determination regarding rates in the FERC-supervised market. *E.g., In re W. States Wholesale Natural Gas Antitrust Litig.*, 368 F. Supp. 2d 1110, 1116 (D. Nev. 2005). Thus,

---

dissatisfaction with this Court's previous dismissal rulings. Acting *sua sponte*, the Panel struck the "new MDL" motion, on the ground that the two cases proposed as a new MDL lacked the requisite multidistrict character, and that therefore the JPML was without jurisdiction to even consider the motion.

    Undeterred by the Panel's *sua sponte* order, Plaintiffs' counsel yesterday filed a new joint motion, asking the JPML to create a separate MDL docket in Kansas encompassing *J.P. Morgan, Learjet*, and a third case also pending in this Court, *Breckenridge Brewery of Colorado v. Oneok, Inc.*, Case No. 06-CV-1351-PMP (PAL). The new motion papers do not address the fact that the earlier motion was summarily rejected, nor disclose that the critical filed rate issue is pending *sub judice* in the *J.P. Morgan* case, and will be fully briefed in the *Learjet* case shortly.

2

DICKSTEIN
SHAPIRO LLP

2159710.01

the *J.P. Morgan* and *Learjet* cases are indistinguishable from the other cases dismissed by this Court on the basis of the filed rate doctrine.

Indeed, if Plaintiffs were correct that a different outcome is required because the claims in *J.P. Morgan* and *Learjet* were brought under Kansas rather than California antitrust law, the result would be to disrupt the uniform regulation of the interstate natural gas market established by the Natural Gas Act. The Supreme Court ruled in *Arkansas Louisiana Gas Co. v. Hall*, 453 U.S. 571, 579 (1981), that, in order to avoid just such an outcome and to preserve "the congressional scheme of uniform rate regulation," the filed rate doctrine bars claims like those of Plaintiffs here.

Moreover, in *California ex rel. Lockyer v. Mirant Corp.*, 266 F. Supp. 2d 1046, 1061 (N.D. Cal. 2003) ("*Lockyer v. Mirant*"), aff'd sub nom. *Cal. ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831 (9th Cir. 2004), the district court, following *Arkansas Louisiana Gas*, dismissed a suit on the basis of the filed rate doctrine where plaintiff was seeking fixed civil penalties under California law, rejecting plaintiff's argument that the doctrine did not apply because the fixed monetary sanction it sought would not require the court to determine an alternative rate. The court reasoned that the filed rate doctrine barred plaintiff's claim because awarding even fixed civil penalties would in effect "chang[e] the filed rate and unsettle the markets in ways cautioned against in *Arkansas Louisiana Gas*." 266 F. Supp. 2d at 1061.

Similarly, in the present case, the possibility that Plaintiffs could obtain "full consideration" relief does not save their claims from dismissal under the filed rate doctrine. Because the relief sought by Plaintiffs under the Kansas statute would require the Court to determine what rates would have been in the FERC-supervised interstate market absent Defendants' alleged misconduct, it is barred by the filed rate doctrine.

DICKSTEIN
SHAPIRO LLP

2159710.01

## CONCLUSION

For the foregoing reasons, Plaintiffs' Motion To Appoint Separate Lead Counsel For The Full Consideration Cases should be denied.

Respectfully submitted,

DATED: Oct 31, 2006

DICKSTEIN SHAPIRO LLP

JOEL B. KLEINMAN

*/s/ Joel B. Kleinman*

1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Attorneys for Defendants Duke Energy Corporation and Duke Energy Trading and Marketing, L.L.C.

DATED: Oct 31, 2006

GABLE & GOTWALS, A PROFESSIONAL CORPORATION

AMELIA A. FOGELMAN

*/s/ Amelia A. Fogelman/ap*

1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

Attorneys for Defendants ONEOK Inc. and ONEOK Energy Services Company, L.P., formerly known as ONEOK Energy Marketing and Trading Company, L.P.

| | | |
|---|---|---|
| 1 | DATED: Oct 31, 2006 | DLA PIPER US LLP |
| 2 | | JEFFREY M. SHOHET |
| 3 | | *Jeffrey M. Shohet /ap* |
| 4 | | 401 B Street, Suite 1700 |
| 5 | | San Diego, CA 92101<br>Telephone: (619) 699-2743<br>Facsimile: (619) 764-6743 |
| 6 | | |
| 7 | | Attorneys for Defendants The Williams Companies, Inc., Williams Merchant Services Company, Inc., and Williams Power Company, Inc. f/k/a Williams Energy Marketing & Trading Company |
| 8 | | |
| 9 | | |
| 10 | DATED: Oct 31, 2006 | HOGAN & HARTSON L.L.P. |
| 11 | | STEVEN J. ROUTH<br>ROBERT B. WOLINSKY |
| 12 | | |
| 13 | | *Steven J. Routh /ap* |
| 14 | | 555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |
| 15 | | |
| 16 | | |
| 17 | | Attorneys for Defendants American Electric Power Company, Inc. and AEP Energy Services, Inc. |
| 18 | DATED: Oct 31, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 19 | | |
| 20 | | DOUGLAS R. TRIBBLE<br>JOHN M. GRENFELL |
| 21 | | *Douglas R. Tribble /ap* |
| 22 | | 501 West Broadway, Suite 1100<br>San Diego, CA 92101 |
| 23 | | Telephone:   (619) 234-5000<br>Facsimile:    (619) 819-4275 |
| 24 | | |
| 25 | | Attorneys for Defendant Dynegy Marketing & Trade |
| 26 | | |
| 27 | | |
| 28 | | |

