UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITITGATION | MDL 1566<br>2:03-CV-01431-PMP (PAL)<br>BASE FILE |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION, in its Capacity as Trustee of FLI Liquidating Trust,<br><br>        Plaintiff,<br>v.<br>THE WILLIAMS COMPANIES, INC., et al.,<br><br>        Defendants. | MDL 1566<br>2:05-CV-01331-PMP (PAL)<br><br><br><u>O R D E R</u> |

      Presently before this Court is specially appearing Defendant CMS Energy Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc. #377), CenterPoint Energy, Inc.'s Motion to Dismiss and Memorandum in Support of Motion to Dismiss (2:03-CV-01431, Doc. #380), Defendant Duke Power Company LLC's Motion to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc. #392), and Defendant Reliant Energy, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc. #395). Plaintiff filed a Response to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (2:05-CV-01331, Doc. #37) on August 4, 2006. On August 18, 2006, Defendants submitted a joint Reply Memorandum in Support of Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc. #410).

1    Also before the Court is Defendants' Motion for Leave to File Supplemental
2 Brief in Support of Motions to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431,
3 Doc. #443) and Specially Appearing Defendants' Amended Motion for Leave to File
4 Supplemental Brief in Support of their Motions to Dismiss for Lack of Personal Jurisdiction
5 (2:03-CV-01431, Doc. #446).  Plaintiff has not filed a Response to either of these motions.
6    In light of this Court's Order dismissing Plaintiff's Amended Complaint based on
7 federal preemption (2:03-CV-01431, Doc. #446) Defendants' motions to dismiss are denied
8 as moot.
9    IT IS THEREFORE ORDERED that specially appearing Defendant CMS Energy
10 Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc.
11 #377), CenterPoint Energy, Inc.'s Motion to Dismiss and Memorandum in Support of
12 Motion to Dismiss (2:03-CV-01431, Doc. #380), Defendant Duke Power Company LLC's
13 Motion to Dismiss for Lack of Personal Jurisdiction (2:03-CV-01431, Doc. #392), and
14 Defendant Reliant Energy, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (2:03-
15 CV-01431, Doc. #395) are hereby denied as moot.
16    IT IS FURTHER ORDERED that Defendants' Motion for Leave to File
17 Supplemental Brief in Support of Motions to Dismiss for Lack of Personal Jurisdiction
18 (2:03-CV-01431, Doc. #443) and Specially Appearing Defendants' Amended Motion for
19 Leave to File Supplemental Brief in Support of their Motions to Dismiss for Lack of
20 Personal Jurisdiction (2:03-CV-01431, Doc. #446) are denied as moot.

22 DATED:   December 21, 2006

_____
PHILIP M. PRO
Chief United States District Judge