UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 05-15919 |
| | D.C. Nos.   CV-03-01431-PMP |
| ABELMAN ART GLASS; et al., | CV-04-00465-PMP |
| Plaintiffs, | District of Nevada, Las Vegas |
| and | |
| TEXAS-OHIO ENERGY, INC., | ORDER |
| Plaintiff - Appellant, | |
| v. | |
| AEP ENERGY SERVICES, INC.; et al., | |
| Defendants - Appellees. | |

In re: WESTERN STATES
WHOLESALE NATURAL GAS
ANTITRUST LITIGATION,

No. 06-15130

---

ABELMAN ART GLASS; et al.,

      Plaintiffs/Appellants,

  and

AQUILA MERCHANT SERVICES,
INC.; et al.

      Plaintiffs,

v.

AEP ENERGY SERVICES, INC.; et al.,

      Defendants - Appellees.

The court is in receipt of appellants' correspondence dated January 12, 2007, which is also acknowledged and executed by counsel for the following appellees: The Williams Companies, Inc. and Williams Power Company, Inc.; EnCana Corporation and WD Energy Services, Inc.; Dynegy, Inc., Dynegy Holdings, Inc., Dynegy Power Marketing, Inc., Dynegy Marketing and Trade and West Cost Power, LLC; and Coral Energy Resources, L.P.   Said correspondence

requests that the present appeals be voluntarily dismissed, as to said appellees only, without prejudice to reinstatement if the district court does not grant final approval of settlements reached between appellants and said appellees.

The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted. The appeals are dismissed as to The Williams Companies, Inc. and Williams Power Company, Inc.; EnCana Corporation and WD Energy Services, Inc.; Dynegy, Inc., Dynegy Holdings, Inc., Dynegy Power Marketing, Inc., Dynegy Marketing and Trade and West Cost Power, LLC; and Coral Energy Resources, L.P. without prejudice to reinstatement in the event that the district court does not grant final approval of settlements reached between appellants and said appellees. Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of any order denying approval of said settlements, but in any event by December 31, 2007. If no notice of reinstatement is filed and served by December 31, 2007, the appeals will be deemed dismissed with prejudice.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 2 2007

Deputy Clerk

David E. Lombardi, Jr.
Chief Circuit Mediator

3

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

In re: WESTERN STATES
WHOLESALE NATURAL GAS
ANTITRUST LITIGATION


------------------------

ABELMAN ART GLASS
      Plaintiff

Susan G. Kupfer, Esq.
FAX 415/972-8166
415/972-8160
Ste. 1810
[COR LD ret]
GLANCY BINKOW & GOLDBERG
455 Market St.
San Francisco, CA 94105


FAIRHAVEN POWER CO.
      Plaintiff

J. Bruce Alverson, Esq.
702/384-7000
[COR LD ret]
ALVERSON TAYLOR MORTENSEN
NELSON & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117-1401

W. Timothy Needham
707/445-2071
[COR LD ret]
JANSSEN MALLOY NEEDHAM
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501

Francis O. Scarpulla, Esq.
FAX 415/693-0770
415/693-0700
Suite 3400
[COR LD ret]
Craig Corbitt, Esq.
FAX 415-693-0415
415-693-0700
Suite 3400
[COR LD ret]
ZELLE HOFMANN VOELBEL MASON &
GETTE, LLP
44 Montgomery St.
San Francisco, CA 94104

Josef D Cooper
FAX 415-882-7040
415-788-3030
Suite 1700
[COR LD ret]
COOPER & KIRKHAM, P.C.

