SUSAN G. KUPFER (*pro hac vice*)
SYLVIE K. KERN
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

[Additional Attorneys Appear on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL No. 1566;<br>Case No. CV-S-03-1431 PMP-(PAL)<br>BASE FILE |
| THIS DOCUMENT RELATES TO: | CV-S-04-0465-PMP-PAL |
| Texas-Ohio Energy, Inc., Plaintiff,<br>v.<br>Centerpoint Energy, Inc., et al., Defendants. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENTS**<br><br>Date: September 5, 2007<br>Time: 1:00 p.m.<br>Judge: Hon. Philip M. Pro<br>Court: 7C |
| Fairhaven Power Company, Plaintiff,<br>v.<br>EnCana Corporation, et al., Defendants. | CV-S-05-0243-PMP (PAL) |
| Abelman Art Glass Company, Plaintiff,<br>v.<br>EnCana Corp., et al, Defendants. | CV-S—05-0437-PMP (LRL) |

(continued on next page)
MDL NO. 1566
NOTICE OF MTN & MTN FOR FINAL APPROVAL OF SETTLEMENTS

| | |
|---|---|
| Utility Savings & Refund Services, Inc.,  )<br>                         Plaintiff,  )<br>v.                                       )<br>Reliant Energy Services, Inc., et al.,  )<br>                       Defendants.  ) | CV-S-05-0110-PMP (LRL) |
| Ever-Bloom, Inc., and Maximum  )<br>Nursery, Inc.,  )<br>                       Plaintiffs,  )<br>                                       )<br>v.                                       )<br>AEP Energy Services, Inc., et al.,  )<br>                       Defendants.  ) | CV-S-05-0808-PMP |

## NOTICE OF MOTION AND MOTION

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE,** hereby given, that on September 5, 2007, at 1:00 p.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Philip M. Pro, Courtroom 7C of the United States District Court, located at 333 Las Vegas Blvd South, Las Vegas, Nevada, 89101, Plaintiffs will, and hereby do, move the Court for final approval of their settlements with Settling Defendants.[1]

In support of this Motion, Plaintiffs rely upon and incorporate by reference the accompanying Memorandum of Points and Authorities in Support thereof; the Declaration of Susan G. Kupfer in support thereof; the Proposed Final Order Approving Settlements and Dismissing

---

[1] Settling Defendants are: (1) The Williams Companies, Inc. and Williams Power Company, Inc.; (2) EnCana Corporation and WD Energy Services Inc.; (3) Dynegy Inc.; Dynegy Holdings Inc.; Dynegy Marketing and Trade; Dynegy Power Marketing, Inc.; Cabrillo Power I LLC; Cabrillo Power II LLC; El Segundo Power I LLC; El Segundo Power II LLC; Long Beach Generation LLC; WCP (Generation) Holdings LLC; and West Coast Power LLC; (4) Coral Energy Resources L.P.; (5) CMS Energy Resources Management Company; CMS Enterprises Group, Inc.; CMS Marketing Services & Trading Co.; CMS Field Services, Inc.; Cantera Natural Gas, Inc.; and CMS Energy Corporation; and (6) Aquila Merchant Services, Inc.

Settling Defendants with Prejudice; all other pleadings and matters of record; and such additional argument, evidence and testimony as may be presented at the hearing, if any, on this Motion.

Dated: August 28, 2007

By: /s/ Susan G. Kupfer
Susan G. Kupfer

SUSAN G. KUPFER (*pro hac vice*)
SYLVIE K. KERN
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Tel.: (415) 972-8160
Facsimile: (415) 972-8166

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

CRAIG C. CORBITT
FRANCIS O. SCARPULLA
JUDITH A. ZAHID
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

MARC H. EDELSON
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

MICHAEL J. BONI
KATE REZNICK
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

DENNIS STEWART
BLAKE M. HARPER
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133

GUIDO SAVERI
R. ALEXANDER SAVERI
LISA SAVERI
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

| | |
|---|---|
| Facsimile: (619) 338-1139 | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813 |
| Plaintiffs' Counsel | Plaintiffs' Counsel |
| W. TIMOTHY NEEDHAM<br>JANSSEN, MALLY, NEEDHAM,<br>MORRISON, REINHOLTSEN &<br>CROWLEY, LLP<br>730 Fifth Street, P.O. Drawer 1288<br>Eureka, CA 95502<br>Telephone: (707) 445-2071<br>Facsimile: (707) 445-8305 | HENRY CIRILLO<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-2070<br>Facsimile: (415) 982-2076 |
| Plaintiffs' Counsel | Plaintiffs' Counsel |
| JOSEF D. COOPER<br>COOPER & KIRKHAM, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040 | |
| Plaintiffs' Counsel | |