SUSAN G. KUPFER (*pro hac vice*)
SYLVIE K. KERN
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone: (415) 972-8160
Facsimile: (415) 972-8166

Plaintiffs' Co-Lead Counsel
and Settlement Class Co-Counsel

[Additional Attorneys Appear on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL No. 1566;<br>Case No. CV-S-03-1431 PMP-(PAL)<br>BASE FILE<br>CV-S-04-0465-PMP-PAL |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN INTERIM AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND FOR INCENTIVE AWARDS** |
| Texas-Ohio Energy, Inc.,<br>    Plaintiff,<br>v.<br>Centerpoint Energy, Inc., et al.,<br>    Defendants. | Judge: Hon. Philip M. Pro<br>Court: 7C |
| Fairhaven Power Company,<br>    Plaintiff,<br>v.<br>EnCana Corporation, et al.,<br>    Defendants. | CV-S-05-0243-PMP (PAL) |
| Abelman Art Glass Company,<br>    Plaintiff,<br>v.<br>EnCana Corp., et al,<br>    Defendants. | CV-S-05-0437-PMP (LRL) |

(continued on next page)

MDL NO. 1566
PLFS' NOTICE OF MTN AND MTN FOR INTERIM AWARD OF ATTYS' FEES & REIMB. OF EXPENSES, AND FOR INCENTIVE AWARDS

| | |
|---|---|
| Utility Savings & Refund Services, Inc., )<br>                             Plaintiff, )<br>v.                                )<br>Reliant Energy Services, Inc., et al., )<br>                        Defendants. )<br>_____ ) | CV-S-05-0110-PMP (LRL) |
| Ever-Bloom, Inc., and Maximum )<br>Nursery, Inc., )<br>                      Plaintiffs, )<br>v.                                )<br>AEP Energy Services, Inc., et al., )<br>                        Defendants. )<br>_____ ) | CV-S-05-0808-PMP |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** hereby given, that Plaintiffs hereby move the Court for: (1) an interim award of attorneys' fees in the amount of 25% of the Settlement Fund of $11,313846.15, plus interest, and reimbursement of expenses in the amount of $222,832.64; and (2) payments to the six class representatives in the amount of $5,000 each for their time and effort in representing the Settlement Class throughout the litigation. This Motion is brought pursuant to the Federal Rules of Civil Procedure, Rules 23(h), 54(b), and 54(d)(2) and Local Rule 54; the May 1, 2007 Order Preliminarily Approving Settlements, Certifying a Settlement Class, and Authorizing Dissemination of Notice; the June 14, 2007 Order Preliminarily Approving AMS Settlement and Authorizing Dissemination of Notice (respectively, Docs. 510 & 529.); and the hearing before this Court on final approval of the Settlements held on September 5, 2007. No hearing on this Motion will take place unless ordered by the Court.

This Motion is brought on the grounds that (a) such fees are fair and reasonable in light of Plaintiffs' efforts in obtaining the Settlement Fund; (b) the requested fees comport with Ninth Circuit law in common fund cases; (c) the expenses for which reimbursement is sought were

reasonably and necessarily incurred in connection with the prosecution of this action; and (d) a reasonable payment to each class representative for their efforts on behalf of the Settlement Class is warranted and appropriate.

This Motion is based upon the accompanying Memorandum of Points and Authorities; the Fee Declaration of Susan G. Kupfer in Support of Plaintiffs' Motion for an Interim Award of Attorneys' Fees and Reimbursement of Expenses, and for Incentive Awards, and exhibits thereto, including (as Exhibits 1-12) the declarations of other Plaintiffs' counsel reporting the work performed, and fees and expenses incurred, by their respective firms. Further support for this Motion are the Settlement Agreements and exhibits thereto; all pleadings and other papers filed in this action; and such argument and evidence as may be presented at any hearing on this Motion.

Dated: September 6, 2007

By: /s/ Susan G. Kupfer
    Susan G. Kupfer

SUSAN G. KUPFER (pro hac vice)
SYLVIE K. KERN
GLANCY BINKOW & GOLDBERG LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
Tel. (415) 972-8160
Facsimile: (415) 972-81660

Plaintiffs' Co-Lead Counsel and
Settlement Class Co-Counsel

CRAIG C. CORBITT
FRANCIS O. SCARPULLA
JUDITH A. ZAHID
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Plaintiffs' Co-Lead Counsel and
Settlement Class Co-Counsel

| | |
|---|---|
| MARC H. EDELSON<br>EDELSON & ASSOCIATES, LLC<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735<br><br>Plaintiffs' Co-Lead Counsel and<br>Settlement Class Co-Counsel | MICHAEL J. BONI<br>KATE REZNICK<br>BONI & ZACK LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 822-0200<br>Facsimile: (610) 822-0206<br><br>Plaintiffs' Co-Lead Counsel and<br>Settlement Class Co-Counsel |
| DENNIS STEWART<br>BLAKE M. HARPER<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 338-1133<br>Facsimile: (619) 338-1139<br><br>Plaintiffs' Counsel | GUIDO SAVERI<br>R. ALEXANDER SAVERI<br>LISA SAVERI<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>Plaintiffs' Counsel |
| W. TIMOTHY NEEDHAM<br>JANSSEN, MALLOY, NEEDHAM,<br>MORRISON, REINHOLTSEN &<br>CROWLEY, LLP<br>730 Fifth Street, P.O. Drawer 1288<br>Eureka, CA 95502<br>Telephone: (707) 445-2071<br>Facsimile: (707) 445-8305<br><br>Plaintiffs' Counsel | HENRY A. CIRILLO<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-2070<br>Facsimile: (415) 982-2076<br><br>Plaintiffs' Counsel |
| JOSEF D. COOPER<br>COOPER & KIRKHAM, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3030<br>Facsimile: (415) 882-7040<br><br>Plaintiffs' Counsel | |