Exhibit B

e prime Invoice



## e prime

Questions Concerning Your Account: E PRIME ENERGY MARKETING, INC
1099 18TH STREET
SUITE 3000
DENVER, CO 80202
Fax Number: (303) 296-3659
Telephone Number: (303) 308-2759

BRECKENRIDGE BAR-B-QUE LTD
471 KALAMATH STREET
DENVER, CO 80204

| Customer ID: | BRECLTD |
|---|---|
| Invoice No: | 200202-5-00248 |
| Invoice Date: | 15-Feb-2002 |
| Due Date: | 25-Feb-2002 |
| Production Period: | January 2002 |

(Billing Summary)

| | | | |
|---|---|---|---|
| Commodity Total | $598.92 | | |
| Other Cost Total | $270.73 | Current Charges | $940.53 |
| Tax Total | $70.88 | Adjustment Total | |
| Current Charges | $940.53 | Total Amount Due | $940.53 |

| Pipeline | Meter | Description | Stat. | Quantity | Avg.Price | AmountDue |
|---|---|---|---|---|---|---|

Production Period: 1/2002

| PSCO | 500157606 | 301 SO MAIN STREET | Act | 217 Dth | $2.7600 | $598.92 |
|---|---|---|---|---|---|---|
| | Other Cost: | FranFeeMtr based on Fixed at a rate of 1.2912 | | | | $1.29 |
| | Other Cost: | FT METER FEE based on Fixed at a rate of 64.5600 | | | | $64.56 |
| | Other Cost: | Fuel based on Fixed at a rate of 8.8738 | | | | $8.87 |
| | Other Cost: | Reservation based on Fixed at a rate of 67.0140 | | | | $67.01 |
| | Other Cost: | SupplyCost based on Quantity at a rate of 0.2640 | | | | $57.29 |
| | Other Cost: | Transport based on Fixed at a rate of 71.7142 | | | | $71.71 |
| | Tax: | Sls Tx Cnty | | | | $23.92 |
| | Tax: | Sls Tx State | | | | $25.22 |
| | Tax: | Sls Tx City | | | | $21.74 |

| | Meter 500157606 SubTotal | $940.53 |
|---|---|---|
| | Current Totals  217 Dth | $940.53 |

PO 2/21/02
CK 1489