# Exhibit C

# Breckenridge Firm Natural Gas Sales Contract

## FIRM NATURAL GAS SALES CONTRACT

This Natural Gas Sales Contract is made and entered into this _____ day of _____, **2001**, by and between *e prime Energy Marketing, Inc.* ("Seller") and **BBD Acquisition Company** (Buyer). Buyer and Seller stipulate and agree as follows:

SALES PERIOD: Effective one (1) year beginning on **September 1, 2001**, or the first of the month in which there is initial gas flow as reported by Public Service Company of Colorado d/b/a Xcel Energy. This contract will extend year to year thereafter from the effective date unless canceled by written notice, at least sixty (60) days prior to the effective date, from one party to the other. For those volumes delivered after the Initial Term expires, Buyer shall pay Seller a variable rate calculated as 100% of the first of the month index price published in INSIDE F.E.R.C. for **CIG**, plus $0.**50** per Dth, plus all applicable supply and firm service charges and full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges to deliver such gas to Delivery Point, plus applicable state and local taxes for all volumes delivered to Delivery Point. This agreement supercedes any and all previously executed Natural Gas sales Contracts between Buyer and Seller.

QUANTITY: Full requirements of Buyer at its facility located **2210 Blake Street, Denver, CO** (Delivery Point).

SHIPPER: Seller

LEVEL OF SERVICE - Firm. Public Service Company of Colorado d/b/a Xcel Energy Load Points: **Meter # 885258**

PRICE: Inside F.E.R.C.'s Gas Market Report first of the month **CIG** Index plus $0.**50** per Dth, plus all supply and all transportation service charges to deliver such gas to Public Service Company of Colorado d/b/a Xcel Energy at a suitable interconnect plus full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges, plus applicable sales taxes and local franchise fees. Buyer retains the right to trigger, at any time, a mutually acceptable fixed price for twelve (12) months. In the event Seller is unable to deliver gas at anytime during the term of this Contract for reasons of Force Majeure, Buyer may buy its gas from Public Service Company of Colorado d/b/a Xcel Energy during such periods. Once such period ends Buyer will once again buy gas from Seller. Quantities consumed over the Peak Day Quantity will be priced at the market rate for that day plus all penalties imposed by the utility.

PAYMENT DATE: Within ten (10) days of receipt of invoice. Seller shall have the right to charge interest at one and a half percent per month for late payments. Seller also may terminate the contract in the event Buyer's financials are inadequate to assure payment in Seller's sole discretion.

QUALITY AND MEASUREMENT: All gas shall be measured by a meter or other measuring device maintained by Public Service Company of Colorado (Public Service Company of Colorado d/b/a Xcel Energy). Public Service Company of Colorado d/b/a Xcel Energy's rules, guidelines and policies, as may be changed from time to time, shall define and set forth, among other things, the units of measurement, measurement specifications, and delivery terms and specifications of the gas to be delivered to Buyer pursuant hereto.

FORCE MAJEURE: Other than to make payments due hereunder, Buyer and Seller are excused from performance under this Agreement during periods of Force Majeure. The term "Force Majeure" as employed herein shall mean any act not within the control of the party claiming suspension and which by the exercise of due diligence such party is unable to prevent or overcome including changes in the Public Service Company of Colorado d/b/a Xcel Energy tariff.

SPECIAL PROVISIONS: Seller is responsible for and shall indemnify Buyer against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Seller's possession or handling of the gas sold under this Contract prior to its delivery to Buyer's property. Buyer is responsible for and shall indemnify Seller against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Buyer's possession or handling of the gas sold under this Contract on or following delivery to Buyer's property. Except as specifically provided in the preceding two sentences, except in cases of intentional misconduct or gross negligence, **IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES WHETHER CLAIMS ARE BASED UPON CONTRACT, WARRANTY, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE RELATED TO THIS CONTRACT.** Seller shall be entitled on all non-residential accounts to its costs of collection (including reasonable attorney's fees) on amounts not paid when due. Seller will install necessary phone line(s) and metering equipment provided such costs are reasonable. Subsequent ownership and maintenance of the lines resides with the buyer. Buyer may assign this Agreement provided prior written consent has been obtained from the Seller, which consent will not be unreasonably withheld. Except for the foregoing, the Buyer may not assign this Agreement. Seller reserves the right of first refusal and the right to match competitive offers to sell Buyer natural gas and electricity, in the event retail wheeling of electricity occurs, at market rates continuing this contract.

