Craig C. Corbitt (Cal. Bar No. 83251)
Patrick B. Clayton (Cal. Bar No. 240191)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
ccorbitt@zelle.com

*Co-Lead Counsel for California Class Plaintiffs*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL No. 1566<br>CV-S-03-1431-PMP (PAL)<br>BASE FILE |
| THIS DOCUMENT RELATES TO:<br><br>*Fairhaven Power Co.*<br>         (Case No. 2:05-CV-00243)<br><br>*Utility Savings & Refund Services LLP*<br>         (Case No. 2:05-CV-00110)<br><br>*Abelman Art Glass*<br>         (Case No. 2:05-CV-00437)<br><br>*Texas-Ohio Energy Inc.*<br>         (Case No. 2:04-CV-00465)<br><br>*Ever-Bloom Inc.*<br>         (Case No. 2:05-CV-01169) | |

**CALIFORNIA CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND INCENTIVE AWARDS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on Tuesday, August 25, 2009, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7C of the United States District Court for the District of Nevada – Las Vegas, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada, Plaintiffs in the above-captioned cases will move this Court for an order:  (1) awarding attorneys' fees in the amount of 25% of the six settlement agreements, totaling $14.65 million, that are the subject of the California Class Plaintiffs' Motion for Final Approval of Six Settlements, filed August 10, 2009; (2) reimbursing expenses in the amount of $283,644.71 and authorizing up to $100,000.00 to be withdrawn from the settlement fund to pay for settlement administration expenses; and (3) paying incentive awards of $5,000 to each of the six class representatives.  This Motion is brought pursuant to the Federal Rules of Civil Procedure, Rules 23(h), 54(b), and 54(d)(2), and Local Rules 54; the May 7, 2009 Order Granting Preliminary Approval to Six Settlement Agreements; and, the August 10, 2009 Motion for Final Approval of Six Settlements.

This Motion is brought on the grounds that (a) such fees are fair and reasonable in light of Plaintiffs' counsel's efforts in obtaining the six settlement agreements; (b) the requested fees comport with Ninth Circuit law in common fund cases; (c) the expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of the action, and (d) a reasonable payment to each class representative for their efforts on behalf of the settlement class is warranted and appropriate.

/ / /

/ / /

/ / /

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Craig C. Corbitt in support of the Motion, and exhibits thereto, and the records and files in connection with the above-captioned cases.

Dated:  August 10, 2009

Respectfully submitted,

　　　　　*/s/ Craig C. Corbitt*
　　　　　Craig C. Corbitt
Craig C. Corbitt (Cal. Bar No. 83251)
Patrick B. Clayton (Cal. Bar No. 240191)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:	(415) 693-0700
Facsimile:	(415) 693-0770
ccorbitt@zelle.com

Susan G. Kupfer
Sylvie K. Kern
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 3400
San Francisco, CA  94111
Telephone:	(415) 972-8160
Facsimile:	(415) 972-8166

Michael J. Boni
Theresa J. Henson
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone:	(610) 822-0200
Facsimile:	(610) 822-0206

Marc H. Edelson
HOFMANN & EDELSON, LLC
45 W. Court Street
Doylestown, PA  18901
Telephone:	(215) 230-8043
Facsimile:	(215) 230-8735

*Co-Lead Counsel for California Class Plaintiffs*

| | |
|---|---|
| J. Bruce Alverson<br>Karie N. Wilson<br>ALVERSON, TAYLOR, MORTENSEN<br>  & SANDERS<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br>Telephone:  (702) 384-7000<br>Facsimile:  (702) 385-7000 | W. Timothy Needham<br>JANSSEN, MALLOY, NEEDHAM,<br>  MORRISON, REINHOLTSEN,<br>  CROWLEY & GREIGO, LLP<br>730 Fifth Street<br>P.O. Drawer 1288<br>Eureka, CA 95502<br>Telephone:  (707) 445-2071<br>Facsimile:  (707) 445-8305 |
| Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone:  (415) 217-6810<br>Facsimile:  (415) 217-6813 | Josef D. Cooper<br>Tracy R. Kirkham<br>COOPER & KIRKHAM, P.C.<br>357 Tehama Street, Second Floor<br>San Francisco, CA 94103<br>Telephone:  (415) 788-3030<br>Facsimile:  (415) 882-7040 |
| Dennis Stewart<br>Blake Muir Harper<br>HULETT HARPER STEWART LLP<br>525 B Street, Suite 760<br>San Diego, CA 92101<br>Telephone:  (619) 338-1133<br>Facsimile:  (619) 338-1139 | Daniel E. Gustafson<br>Jason S. Kilene<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>Telephone:  (612) 333-8844<br>Facsimile:  (612) 339-6622 |

*Counsel for California Class Plaintiffs*

3218425v1