UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL 1566<br>2:03-CV-1431-PMP-PAL<br>BASE FILE |
| Fairhaven Power Company v. Encana Corporation, et al. | 2:05-CV-0243-PMP-PAL |
| Abelman Art Glass v. Encana Corp., et al. | 2:05-CV-0437-PMP-PAL |
| Utility Savings & Refund Services LLP v. Reliant Energy Services, Inc., et al. | 2:05-CV-00110-PMP-PAL |
| Ever-Bloom, Inc., et al. v. AEP Energy Services, Inc., et al. | 2:05-CV-01169-PMP-PAL |
| Texas-Ohio Energy Inc., v. AEP Energy Services Inc., et al. | 2:04-CV-00465-PMP-PAL |

The Court having reviewed the California Class Plaintiffs' Report on Settlement Fund and Cy Pres Distributions (Doc. #1965) filed April 27, 2011, and there being no objections thereto, and in accord with this Court's Order approving the plan of allocation of the settlement fund (Doc. #1764 & #1765),

IT IS ORDERED that the cy pres distributions proposed in the California Class Plaintiffs' Report on the Settlement Fund are hereby approved.

DATE: June 13, 2011

_____
PHILIP M. PRO
United States District Judge