UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL 1566<br>2:03-CV-1431-PMP-PAL<br>BASE FILE |
| Fairhaven Power Company v. Encana Corporation, et al. | 2:05-CV-0243-PMP-PAL |
| Abelman Art Glass v. Encana Corp., et al. | 2:05-CV-0437-PMP-PAL |
| Utility Savings & Refund Services LLP v. Reliant Energy Services, Inc., et al. | 2:05-CV-00110-PMP-PAL |
| Ever-Bloom, Inc., et al. v. AEP Energy Services, Inc., et al. | 2:05-CV-01169-PMP-PAL |
| Texas-Ohio Energy Inc., v. AEP Energy Services Inc., et al. | 2:04-CV-00465-PMP-PAL |

In light of the settlement in these cases, the California Class Plaintiffs' Motion for Class Certification (Doc. #1384) is denied as moot.

IT IS SO ORDERED.

DATE: July 14, 2011

_____
PHILIP M. PRO
United States District Judge