Philip M. Ballif
Durham Jones & Pinegar
111 East Broadway, Ste. 900
Salt Lake City, UT 84111
P: (801) 415-3000
F: (801) 415-3500
pballif@djplaw.com

Melvin Goldstein
Matthew A. Corcoran
GOLDSTEIN & ASSOCIATES, P.C.
1757 P Street, NW
Washington, D.C. 20036
P: (202) 872-8740
F: (202) 872-8744
mgoldstein@goldstein-law.com
mcorcoran@goldstein-law.com

*Attorneys for Plaintiff Sinclair Oil Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br>2:03-CV-1434-PMP-PAL<br>BASE FILE |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Sinclair Oil Corporation v. e-Prime, Inc. and Xcel Energy Inc.* | 2:06-CV-00267-PMP-PAL |

## ORDER RE STAY OF PROCEEDINGS

Presently before the Court is Plaintiff's Unopposed Motion for Stay (Doc. No. 2001), filed on July 29, 2011. Having reviewed and considered the matter,

**IT IS ORDERED** that:

The Unopposed Motion for Stay (Doc. No. 2001) is **GRANTED.**

Respectfully submitted,

Dated: July 29, 2011		By:	*/s/ Philip M. Ballif*
				Philip M. Ballif
				Durham Jones & Pinegar
				111 East Broadway, Ste. 900
				Salt Lake City, UT 84111
				P: (801) 415-3000
				F: (801) 415-3500
				pballif@djplaw.com

				*/s/ Melvin Goldstein*
				Melvin Goldstein
				Matthew A. Corcoran
				GOLDSTEIN & ASSOCIATES, P.C.
				1757 P Street, NW
				Washington, D.C. 20036
				P: (202) 872-8740
				F: (202) 872-8744
				mgoldstein@goldstein-law.com
				mcorcoran@goldstein-law.com

				*Attorneys for Plaintiff Sinclair Oil Corporation*

DATED: August 3, 2011

_____
United States District Judge