Philip M. Ballif
Durham Jones & Pinegar
111 East Broadway, Ste. 900
Salt Lake City, UT 84111
P: (801) 415-3000
F: (801) 415-3500
pballif@djplaw.com

Melvin Goldstein
Matthew A. Corcoran
GOLDSTEIN & ASSOCIATES, P.C.
1757 P Street, NW
Washington, D.C. 20036
P: (202) 872-8740
F: (202) 872-8744
mgoldstein@goldstein-law.com
mcorcoran@goldstein-law.com

*Attorneys for Plaintiff Sinclair Oil Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br>2:03-CV-1434-PMP-PAL<br>BASE FILE |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Sinclair Oil Corporation v. OneOK Energy Services Company, L.P.* | 2:06-CV-00282-PMP-PAL |

## ORDER RE STAY OF PROCEEDINGS

Presently before the Court is Plaintiff's Unopposed Motion for Stay (Doc. No. __2002__), filed on July 29, 2011.  Having reviewed and considered the matter,

**IT IS ORDERED** that:

The Unopposed Motion for Stay (Doc. No. 2002 ) is **GRANTED.**

Respectfully submitted,

Dated: July 29, 2011          By:    */s/ Philip M. Ballif*
                                     Philip M. Ballif
                                     Durham Jones & Pinegar
                                     111 East Broadway, Ste. 900
                                     Salt Lake City, UT 84111
                                     P: (801) 415-3000
                                     F: (801) 415-3500
                                     pballif@djplaw.com

                                     */s/ Melvin Goldstein*
                                     Melvin Goldstein
                                     Matthew A. Corcoran
                                     GOLDSTEIN & ASSOCIATES, P.C.
                                     1757 P Street, NW
                                     Washington, D.C.  20036
                                     P: (202) 872-8740
                                     F: (202) 872-8744
                                     mgoldstein@goldstein-law.com
                                     mcorcoran@goldstein-law.com

                                     *Attorneys for Plaintiff Sinclair Oil Corporation*

DATED: August 3, 2011

United States District Judge