UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re: Western States Wholesale Natural Gas
Antitrust Litigation

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:03-CV-1431 PMP-PAL

☐     **Jury Verdict**.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and decision has been rendered.

☐     **Notice of Acceptance with Offer of Judgment**.  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Defendants' Joint Renewed Motion and Motion for Summary Judgment (Doc. #1880) is hereby GRANTED in part and DENIED in part as follows:

•       In <u>Learjet, et al. v. ONEOK, Inc., et al.</u>, 2:06-CV-00233-PMP-PAL, all of Plaintiff's claims in the Second Amended Complaint (Doc. #1857) are hereby dismissed as preempted against the following Defendants: ONEOK, Inc.; ONEOK Energy Marketing & Trading Co., L.P.; The Williams Companies, Inc.; Williams Merchant Services Company, Inc.; Williams Energy Marketing & Trading; American Electric Power Company, Inc.; AEP Energy Services, Inc.; Duke Energy Trading and Marketing, L.L.C.; Dynegy Marketing & Trade; El Paso Corporation; El Paso Merchant Energy, L.P.; CMS Marketing Services & Trading Company; CMS Field Services; Reliant Energy Services, Inc.; Coral Energy Resources, L.P.; Xcel Energy, Inc.; ePrime, Inc.

•       In <u>Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.</u>, 2:07-CV-00987-PMP-PAL, all of Plaintiff's claims in the Amended Complaint (Doc. #1863) are hereby dismissed as preempted against the following Defendants: ONEOK, Inc.; ONEOK Energy Marketing & Trading Co., L.P.; The Williams Companies, Inc.; Williams Merchant Services Company, Inc.; Williams Energy Marketing & Trading; Duke Energy Trading and Marketing, L.L.C.; Dynegy Marketing & Trade; El Paso Corporation; El Paso Merchant Energy, L.P.; CMS Marketing Services & Trading Company; CMS Field Services; Reliant Energy Services, Inc.; Coral Energy Resources, L.P.; Xcel Energy, Inc.; ePrime, Inc.

•       In <u>Breckenridge Brewery of Colorado, LLC, et al. v. ONEOK, Inc., et al.</u>, 2:06-cv-01351-PMP-PAL, all of Plaintiff's claims in the Amended Complaint (Doc. #717) are hereby dismissed as preempted against the following Defendants: Xcel Energy, Inc.; ePrime Energy Marketing, Inc.

• In <u>Reorganized FLI, Inc. v. Williams Companies Inc., et al.</u>, 2:05-CV-01331-PMP-PAL, all of Plaintiff's claims in the Amended Complaint (Doc. #11 in 2:05-CV-01331-PMP-PAL) are hereby dismissed as preempted against the following Defendants: ONEOK, Inc.; ONEOK Energy Marketing & Trading Co., L.P.; The Williams Companies, Inc.; Williams Merchant Services Company, Inc.; Williams Energy Marketing & Trading; American Electric Power Company, Inc.; AEP Energy Services, Inc.; Duke Energy Trading and Marketing, L.L.C.; Dynegy Marketing & Trade; El Paso Corporation; El Paso Merchant Energy, L.P.; CMS Marketing Services & Trading Company; CMS Field Services, Inc.; Reliant Energy Services, Inc.; Coral Energy Resources, L.P.; Xcel Energy, Inc.; ePrime, Inc.

• In <u>Arandell Corp., et al. v. Xcel Energy, Inc., et al.</u>, 2:07-CV-01019-PMP-PAL, all of Plaintiff's claims in the Corrected Second Amended Complaint (Doc. # 190 in 2:07-CV-01019-PMP-PAL) are hereby dismissed as preempted against the following Defendants: Xcel Energy, Inc.; Northern States Power Company; CMS Energy Resources Management Company (f/k/a CMS Marketing Services and Trading Company); Coral Energy Resources, L.P.; Duke Energy Trading and Marketing, L.L.C.; Dynegy Illinois Inc.; DMT G.P. L.L.C.; Dynegy GP Inc.; Dynegy Marketing and Trade; ePrime, Inc.; El Paso Corporation; El Paso Merchant Energy, L.P.; ONEOK, Inc.; ONEOK Energy Services Company L.P. (f/k/a ONEOK Energy Marketing and Trading Company, L.P.); Reliant Energy Services, Inc.; The Williams Companies, Inc.; Williams Power Company, Inc. (Williams Energy Marketing & Trading); Williams Merchant Services Company, Inc.

