UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | 2:03-CV-01431-PMP-PAL BASE FILE<br><br>ORDER |
| *Learjet, et al. v. ONEOK, Inc., et al.*, | 2:06-CV-00233-PMP-PAL |
| *Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.*, | 2:07-CV-00987-PMP-PAL |
| *Breckenridge Brewery of Colorado, LLC, et al. v. ONEOK, Inc., et al.*, | 2:06-CV-01351-PMP-PAL |
| *Arandell Corp., et al. v. Xcel Energy, Inc., et al.*, | 2:07-CV-01019-PMP-PAL |
| *Sinclair Oil Corporation v. e-Prime, Inc. and Xcel Energy Inc.*, | 2:06-CV-00267-PMP-PAL |
| *Sinclair Oil Corporation v. OneOK Energy Services Company, L.P.* | 2:06-CV-00282-PMP-PAL |

IT IS ORDERED that Plaintiffs' Motion for Class Certification (Doc. #1393) is hereby DENIED as moot.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Class Certification (Doc. #1395) is hereby DENIED as moot.

IT IS FURTHER ORDERED that Defendants' Motion to Strike Plaintiffs' Expert Declarations Submitted in Support of Motions for Class Certification (Doc. #1630) is hereby DENIED as moot.

///

IT IS FURTHER ORDERED that Plaintiffs' Motion to Strike Defendants' Expert Declaration Submitted in Opposition to Plaintiffs' Motions for Class Certification (Doc. #1722) is hereby DENIED as moot.

IT IS FURTHER ORDERED that in light of the Order granting a stay (Doc. #2048), Defendant's Motion for Attorney's Fees (Doc. #2034) is hereby DENIED without prejudice to renew once the stay is lifted.

IT IS FURTHER ORDERED that in light of the Order granting a stay (Doc. #2047), Defendants' Motion for Award of Attorneys' Fees and Costs (Doc. #75 in 2:06-CV-00267-PMP-PAL) is hereby DENIED without prejudice to renew once the stay is lifted.

DATED:  August 30, 2011

_____
PHILIP M. PRO
United States District Judge