UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL 1566<br>2:03-CV-01431-PMP-PAL<br>BASE FILE |
| MULTIUT CORPORATION,<br>Plaintiff,<br>v.<br>DYNEGY, INC. and DYNEGY MARKETING AND TRADE,<br>Defendants. | 2:05-CV-01300- PMP-PAL<br><br>ORDER |

IT IS ORDERED that the parties shall file a joint status report on or before January 7, 2012.

DATED:  December 7, 2011.

_____
PHILIP M. PRO
United States District Judge