UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 11-16786<br><br>D.C. Nos. 2:03-cv-01431-PMP-PAL, 2:06-cv-00233-PMP-PAL |
| LEARJET, INC.; TOPEKA UNIFIED SCHOOL DISTRICT 501,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>ONEOK, INC.; et al.,<br><br>    Defendants - Appellees. | |
| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 11-16798<br><br>D.C. Nos. 2:03-cv-01431-PMP-PAL, 2:07-cv-00987-PMP-PAL |
| HEARTLAND REGIONAL MEDICAL CENTER; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>ONEOK, INC.; et al., | |

Defendants - Appellees.

In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,

No. 11-16799

D.C. Nos. 2:03-cv-01431-PMP-PAL,
2:06-cv-01351-PMP-PAL

BRECKENRIDGE BREWERY OF COLORADO, LLC; BBD ACQUISITION CO.,

   Plaintiffs - Appellants,

v.

XCEL ENERGY, INC.; EPRIME, INC.,

   Defendants - Appellees.

In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,

No. 11-16802

D.C. Nos. 2:03-cv-01431-PMP-PAL,
2:05-cv-01331-PMP-PAL

REORGANIZED FLI, INC.,

   Plaintiff - Appellant,

v.

ONEOK, INC.; et al.,

   Defendants - Appellees.

| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 11-16818 |
|---|---|
| SINCLAIR OIL CORPORATION, Plaintiff - Appellant, v. ONEOK ENERGY SERVICES COMPANY, L.P., Defendant - Appellee. | D.C. Nos. 2:03-cv-01431-PMP-PAL, 2:06-cv-00282-PMP-PAL |

| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 11-16821 |
|---|---|
| SINCLAIR OIL CORPORATION, Plaintiff - Appellant, v. EPRIME, INC.; XCEL ENERGY, INC., Defendants - Appellees. | D.C. Nos. 2:03-cv-01431-PMP-PAL, 2:06-cv-00267-PMP-PAL |

| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | No. 11-16869 D.C. Nos. 2:03-cv-01431-PMP-PAL, 2:07-cv-01019-PMP-PAL |
|---|---|

ARANDELL CORPORATION; et al.,
CARTHAGE COLLEGE; BRIGGS & STRATTON CORPORATION,

    Plaintiffs - Appellants,

v.

XCEL ENERGY, INC.; et al.,

    Defendants - Appellees.

---

In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,

NEWPAGE WISCONSIN SYSTEM, INC.,

    Plaintiff - Appellant,

v.

CMS ENERGY CORPORATION; et al.,

    Defendants - Appellees.

No. 11-16876

D.C. Nos. 2:03-cv-01431-PMP-PAL,
2:09-cv-00915-PMP-PAL

---

In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,

ARANDELL CORPORATION; et

No. 11-16880

D.C. Nos. 2:03-cv-01431-PMP-PAL,
2:09-cv-01103-PMP-PAL

|                                    |                          |
|------------------------------------|--------------------------|
| al.,                               |                          |
|           Plaintiffs - Appellants, | ORDER VACATING AND       |
|                                    | RESCHEDULING STATUS      |
| v.                                 | CONFERENCE               |
|                                    |                          |
| CMS ENERGY CORPORATION; et al.,    |                          |
|                                    |                          |
|           Defendants - Appellees.  |                          |

IT IS HEREBY ORDERED that the Status Conference currently set for 10:00 A.M., Thursday, August 13, 2015 is VACATED and RESCHEDULED to 10:00 A.M., Wednesday, September 9, 2015 in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 21st day of July, 2015.

_____
Robert C. Jones
United States District Judge