DICKSTEIN
SHAPIRO LLP

5

2159710.01

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: Oct 31, 2006 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | DIANE E. PRITCHARD |
| 5 | | *Diane E. Pritchard/ap* |
| 6 | | 425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 7 | | |
| 8 | | Attorneys for Defendants El Paso Corporation and El Paso Merchant Energy, L.P. (now known as El Paso Marketing, L.P.) |
| 9 | | |
| 10 | DATED: Oct 31, 2006 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 11 | | MARK E. HADDAD |
| 12 | | *Mark E. Haddad/ap* |
| 13 | | 555 West 5th Street, 40th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| 14 | | |
| 15 | | Attorneys for Defendants CMS Marketing Services and Trading Company and CMS Field Services |
| 16 | | |

| | | |
|---|---|---|
| 1 | DATED: Oct 31, 2006 | AKIN GUMP STRAUSS HAUER & FELD, LLP |
| 2 | | REGINALD STEER |
| 3 | | *Reginald Steer/ap* |
| 4 | | 580 California Street, Suite 1500<br>San Francisco, CA 94104-1036 |
| 5 | | Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501 |
| 6 | | |
| 7 | | ORRIN L. HARRISON III<br>KAREN C. CORALLO |
| 8 | | *Orrin L. Harrison III/ap* |
| 9 | | 1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4675 |
| 10 | | Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 |
| 11 | | Attorneys for Defendant CenterPoint Energy, Inc. |
| 12 | DATED: Oct 31, 2006 | BAKER BOTTS LLP |
| 13 | | |
| 14 | | J. GREGORY COPELAND |
| 15 | | *J. Gregory Copeland/ap* |
| 16 | | One Shell Plaza<br>910 Louisiana |
| 17 | | Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-2872 |
| 18 | | |
| 19 | | Attorneys for Defendants Reliant Energy Services, Inc. and Reliant Energy, Inc. |
| 20 | DATED: Oct 31, 2006 | FULBRIGHT & JAWORSKI LLP |
| 21 | | JOSHUA D. LICHTMAN |
| 22 | | *Joshua D. Lichtman/ap* |
| 23 | | 865 S. Figueroa Street, 29th Floor |
| 24 | | Los Angeles, CA 90017-2571<br>Telephone: (213) 892-9200 |
| 25 | | Facsimile: (213) 680-4518 |
| 26 | | Attorneys for Defendant Coral Energy Resources L.P. |
| 27 | | |
| 28 | | |

DICKSTEIN
SHAPIRO LLP

7

2159710.01

| | | |
|---|---|---|
| 1 | DATED: _Oct 31, 2006_ | ARNOLD & PORTER LLP |
| 2 | | JAMES E. SCARBORO |
| 3 | | MATTHEW J. DOUGLAS<br>JESSICA BRODY |
| 4 | | _James E. Scarboro/AP_ |
| 5 | | 370 Seventeenth Street<br>Denver, CO  80202 |
| 6 | | Telephone:     (303) 863-1000<br>Facsimile:      (303) 832-0428 |
| 7 | | |
| 8 | | Attorneys for Defendant Western Gas Resources, Inc. |
| 9 | | |
| 10 | DATED: _Oct 31, 2006_ | MORGAN LEWIS & BOCKIUS LLP |
| 11 | | JOSEPH DUFFY |
| 12 | | MICHAEL JOHN MIGUEL |
| 13 | | _Joseph Duffy /AP_ |
| 14 | | 300 South Grand Avenue, Suite 2200<br>Los Angeles, CA  90071-3132 |
| 15 | | Telephone:    (213) 612-2500<br>Facsimile:     (213) 612-2501 |
| 16 | | Attorneys for Defendants Xcel Energy, Inc. and e prime, inc. |

DICKSTEIN
SHAPIRO LLP

2159710.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2006, a true and correct copy of the foregoing document was served by first class mail to all counsel on the attached service list.