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

<table>
<tr><td></td><td>655 Montgomery St.<br>San Francisco, CA 94111</td></tr>
<tr><td></td><td>Michael E. Lehman<br>FAX 415/982-2076<br>415/433-2070<br>Ste. 1500<br>[COR LD ret]<br>THE FURTH LAW FIRM<br>225 Bush St.<br>San Francisco, CA 94104</td></tr>
<tr><td>TEXAS-OHIO ENERGY, INC.<br>    Plaintiff - Appellant</td><td>Michael J. Boni, Esq.<br>215/238-1700<br>Suite 2100<br>[COR LD NTC ret]<br>Kate Reznick, Esq.<br>215/238-1700<br>Ste. 2100<br>[COR LD ret]<br>KOHN SWIFT & GRAF, PC<br>One S. Broad St.<br>Philadelphia, PA 19107-3389</td></tr>
<tr><td></td><td>G. Mark Albright, Esq.<br>FAX 702/384-0605<br>702/384-7111<br>[COR LD NTC ret]<br>ALBRIGHT STODDARD WARNICK &<br>PALMER<br>801 S. Rancho Dr.<br>Quail Park South, D-4<br>Las Vegas, NV 89106</td></tr>
<tr><td></td><td>Blake M. Harper, Esq.<br>619/338-1133<br>Ste. 1770<br>[COR LD ret]<br>Dennis Stewart, Esq.<br>619/338-1133<br>Ste 1770<br>[COR LD NTC ret]<br>HULETT HARPER STEWART<br>550 W. C St.<br>San Diego, CA 92101</td></tr>
<tr><td></td><td>Marc H. Edelson, Esq.<br>FAX 215/230-8735<br>215/230-8043<br>[COR LD NTC ret]<br>45 W. Court St.<br>Doylestown, PA 18901</td></tr>
<tr><td>UTILITY SAVINGS & REFUND</td><td>Michael J. Boni, Esq.</td></tr>
</table>

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

SERVICES, LLP                        (See above)
        Plaintiff                    [COR LD ret]

                                     Blake M. Harper, Esq.
                                     (See above)
                                     [COR LD ret]
                                     Dennis Stewart, Esq.
                                     (See above)
                                     [COR LD ret]

                                     Marc H. Edelson, Esq.
                                     (See above)
                                     [COR LD NTC ret]


    v.

AQUILA MERCHANT SERVICES, INC.       Jared M. Katz
        Defendant                    213/955-7300
                                     Suite 3100
                                     [COR LD ret]
                                     LEBOEUF LAMB GREENE & MACRAE,
                                     LLP
                                     725 South Figueroa Street
                                     Los Angeles, CA 90017-5404

AUILA, INC.                          Charles A. Moore, Esq.
        Defendant                    FAX 713/287-2100
                                     713/287-2000
                                     Ste. 2550
                                     [COR LD ret]
                                     LeBOEUF LAMB GREENE & MacRAE,
                                     LLP
                                     1000 Main St.
                                     Houston, TX 77002-5009

AEP ENERGY SERVICES, INC.            Amy M. Gallegos, Esq.
        Defendant - Appellee         FAX 213/337-6701
                                     213/337-6700
                                     Suite 1900
                                     [COR LD NTC ret]
                                     HOGAN & HARTSON
                                     500 So. Grand Avenue
                                     Los Angeles, CA 90071

                                     Jonathan L. Abram, Esq.
                                     FAX        202
                                     202/637-5681
                                     [COR LD ret]
                                     William H. Johnson, Esq.
                                     202/637-5600
                                     [COR LD NTC ret]
                                     HOGAN & HARTSON, LLP
                                     Columbia Square

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

|  |  |
|---|---|
|  | 555 Thirteenth St., N.W. |
|  | Washington, DC 20004-1109 |
| AMERICAN ELECTRIC POWER | Jared M. Katz |
| COMPANY, INC. | (See above) |
|     Defendant - Appellee | [COR LD NTC ret] |
|  |  |
|  | Jonathan L. Abram, Esq. |
|  | (See above) |
|  | [COR LD NTC ret] |
| CANTERA GAS COMPANY | Mark E. Haddad, Esq. |
|     Defendant - Appellee | FAX 213/896-6600 |
|  | 213/896-6000 |
|  | Suite 4000 |
|  | [COR LD NTC ret] |
|  | SIDLEY AUSTIN, LLP |
|  | 555 W. Fifth St. |
|  | Los Angeles, CA 90013 |
| CANTERA NATURAL GAS, INC. | Mark E. Haddad, Esq. |
|     Defendant - Appellee | (See above) |
|  | [COR LD NTC ret] |
| CANTERA RESOURCES, INC. | Mark E. Haddad, Esq. |
|     Defendant - Appellee | (See above) |
|  | [COR LD NTC ret] |
| CENTERPOINT ENERGY, INC. | John L. Hendricks, Esq. |
|     Defendant - Appellee | 214/969-2800 |
|  | [COR LD NTC ret] |
|  | Orrin L. Harrison |
|  | 214/969-2800 |
|  | [COR LD ret] |
|  | AKIN, GUMP, STRAUSS, HAUER & |
|  | FELD |
|  | 1700 Pacific Ave. |
|  | 4100 First City Center |
|  | Dallas, TX 75201 |
|  | (214) 969-4793 |
|  |  |
|  | Matthew E. Digby, Esq. |
|  | 213/229-8500 |
|  | 29th Floor |
|  | [COR LD NTC ret] |
|  | Brian I. Cheng, Esq. |
|  | 213/229-8500 |
|  | 29th Floor |
|  | [COR LD ret] |
|  | BINGHAM McCUTCHEN, LLP |
|  | 355 S. Grand Ave. |
|  | Los Angeles, CA 90071 |
|  |  |
|  | Christopher Healey |