Agreed to and accepted this **29** day of
**August** **2001**.

*e prime Energy Marketing, Inc.*
SELLER

BY: Mark Cory
Retail Sales Manager

Agreed to and accepted this **17** day of
**Aug**, **2001**.

**BBD Acquisition Company**
BUYER

BY: AJ Langton
Title: Controller

Revised 05/08/2001

## FIRM NATURAL GAS SALES CONTRACT

This Natural Gas Sales Contract is made and entered into this ____ day of _____, 2001, by and between *e prime Energy Marketing, Inc.* ("Seller") and **BBI Acquisition Co.** (Buyer). Buyer and Seller stipulate and agree as follows:

SALES PERIOD: Effective one (1) year beginning on **September 1, 2001**, or the first of the month in which there is initial gas flow as reported by Public Service Company of Colorado d/b/a Xcel Energy. This contract will extend year to year thereafter from the effective date unless canceled by written notice, at least sixty (60) days prior to the effective date, from one party to the other. For those volumes delivered after the Initial Term expires, Buyer shall pay Seller a variable rate calculated as 100% of the first of the month index price published in INSIDE F.E.R.C. for **CIG**, plus $0.50 per Dth, plus all applicable supply and firm service charges and full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges to deliver such gas to Delivery Point, plus applicable state and local taxes for all volumes delivered to Delivery Point. This agreement supercedes any and all previously executed Natural Gas sales Contracts between Buyer and Seller.

QUANTITY: Full requirements of Buyer at its facility located **600 South Main Street, Breckenridge, CO** (Delivery Point).

SHIPPER: Seller

LEVEL OF SERVICE - Firm. Public Service Company of Colorado d/b/a Xcel Energy Load Points: **Meter # 1107469**

PRICE: Inside F.E.R.C.'s Gas Market Report first of the month **CIG** Index plus $0.**50** per Dth, plus all supply and all transportation service charges to deliver such gas to Public Service Company of Colorado d/b/a Xcel Energy at a suitable interconnect plus full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges, plus applicable sales taxes and local franchise fees. **Buyer retains the right to trigger, at any time, a mutually acceptable fixed price for twelve (12) months.** In the event Seller is unable to deliver gas at anytime during the term of this Contract for reasons of Force Majeure, Buyer may buy its gas from Public Service Company of Colorado d/b/a Xcel Energy during such periods. Once such period ends Buyer will once again buy gas from Seller. Quantities consumed over the Peak Day Quantity will be priced at the market rate for that day plus all penalties imposed by the utility.

PAYMENT DATE: Within ten (10) days of receipt of invoice. Seller shall have the right to charge interest at one and a half percent per month for late payments. Seller also may terminate the contract in the event Buyer's financials are inadequate to assure payment in Seller's sole discretion.

QUALITY AND MEASUREMENT: All gas shall be measured by a meter or other measuring device maintained by Public Service Company of Colorado (Public Service Company of Colorado d/b/a Xcel Energy). Public Service Company of Colorado d/b/a Xcel Energy's rules, guidelines and policies, as may be changed from time to time, shall define and set forth, among other things, the units of measurement, measurement specifications, and delivery terms and specifications of the gas to be delivered to Buyer pursuant hereto.