• In <u>Arandell Corp., et al. v. CMS Energy Corp., et al.</u>, 2:09-CV-01103-PMP-PAL, all of Plaintiff's claims in the Amended Complaint (Doc. #10-2 in 2:09-CV-01103-PMP-PAL) are hereby dismissed as preempted against the following Defendants: CMS Energy Corporation; CMS Energy Resources Management Company (f/k/a CMS Marketing Services and Trading Company); Cantera Gas Company, LLC (f/k/a CMS Field Services, Inc.).

• In <u>NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et al.</u>, 2:09- CV-00915-PMP-PAL, all of Plaintiff's claims in the Amended Complaint (Doc. #1952) are hereby dismissed as preempted against the following Defendants: CMS Energy Resources Management Company (f/k/a CMS Marketing Services and Trading Company); Xcel Energy, Inc.; Northern States Power Company; Coral Energy Resources, L.P.; Duke Energy Trading and Marketing, L.L.C.; Dynegy Illinois Inc.; DMT G.P. L.L.C.; Dynegy GP Inc.; Dynegy Marketing and Trade; ePrime, Inc.; El Paso Corporation; El Paso Marketing, L.P.; ONEOK, Inc.; ONEOK Energy Services Company L.P. (f/k/a ONEOK Energy Marketing and Trading Company, L.P.); Reliant Energy Services, Inc.; The Williams Companies, Inc.; Williams Power Company, Inc. (Williams Energy Marketing & Trading); Williams Merchant Services Company, Inc.

The motion is DENIED as to the remaining Defendant in <u>Learjet, et al. v. ONEOK, Inc., et al.</u>, and <u>Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.</u>, 2:07-CV-00987-PMP¬PAL, Defendant Kansas Gas Marketing Company.

The ePrime Defendants' Notice of Motion and Motion for Partial Summary Judgment Based on Preemption (Doc. #1884) is hereby GRANTED as follows:

• In <u>Sinclair Oil Corporation v. e-Prime, Inc. & Xcel Energy Inc.</u>, 2:06-CV-00267-PMP-PAL, counts 3 through 11 of Plaintiff's Complaint (Doc. #1 in 2:06-CV-00267-PMP-PAL) are hereby dismissed as preempted against the following Defendants: Xcel Energy, Inc.; ePrime, Inc.

Dynegy Inc. and Dynegy Marketing and Trade's Motion for Partial Summary Judgment (Doc. #1891) is hereby GRANTED as follows:

• In <u>Multiut Corporation v. Dynegy, Inc., et al.</u>, 2:05-CV-01300-PMP-PAL, counts 2 and 3 of Plaintiff's Complaint (Doc. #1 in 2:05-CV-01300-PMP-PAL) are hereby dismissed as preempted against the following Defendants: Dynegy, Inc.; Dynegy Marketing and Trade.

ONEOK Energy Services Company's Motion for Partial Summary Judgment (Doc. #1944) is hereby GRANTED as follows:

• In <u>Sinclair Oil Corporation v. OneOK Energy Services Company, L.P.</u>, 2:06-CV-00282-PMP-PAL, counts 1-6, 8, and 10 of Plaintiff's claims in the Complaint (Doc. #1 in 2:06-CV-00282-PMP-PAL) are hereby dismissed as preempted against the following Defendants: ONEOK Energy Services Company, L.P.

Plaintiffs' Motion for Class Certification (Doc. #1383) and Plaintiffs' Motion for Class Certification (Doc. #1394) are hereby DENIED as moot.

To the extent this Order results in judgment against fewer than all Defendants and/or judgment on fewer than all claims in any of the above actions, the Court directs final judgment be entered on the above-identified claims for the above-identified Defendants, as no just reason for delay exists.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

August 18, 2011 Las Vegas NV
DATE