_____
Adam Proujansky

# SERVICE LIST

| | |
|---|---|
| R. Lawrence Ward<br>Jennifer Gille Bacon<br>Gregory M. Bentz<br>Patrick D. Martin<br>Shughart Thomson & Kilroy, P.C.<br>1700 Twelve Wyandotte Plaza<br>120 W 12th Street<br>Kansas City, Missouri 64105-1929 | Gregory L. Musil<br>Shughart Thomson & Kilroy, P.C.<br>Suite 1100, Building 332<br>9225 Indian Creek Parkway<br>Overland Park, KS 66210 |
| Donald D. Barry<br>Barry Law Offices, LLC<br>Donald D. Barry, Chartered<br>5340 S.W. 17th Street<br>P.O. Box 4816<br>Topeka, Kansas 66604 | Gary D. McCallister<br>Eric I. Unrein<br>Gary D. McCallister & Associates, Ltd.<br>120 North LaSalle Street, Suite 2800<br>Chicago, IL 60602 |
| Thomas H. Brill<br>Law Offices of Thomas H. Brill<br>6552 Sagamore Road<br>Mission Hills, Kansas 66208 | Marc Edelson<br>Hoffman & Edelson<br>45 W. Court Street<br>Doylestown, Pennsylvania 18901 |
| Bridget Fogarty Gramme<br>Blake M. Harper<br>Hulett Harper Stewart LLP<br>550 West C Street, Suite 1600<br>San Diego, California 92101 | Isaac L. Diel<br>Law Office of Isaac L. Diel<br>135 Oak Street<br>Bonner Springs, Kansas 66012 |
| Alan C. Crone<br>Crone & Mason, PLC<br>Clark Tower<br>5100 Poplar Avenue, Suite 3200<br>Memphis, Tennessee 38137 | David Len Bryant<br>Bryant Law Firm<br>321 South Boston Avenue, Suite 950<br>Tulsa, Oklahoma 74103 |
| John S. Wilder, Sr.<br>Wilder & Sanders<br>108 East Court Square<br>Sommerville, Tennessee 38068-1436 | Craig Corbitt<br>Zelle Hoffmann Voelbel Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, California 94104 |
| Daniel D. Crabtree<br>Stinson Morrison Hecker LLP<br>12 Corporate Woods<br>10975 Benson, Suite 550<br>Overland Park, Kansas 66210 | Diane Pritchard<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482 |

| | |
|---|---|
| Mark Haddad<br>Michelle B. Goodman<br>Sidley Austin Brown & Wood LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 | J. Gregory Copeland<br>Amy E. Tabor<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002 |
| Mark H. Hamer<br>Noah A. Katsell<br>Jeffrey M. Shohet<br>Stanley J. Panikowski, III<br>DLA Piper US LLP<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297 | David T. Peterson<br>Joseph Duffy<br>Morgan, Lewis & Bockius LLP<br>300 S. Grand Avenue, #2200<br>Los Angeles, CA 90071-3132 |
| Steven J. Routh<br>Robert B. Wolinsky<br>Hogan & Hartson, L.L.P.<br>555 13th Street, N.W.<br>Washington, D.C. 20004 | Reginald D. Steer<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street<br>15th Floor<br>San Francisco, CA 94104-1036 |
| Orrin L. Harrison, III<br>Karen Corallo<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, Texas 75201 | Douglas R. Tribble<br>Pillsbury Winthrop Shaw Pittman LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101-3575 |
| Joshua D. Lichtman<br>Fulbright & Jaworski L.L.P.<br>555 South Flower Street<br>41st Floor<br>Los Angeles, CA 90071 | James E. Scarboro<br>Jessica Brody<br>Arnold & Porter, LLP<br>Suite 4500<br>370 Seventeenth Street<br>Denver, CO 80202-1370 |
| James R. Eiszner<br>Shook Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 | Oliver S. Howard<br>Scott R. Rowland<br>Amelia A. Fogelman<br>Mason G. Patterson<br>Gable & Gotwals<br>100 West Fifth Street, Suite 1100<br>Tulsa, Oklahoma 74103 |
| Richard Paul Levy<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 | Robert A. Sacks<br>Sullivan & Cromwell, LLP<br>1888 Century Park East<br>Los Angeles, California 90067-1725 |

DICKSTEIN
SHAPIRO LLP

2

2159710.01

| | |
|---|---|
| Jeff Feibelman<br>Burch, Porter & Johnson, PLLC<br>130 North Court Avenue<br>Memphis, Tennessee 38103 | Kimberly A. McDonnell<br>Pillsbury Winthrop Shaw Pittman LLP<br>11682 El Camino Real, Suite 200<br>San Diego, California 92130 |
| Charles A. Moore<br>LeBoeuf Lamb Greene & Macrae, LLP<br>1000 Main Street, Suite 2550<br>Houston, Texas 77002 | Michael J. Kass<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 |
| Alan Yudkowsky<br>Stroock, Stroock & Lavan, LLP<br>2029 Century Park East<br>Los Angeles, California 90067-3086 | Susan G. Kupfer<br>Glancy Binkow & Goldberg LLP<br>455 Market Street, Suite 1810<br>San Francisco, California 94105 |

DICKSTEIN SHAPIRO LLP

3

2159710.01