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

                                   619-236-1414
                                   Suite 2600
                                   [COR LD NTC ret]
                                   LUCE FORWARD HAMILTON & SCRIPPS,
                                   LLP
                                   600 W. Broadway
                                   San Diego, CA 92101-3391

                                   Elizabeth S. Parker, Esq.
                                   FAX 702/650-2995
                                   702/650-6565
                                   Ste. 550
                                   [COR LD NTC ret]
                                   BERNHARD & BRADLEY, CHTD.
                                   3980 Howard Hughes Parkway
                                   Las Vegas, NV 89109

                                   Terry J. Houlihan, Esq.
                                   FAX 415/393-2286
                                   415/393-2000
                                   Suite PL2
                                   [COR LD NTC ret]
                                   BINGHAM McCUTCHEN, LLP
                                   Three Embarcadero Center
                                   San Francisco, CA 94111-4067

                                   Mark A. James, Esq.
                                   FAX 702/650-2995
                                   702/650-6565
                                   Ste. 550
                                   [COR LD NTC ret]
                                   BULLIVANT HOUSER BAILEY, PC
                                   3980 Howard Hughes Pkwy.
                                   Las Vegas, NV 89109

CMS ENERGY CORPORATION             Frederic G. Berner
     Defendant - Appellee          FAX 202/736-8711
                                   202/736-8000
                                   [COR LD NTC ret]
                                   SIDLEY AUSTIN, LLP
                                   1501 "K" Street, N.W.
                                   Washington, DC 20006

                                   Mark E. Haddad, Esq.
                                   (See above)
                                   [COR LD NTC ret]
                                   Heather R. Skinazi, Esq.
                                   213/896-6000
                                   Suite 4000
                                   [COR LD NTC ret]
                                   SIDLEY AUSTIN, LLP
                                   555 W. Fifth St.
                                   Los Angeles, CA 90013

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

CMS MARKETING, SERVICE &            Frederic G. Berner
TRADING COMPANY                     (See above)
      Defendant - Appellee          [COR LD NTC ret]

                                    Mark E. Haddad, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Heather R. Skinazi, Esq.
                                    (See above)
                                    [COR LD ret]


CORAL ENERGY RESOURCES, LP
      Defendant - Appellee
  [term  02/02/07]

DUKE ENERGY                         Bruno W. Katz, Esq.
      Defendant - Appellee          FAX 619/232-4840
                                    619/232-4261
                                    Third Floor
                                    [COR LD NTC ret]
                                    SHEA STOKES & CARTER
                                    510 Market Street
                                    San Diego, CA 92101-7025

                                    Joel B. Kleinman, Esq.
                                    FAX 202/420-2201
                                    202/420-2200
                                    [COR LD NTC ret]
                                    DICKSTEIN SHAPIRO LLP
                                    1825 Eye St., NW
                                    Washington, DC 20006

DUKE ENERGY & MARKETING, LLC        Bruno W. Katz, Esq.
      Defendant - Appellee          (See above)
                                    [COR LD NTC ret]

                                    Joel B. Kleinman, Esq.
                                    (See above)
                                    [COR LD NTC ret]


DUKE ENERGY CORP.                   Scott DeVries, Esq.
      Defendant - Appellee          415/398-3600
                                    34th Floor
                                    [COR LD ret]
                                    NOSSAMAN, GUTHNER, KNOX &
                                    ELLIOTT
                                    50 California Street
                                    San Francisco, CA 94111

                                    Bruno W. Katz, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Katrina J. Lee, Esq.