FORCE MAJEURE: Other than to make payments due hereunder, Buyer and Seller are excused from performance under this Agreement during periods of Force Majeure. The term "Force Majeure" as employed herein shall mean any act not within the control of the party claiming suspension and which by the exercise of due diligence such party is unable to prevent or overcome including changes in the Public Service Company of Colorado d/b/a Xcel Energy tariff.

SPECIAL PROVISIONS: Seller is responsible for and shall indemnify Buyer against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Seller's possession or handling of the gas sold under this Contract prior to its delivery to Buyer's property. Buyer is responsible for and shall indemnify Seller against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Buyer's possession or handling of the gas sold under this Contract on or following delivery to Buyer's property. Except as specifically provided in the preceding two sentences, except in cases of intentional misconduct or gross negligence, **IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES WHETHER CLAIMS ARE BASED UPON CONTRACT, WARRANTY, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE RELATED TO THIS CONTRACT.** Seller shall be entitled on all non-residential accounts to its costs of collection (including reasonable attorney's fees) on amounts not paid when due. Seller will install necessary phone line(s) and metering equipment provided such costs are reasonable. Subsequent ownership and maintenance of the lines resides with the buyer. Buyer may assign this Agreement provided prior written consent has been obtained from the Seller, which consent will not be unreasonably withheld. Except for the foregoing, the Buyer may not assign this Agreement. Seller reserves the right of first refusal and the right to match competitive offers to sell Buyer natural gas and electricity, in the event retail wheeling of electricity occurs, at market rates continuing this contract.

Agreed to and accepted this 29 day of  
August 2001.

e prime Energy Marketing, Inc.  
SELLER

BY: Mark Cory  
Retail Sales Manager

Agreed to and accepted this 17th day of  
Aug, 2001.

BBI Acquisition Co.  
BUYER

BY: BJ Langton  
Title: Controller

Revised 05/08/2001

## FIRM NATURAL GAS SALES CONTRACT

This Natural Gas Sales Contract is made and entered into this _____ day of _____, 2001, by and between *e prime Energy Marketing, Inc.* ("Seller") and **Breckenridge Bar-B-Que, LTD** (Buyer). Buyer and Seller stipulate and agree as follows:

SALES PERIOD: Effective one (1) year beginning on **September 1, 2001**, or the first of the month in which there is initial gas flow as reported by Public Service Company of Colorado d/b/a Xcel Energy. This contract will extend year to year thereafter from the effective date unless canceled by written notice, at least sixty (60) days prior to the effective date, from one party to the other. For those volumes delivered after the Initial Term expires, Buyer shall pay Seller a variable rate calculated as 100% of the first of the month index price published in INSIDE F.E.R.C. for **CIG**, plus $0.**50** per Dth, plus all applicable supply and firm service charges and full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges to deliver such gas to Delivery Point, plus applicable state and local taxes for all volumes delivered to Delivery Point. This agreement supercedes any and all previously executed Natural Gas sales Contracts between Buyer and Seller.

QUANTITY: Full requirements of Buyer at its facility located **301 South Main Street, Breckenridge, CO 80424** (Delivery Point).

SHIPPER: Seller

LEVEL OF SERVICE - Firm. Public Service Company of Colorado d/b/a Xcel Energy Load Points: **Meter # 518467**

PRICE: Inside F.E.R.C.'s Gas Market Report first of the month **CIG** Index plus $0.**50** per Dth, plus all supply and all transportation service charges to deliver such gas to Public Service Company of Colorado d/b/a Xcel Energy at a suitable interconnect plus full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges, plus applicable sales taxes and local franchise fees. **Buyer retains the right to trigger, at any time, a mutually acceptable fixed price for twelve (12) months.** In the event Seller is unable to deliver gas at anytime during the term of this Contract for reasons of Force Majeure, Buyer may buy its gas from Public Service Company of Colorado d/b/a Xcel Energy during such periods. Once such period ends Buyer will once again buy gas from Seller. Quantities consumed over the Peak Day Quantity will be priced at the market rate for that day plus all penalties imposed by the utility.