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

```
                                    FAX 415/398-2438
                                    415/398-3600
                                    34th Floor
                                    [COR LD NTC ret]
                                    NOSSAMAN, GUTHNER, KNOX &
                                    ELLIOTT, LLP
                                    50 California Street
                                    San Francisco, CA 94111-4799

                                    Joel B. Kleinman, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Lisa M. Miller, Esq.
                                    FAX 202/420-2201
                                    202/420-2200
                                    [COR LD ret]
                                    DICKSTEIN SHAPIRO LLP
                                    1825 Eye St., NW
                                    Washington, DC 20006

DUKE ENERGY TRADING AND             Scott DeVries, Esq.
MARKETING, LLC                      (See above)
        Defendant - Appellee        [COR LD ret]

                                    Bruno W. Katz, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Katrina J. Lee, Esq.
                                    (See above)
                                    [COR LD NTC ret]

                                    Joel B. Kleinman, Esq.
                                    (See above)
                                    [COR LD NTC ret]
                                    Lisa M. Miller, Esq.
                                    (See above)
                                    [COR LD ret]

DYNEGY HOLDING CO., INC.
        Defendant - Appellee
   [term  02/02/07]

DYNEGY, INC.
        Defendant - Appellee
   [term  02/02/07]

EL PASO CORPORATION                 Diane E. Pritchard, Esq.
        Defendant - Appellee        FAX 415/268-7415
                                    415/268-7000
                                    [COR LD NTC ret]
                                    MORRISON & FOERSTER, LLP
                                    425 Market St.
                                    San Francisco, CA 94105-2482
```

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al


ENCANA CORPORATION
      Defendant - Appellee
  [term  02/02/07]

RELIANT ENERGY SERVICES, INC.          J. G. Copeland, Esq.
      Defendant - Appellee             FAX 713/229-2734
                                       713/229-1834
                                       [COR LD NTC ret]
                                       BAKER & BOTTS
                                       One Shell Plaza
                                       910 Louisiana Street
                                       Houston, TX 77002-4995

                                       Christopher Healey
                                       (See above)
                                       [COR LD NTC ret]

RELIANT RESOURCES, INC.                Jeffrey D. Wexler, Esq.
      Defendant - Appellee             FAX 892-7731
                                       (213) 892-4992
                                       36th Floor
                                       [COR LD NTC ret]
                                       LUCE, FORWARD, HAMILTON &
                                       SCRIPPS LLP
                                       777 So. Figueroa Street
                                       Los Angeles, CA 90017

                                       Matthew E. Digby, Esq.
                                       (See above)
                                       [COR LD NTC ret]
                                       Brian I. Cheng, Esq.
                                       (See above)
                                       [COR LD ret]

                                       J. Gregory Copeland
                                       FAX 713/229-1522
                                       713/229-1234
                                       [COR LD NTC ret]
                                       Mark R. Robeck
                                       FAX 713/229/2701
                                       713/229/1301
                                       [COR LD ret]
                                       BAKER BOTTS, LLP
                                       One Shell Plaza
                                       910 Louisiana
                                       Houston, TX 77002-4995

                                       Elizabeth S. Parker, Esq.
                                       (See above)
                                       [COR LD NTC ret]

                                       Terry J. Houlihan, Esq.
                                       (See above)

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
05-15919 Texas-Ohio Energy, et al v. AEP Energy Services, et al

```
                                        [COR LD NTC ret]

                                        Mark A. James, Esq.
                                        (See above)
                                        [COR LD NTC ret]

SEMPRA ENERGY                           Alan Z. Yudkowsky, Esq.
        Defendant - Appellee            FAX 310/556-5959
                                        310/556-5800
                                        Ste. 1800
                                        [COR LD NTC ret]
                                        Peter Jazayeri, Esq.
                                        310/556-5800
                                        Ste. 1800
                                        [COR LD NTC ret]
                                        STROOCK & STROOCK & LAVAN
                                        2029 Century Park East
                                        Los Angeles, CA 90067-3086

SEMPRA ENERGY TRADING CORP.             Alan Z. Yudkowsky, Esq.
        Defendant - Appellee            (See above)
                                        [COR LD NTC ret]
                                        Peter Jazayeri, Esq.
                                        (See above)
                                        [COR LD ret]

WS ENERGY SERVICES, INC.
        Defendant - Appellee
    [term  02/02/07]

WEST COAST POWER LLC
        Defendant - Appellee
    [term  02/02/07]

WILLIAMS COMPANIES, INC.
        Defendant - Appellee
    [term  02/02/07]

XCEL ENERGY, INC.                       Michael C. Lieb, Esq.
        Defendant - Appellee            FAX            (21
                                        (213) 612-2500
                                        22ed Floor
                                        [COR LD NTC ret]
                                        MORGAN LEWIS & BOCKIUS, LLP
                                        300 S. Grand Ave.
                                        Los Angeles, CA 90071-3132
```