PAYMENT DATE: Within ten (10) days of receipt of invoice. Seller shall have the right to charge interest at one and a half percent per month for late payments. Seller also may terminate the contract in the event Buyer's financials are inadequate to assure payment in Seller's sole discretion.

QUALITY AND MEASUREMENT: All gas shall be measured by a meter or other measuring device maintained by Public Service Company of Colorado (Public Service Company of Colorado d/b/a Xcel Energy). Public Service Company of Colorado d/b/a Xcel Energy's rules, guidelines and policies, as may be changed from time to time, shall define and set forth, among other things, the units of measurement, measurement specifications, and delivery terms and specifications of the gas to be delivered to Buyer pursuant hereto.

FORCE MAJEURE: Other than to make payments due hereunder, Buyer and Seller are excused from performance under this Agreement during periods of Force Majeure. The term "Force Majeure" as employed herein shall mean any act not within the control of the party claiming suspension and which by the exercise of due diligence such party is unable to prevent or overcome including changes in the Public Service Company of Colorado d/b/a Xcel Energy tariff.

SPECIAL PROVISIONS: Seller is responsible for and shall indemnify Buyer against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Seller's possession or handling of the gas sold under this Contract prior to its delivery to Buyer's property. Buyer is responsible for and shall indemnify Seller against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Buyer's possession or handling of the gas sold under this Contract on or following delivery to Buyer's property. Except as specifically provided in the preceding two sentences, except in cases of intentional misconduct or gross negligence, **IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES WHETHER CLAIMS ARE BASED UPON CONTRACT, WARRANTY, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE RELATED TO THIS CONTRACT.** Seller shall be entitled on all non-residential accounts to its costs of collection (including reasonable attorney's fees) on amounts not paid when due. Seller will install necessary phone line(s) and metering equipment provided such costs are reasonable. Subsequent ownership and maintenance of the lines resides with the buyer. Buyer may assign this Agreement provided prior written consent has been obtained from the Seller, which consent will not be unreasonably withheld. Except for the foregoing, the Buyer may not assign this Agreement. Seller reserves the right of first refusal and the right to match competitive offers to sell Buyer natural gas and electricity, in the event retail wheeling of electricity occurs, at market rates continuing this contract.

Agreed to and accepted this 24 day of August, 2001.

*e prime Energy Marketing, Inc.*
SELLER

BY: Mark Cory
    Retail Sales Manager

Agreed to and accepted this 17 day of Aug, 2001.

**Breckenridge Bar-B-Que, LTD**
BUYER

BY: BJ Langton
Title: Controller

Revised 05/08/2001

## FIRM NATURAL GAS SALES CONTRACT

This Natural Gas Sales Contract is made and entered into this _____ day of _____, **2001**, by and between e prime Energy Marketing, Inc. ("Seller") and **Breckenridge Brewery of CO LLC** (Buyer). Buyer and Seller stipulate and agree as follows:

SALES PERIOD: Effective one (1) year beginning on **September 1, 2001**, or the first of the month in which there is initial gas flow as reported by Public Service Company of Colorado d/b/a Xcel Energy. This contract will extend year to year thereafter from the effective date unless canceled by written notice, at least sixty (60) days prior to the effective date, from one party to the other. For those volumes delivered after the Initial Term expires, Buyer shall pay Seller a variable rate calculated as 100% of the first of the month index price published in INSIDE F.E.R.C. for CIG, plus $0.50 per Dth, plus all applicable supply and firm service charges and full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges to deliver such gas to Delivery Point, plus applicable state and local taxes for all volumes delivered to Delivery Point. This agreement supercedes any and all previously executed Natural Gas sales Contracts between Buyer and Seller.

QUANTITY: Full requirements of Buyer at its facility located **471 Kalamath Street, Denver CO** (Delivery Point).