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

In re: WESTERN STATES
WHOLESALE NATURAL GAS
ANTITRUST LITIGATION


-------------------------

ABELMAN ART GLASS                   R. Alexander Saveri
      Plaintiff - Appellant        FAX 415/217-6813
                                   415/217-6810
                                   Suite 1700
                                   [COR LD ret]
                                   Guido Saveri, Esq.
                                   FAX 415/217-6813
                                   415/217-6810
                                   Ste. 1700
                                   [COR LD NTC ret]
                                   SAVERI & SAVERI INC.
                                   111 Pine St.
                                   San Francisco, CA 94111

                                   Susan G. Kupfer, Esq.
                                   FAX 415/972-8166
                                   415/972-8160
                                   Ste. 1810
                                   [COR LD NTC ret]
                                   GLANCY BINKOW & GOLDBERG
                                   455 Market St.
                                   San Francisco, CA 94105

                                   Marc H. Edelson, Esq.
                                   FAX 215/230-8735
                                   215/230-8043
                                   [COR LD NTC ret]
                                   45 W. Court St.
                                   Doylestown, PA 18901

AQUILA MERCHANT SERVICES, INC.     Jared M. Katz
      Plaintiff                    213/955-7300
                                   Suite 3100
                                   [COR LD ret]
                                   LEBOEUF LAMB GREENE & MACRAE,
                                   LLP
                                   725 South Figueroa Street
                                   Los Angeles, CA 90017-5404

AUILA, INC.                        Charles A. Moore, Esq.
      Plaintiff                    FAX 713/287-2100
                                   713/287-2000
                                   Ste. 2550
                                   [COR LD ret]
                                   LeBOEUF LAMB GREENE & MacRAE,
                                   LLP

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

```
                              1000 Main St.
                              Houston, TX 77002-5009

FAIRHAVEN POWER CO.           J. Bruce Alverson, Esq.
     Plaintiff - Appellant    702/384-7000
                              [COR LD NTC ret]
                              Nathan Reinmiller, Esq.
                              FAX 702/385-7000
                              702/384-7000
                              [COR LD ret]
                              ALVERSON TAYLOR MORTENSEN
                              NELSON & SANDERS
                              7401 W. Charleston Blvd.
                              Las Vegas, NV 89117-1401

                              W. Timothy Needham
                              707/445-2071
                              [COR LD NTC ret]
                              JANSSEN MALLOY NEEDHAM
                              730 Fifth Street
                              P.O. Drawer 1288
                              Eureka, CA 95501

                              Francis O. Scarpulla, Esq.
                              FAX 415/693-0770
                              415/693-0700
                              Suite 3400
                              [COR LD NTC ret]
                              Craig Corbitt, Esq.
                              FAX 415-693-0415
                              415-693-0700
                              Suite 3400
                              [COR LD NTC ret]
                              ZELLE HOFMANN VOELBEL MASON &
                              GETTE, LLP
                              44 Montgomery St.
                              San Francisco, CA 94104

                              Josef D Cooper
                              FAX 415-882-7040
                              415-788-3030
                              Suite 1700
                              [COR LD NTC ret]
                              COOPER & KIRKHAM, P.C.
                              655 Montgomery St.
                              San Francisco, CA 94111

                              Michael E. Lehman
                              FAX 415/982-2076
                              415/433-2070
                              Ste. 1500
                              [COR LD NTC ret]
                              THE FURTH LAW FIRM
                              225 Bush St.
```

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

                                    San Francisco, CA 94104

UTILITY SAVINGS & REFUND            Michael J. Boni, Esq.
SERVICES, LLP                       215/238-1700
        Plaintiff - Appellant       Suite 2100
                                    [COR LD NTC ret]
                                    Christina Donato Saler, Esq.
                                    FAX 215/238-1968
                                    215/238-1700
                                    Suite 2100
                                    [COR LD ret]
                                    Kate Resnick, Esq.
                                    FAX 215/238-1968
                                    215/238-1700
                                    Suite 2100
                                    [COR LD ret]
                                    KOHN SWIFT & GRAF, PC
                                    One S. Broad St.
                                    Philadelphia, PA 19107-3389