SHIPPER: Seller

LEVEL OF SERVICE - Firm. Public Service Company of Colorado d/b/a Xcel Energy Load Points: **Meter # 1107087**

PRICE: Inside F.E.R.C.'s Gas Market Report first of the month CIG Index plus $0.50 per Dth, plus all supply and all transportation service charges to deliver such gas to Public Service Company of Colorado d/b/a Xcel Energy at a suitable interconnect plus full rate PUC approved Public Service Company of Colorado d/b/a Xcel Energy firm TF transportation charges, plus applicable sales taxes and local franchise fees. **Buyer retains the right to trigger, at any time, a mutually acceptable fixed price for twelve (12) months.** In the event Seller is unable to deliver gas at anytime during the term of this Contract for reasons of Force Majeure, Buyer may buy its gas from Public Service Company of Colorado d/b/a Xcel Energy during such periods. Once such period ends Buyer will once again buy gas from Seller. Quantities consumed over the Peak Day Quantity will be priced at the market rate for that day plus all penalties imposed by the utility.

PAYMENT DATE: Within ten (10) days of receipt of invoice. Seller shall have the right to charge interest at one and a half percent per month for late payments. Seller also may terminate the contract in the event Buyer's financials are inadequate to assure payment in Seller's sole discretion.

QUALITY AND MEASUREMENT: All gas shall be measured by a meter or other measuring device maintained by Public Service Company of Colorado (Public Service Company of Colorado d/b/a Xcel Energy). Public Service Company of Colorado d/b/a Xcel Energy's rules, guidelines and policies, as may be changed from time to time, shall define and set forth, among other things, the units of measurement, measurement specifications, and delivery terms and specifications of the gas to be delivered to Buyer pursuant hereto.

FORCE MAJEURE: Other than to make payments due hereunder, Buyer and Seller are excused from performance under this Agreement during periods of Force Majeure. The term "Force Majeure" as employed herein shall mean any act not within the control of the party claiming suspension and which by the exercise of due diligence such party is unable to prevent or overcome including changes in the Public Service Company of Colorado d/b/a Xcel Energy tariff.

SPECIAL PROVISIONS: Seller is responsible for and shall indemnify Buyer against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Seller's possession or handling of the gas sold under this Contract prior to its delivery to Buyer's property. Buyer is responsible for and shall indemnify Seller against any liabilities or losses (including attorneys' fees and other expenses) on account of personal injuries and/or damage to tangible property arising out of Buyer's possession or handling of the gas sold under this Contract on or following delivery to Buyer's property. Except as specifically provided in the preceding two sentences, except in cases of intentional misconduct or gross negligence, **IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES WHETHER CLAIMS ARE BASED UPON CONTRACT, WARRANTY, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE RELATED TO THIS CONTRACT.** Seller shall be entitled on all non-residential accounts to its costs of collection (including reasonable attorney's fees) on amounts not paid when due. Seller will install necessary phone line(s) and metering equipment provided such costs are reasonable. Subsequent ownership and maintenance of the lines resides with the buyer. Buyer may assign this Agreement provided prior written consent has been obtained from the Seller, which consent will not be unreasonably withheld. Except for the foregoing, the Buyer may not assign this Agreement. Seller reserves the right of first refusal and the right to match competitive offers to sell Buyer natural gas and electricity, in the event retail wheeling of electricity occurs, at market rates continuing this contract.

| | |
|---|---|
| Agreed to and accepted this 2 Y day of<br>Aug 1, 2001.<br><br>e prime Energy Marketing, Inc.<br>SELLER<br><br>BY: Mark Cory<br>    Retail Sales Manager | Agreed to and accepted this 17TH day of<br>Aug, 2001.<br><br>Breckenridge Brewery of CO LLC<br>BUYER<br><br>BY: BJ Langton<br>Title: Controller |

Revised 05/08/2001