                                    Blake M. Harper, Esq.
                                    619/338-1133
                                    Ste. 1770
                                    [COR LD ret]
                                    Dennis Stewart, Esq.
                                    619/338-1133
                                    Ste 1770
                                    [COR LD NTC ret]
                                    Bridget Fogarty Gramme, Esq.
                                    FAX 619/338-1139
                                    619/338-1133
                                    Suite 1600
                                    [COR LD ret]
                                    HULETT HARPER STEWART
                                    550 W. C St.
                                    San Diego, CA 92101

                                    Marc H. Edelson, Esq.
                                    (See above)
                                    [COR LD NTC ret]

BING'S STOP & SHOP                  Alan G. Crone, Esq.
        Plaintiff                   FAX 901=683-1963
                                    901/683-1850
                                    Suite 3200
                                    [COR LD ret]
                                    CRONE & MASON PC
                                    5100 Poplar Ave.
                                    Memphis, TN 83137

FRANK H. COLVETT, JR.               Alan G. Crone, Esq.
        Plaintiff                   (See above)
                                    [COR LD ret]

```
INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

EVER-BLOOM, INC.                     Dennis J. Stewart, Esq.
        Plaintiff                    FAX 619/338-1139
                                     619/338-1133
                                     Suite 1600
                                     [COR LD]
                                     550 West
                                     San Diego, CA 92101

JP MORGAN TRUST COMPANY, NA          Donald D. Barry, Esq.
        Plaintiff                    913-273-3153
                                     [COR LD ret]
                                     BARRY LAW OFFICES
                                     5340 W. 17th Street
                                     P.O. Box 4816
                                     Topeka, KS 66604

SAMUEL D. LEGGETT                    Alan G. Crone, Esq.
        Plaintiff                    (See above)
                                     [COR LD ret]

MAXIMUM NURSERY, INC.                Dennis J. Stewart, Esq.
        Plaintiff                    (See above)
                                     [COR LD]

MULTIUT CORPORATION                  Ira P. Gould, Esq.
        Plaintiff                    312/456-8400
                                     Suite 2500
                                     [COR LD ret]
                                     GREENBERG TRAURIG
                                     77 W Wacker Dr.
                                     Chicago, IL 60601

                                     Alan Jay Mandel, Esq.
                                     847/329-8450
                                     [COR LD ret]
                                     7520 N. Skokie Blvd.
                                     Skokie, IL 60077

WOLFE RIVER CAFE                     Alan G. Crone, Esq.
        Plaintiff                    (See above)
                                     [COR LD ret]

     v.

AEP ENERGY SERVICES, INC.            Jonathan L. Abram, Esq.
        Defendant - Appellee         FAX      202
                                     202/637-5681
                                     [COR LD NTC ret]
                                     HOGAN & HARTSON, LLP
                                     Columbia Square
                                     555 Thirteenth St., N.W.
                                     Washington, DC 20004-1109
```

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

| | |
|---|---|
| AMERICAN ELECTRIC POWER COMPANY, INC.<br>          Defendant - Appellee | Jonathan L. Abram, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CANTERA GAS COMPANY<br>          Defendant - Appellee | Mark E. Haddad, Esq.<br>FAX 213/896-6600<br>213/896-6000<br>Suite 4000<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>555 W. Fifth St.<br>Los Angeles, CA 90013 |
| CANTERA NATURAL GAS, INC.<br>          Defendant - Appellee | Mark E. Haddad, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CANTERA RESOURCES, INC.<br>          Defendant - Appellee | Mark E. Haddad, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CENTERPOINT ENERGY, INC.<br>          Defendant - Appellee | John L. Hendricks, Esq.<br>214/969-2800<br>[COR LD NTC ret]<br>Orrin L. Harrison<br>214/969-2800<br>[COR LD ret]<br>AKIN, GUMP, STRAUSS, HAUER & FELD<br>1700 Pacific Ave.<br>4100 First City Center<br>Dallas, TX 75201<br>(214) 969-4793<br><br>Matthew E. Digby, Esq.<br>213/229-8500<br>29th Floor<br>[COR LD NTC ret]<br>Brian I. Cheng, Esq.<br>213/229-8500<br>29th Floor<br>[COR LD ret]<br>BINGHAM McCUTCHEN, LLP<br>355 S. Grand Ave.<br>Los Angeles, CA 90071<br><br>Christopher Healey<br>619-236-1414<br>Suite 2600<br>[COR LD NTC ret]<br>LUCE FORWARD HAMILTON & SCRIPPS, LLP<br>600 W. Broadway<br>San Diego, CA 92101-3391 |

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

|  | Elizabeth S. Parker, Esq.<br>FAX 702/650-2995<br>702/650-6565<br>Ste. 550<br>[COR LD NTC ret]<br>BERNHARD & BRADLEY, CHTD.<br>3980 Howard Hughes Parkway<br>Las Vegas, NV 89109 |
|---|---|
|  | Terry J. Houlihan, Esq.<br>FAX 415/393-2286<br>415/393-2000<br>Suite PL2<br>[COR LD NTC ret]<br>BINGHAM McCUTCHEN, LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
|  | Mark A. James, Esq.<br>FAX 702/650-2995<br>702/650-6565<br>Ste. 550<br>[COR LD NTC ret]<br>BULLIVANT HOUSER BAILEY, PC<br>3980 Howard Hughes Pkwy.<br>Las Vegas, NV 89109 |
| CMS ENERGY CORPORATION<br>    Defendant - Appellee | Frederic G. Berner<br>FAX 202/736-8711<br>202/736-8000<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>1501 "K" Street, N.W.<br>Washington, DC 20006 |
|  | Mark E. Haddad, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Heather R. Skinazi, Esq.<br>213/896-6000<br>Suite 4000<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>555 W. Fifth St.<br>Los Angeles, CA 90013 |
| CMS MARKETING, SERVICE &<br>TRADING COMPANY<br>    Defendant - Appellee | Frederic G. Berner<br>(See above)<br>[COR LD NTC ret] |
|  | Mark E. Haddad, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

                                Heather R. Skinazi, Esq.
                                (See above)
                                [COR LD ret]

CORAL ENERGY RESOURCES, LP
      Defendant - Appellee
 [term  02/02/07]

DUKE ENERGY                     Bruno W. Katz, Esq.
      Defendant - Appellee      FAX 619/232-4840
                                619/232-4261
                                Third Floor
                                [COR LD NTC ret]
                                SHEA STOKES & CARTER
                                510 Market Street
                                San Diego, CA 92101-7025

                                Adam Proujansky
                                FAX 202/420-2201
                                202/420-2200
                                [ret]
                                Joel B. Kleinman, Esq.
                                FAX 202/420-2201
                                202/420-2200
                                [COR LD NTC ret]
                                DICKSTEIN SHAPIRO LLP
                                1825 Eye St., NW
                                Washington, DC 20006

DUKE ENERGY & MARKETING, LLC    Bruno W. Katz, Esq.
      Defendant - Appellee      (See above)
                                [COR LD NTC ret]

                                Adam Proujansky
                                (See above)
                                [ret]
                                Joel B. Kleinman, Esq.
                                (See above)
                                [COR LD NTC ret]

DUKE ENERGY CORP.               Scott DeVries, Esq.
      Defendant - Appellee      415/398-3600
                                34th Floor
                                [COR LD ret]
                                NOSSAMAN, GUTHNER, KNOX &
                                ELLIOTT
                                50 California Street
                                San Francisco, CA 94111

                                Bruno W. Katz, Esq.
                                (See above)
                                [COR LD NTC ret]

                                Katrina J. Lee, Esq.

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

```
                              FAX 415/398-2438
                              415/398-3600
                              34th Floor
                              [COR LD NTC ret]
                              NOSSAMAN, GUTHNER, KNOX &
                              ELLIOTT, LLP
                              50 California Street
                              San Francisco, CA 94111-4799

                              Adam Proujansky
                              (See above)
                              [ret]
                              Joel B. Kleinman, Esq.
                              (See above)
                              [COR LD NTC ret]
                              Lisa M. Miller, Esq.
                              FAX 202/420-2201
                              202/420-2200
                              [COR LD ret]
                              DICKSTEIN SHAPIRO LLP
                              1825 Eye St., NW
                              Washington, DC 20006

DUKE ENERGY TRADING AND       Scott DeVries, Esq.
MARKETING, LLC                (See above)
      Defendant - Appellee    [COR LD ret]

                              Bruno W. Katz, Esq.
                              (See above)
                              [COR LD NTC ret]

                              Katrina J. Lee, Esq.
                              (See above)
                              [COR LD NTC ret]

                              Adam Proujansky
                              (See above)
                              [ret]
                              Joel B. Kleinman, Esq.
                              (See above)
                              [COR LD NTC ret]
                              Lisa M. Miller, Esq.
                              (See above)
                              [COR LD ret]

DYNEGY HOLDING CO., INC.
      Defendant - Appellee
  [term  02/02/07]

DYNEGY, INC.
      Defendant - Appellee
  [term  02/02/07]

EL PASO CORPORATION           Diane E. Pritchard, Esq.
```

Docket as of February 2, 2007 11:51 am                    Page 9    NON-PUBLIC

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

```
        Defendant - Appellee           FAX 415/268-7415
                                        415/268-7000
                                        [COR LD NTC ret]
                                        MORRISON & FOERSTER, LLP
                                        425 Market St.
                                        San Francisco, CA 94105-2482

ENCANA CORPORATION
        Defendant - Appellee
  [term 02/02/07]

RELIANT ENERGY SERVICES, INC.          J. G. Copeland, Esq.
        Defendant - Appellee           FAX 713/229-2734
                                        713/229-1834
                                        [COR LD NTC ret]
                                        BAKER & BOTTS
                                        One Shell Plaza
                                        910 Louisiana Street
                                        Houston, TX 77002-4995

                                        Christopher Healey
                                        (See above)
                                        [COR LD NTC ret]

RELIANT RESOURCES, INC.                 Jeffrey D. Wexler, Esq.
        Defendant - Appellee           FAX 892-7731
                                        (213) 892-4992
                                        36th Floor
                                        [COR LD NTC ret]
                                        LUCE, FORWARD, HAMILTON &
                                        SCRIPPS LLP
                                        777 So. Figueroa Street
                                        Los Angeles, CA 90017

                                        Matthew E. Digby, Esq.
                                        (See above)
                                        [COR LD NTC ret]
                                        Brian I. Cheng, Esq.
                                        (See above)
                                        [COR LD ret]

                                        J. Gregory Copeland
                                        FAX 713/229-1522
                                        713/229-1234
                                        [COR LD NTC ret]
                                        Mark R. Robeck
                                        FAX 713/229/2701
                                        713/229/1301
                                        [COR LD ret]
                                        BAKER BOTTS, LLP
                                        One Shell Plaza
                                        910 Louisiana
                                        Houston, TX 77002-4995
```

```
INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al
```

```
                                   Elizabeth S. Parker, Esq.
                                   (See above)
                                   [COR LD NTC ret]

                                   Terry J. Houlihan, Esq.
                                   (See above)
                                   [COR LD NTC ret]

                                   Mark A. James, Esq.
                                   (See above)
                                   [COR LD NTC ret]

SEMPRA ENERGY                      Alan Z. Yudkowsky, Esq.
     Defendant - Appellee          FAX 310/556-5959
                                   310/556-5800
                                   Ste. 1800
                                   [COR LD NTC ret]
                                   Peter Jazayeri, Esq.
                                   310/556-5800
                                   Ste. 1800
                                   [COR LD NTC ret]
                                   STROOCK & STROOCK & LAVAN
                                   2029 Century Park East
                                   Los Angeles, CA 90067-3086

                                   James Fogelman
                                   FAX 213/229-7520
                                   213/229-7000
                                   [COR LD NTC ret]
                                   GIBSON, DUNN & CRUTCHER LLP
                                   333 South Grand Avenue
                                   Los Angeles, CA 90071-3197

SEMPRA ENERGY TRADING CORP.        Alan Z. Yudkowsky, Esq.
     Defendant - Appellee          (See above)
                                   [COR LD NTC ret]
                                   Peter Jazayeri, Esq.
                                   (See above)
                                   [COR LD ret]

WS ENERGY SERVICES, INC.
     Defendant - Appellee
  [term  02/02/07]

WEST COAST POWER LLC
     Defendant - Appellee
  [term  02/02/07]

WILLIAMS COMPANIES, INC.
     Defendant - Appellee
  [term  02/02/07]

XCEL ENERGY, INC.                  Michael C. Lieb, Esq.
     Defendant - Appellee          FAX          (21
```

INTERNAL USE ONLY: Events between 1/1/05 and 1/1/05.
06-15130 Abelman Art Glass, et al v. AEP Energy Services, et al

```
                              (213) 612-2500
                              22ed Floor
                              [COR LD NTC ret]
                              MORGAN LEWIS & BOCKIUS, LLP
                              300 S. Grand Ave.
                              Los Angeles, CA 90071-3132
```