UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION** | MDL NO. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | |
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et al.* | Case No. 2:05-cv-01331-RCJ-PAL |
| *Learjet, Inc., et al. v. ONEOK, Inc., et al.* | Case No. 2:06-cv-00233-RCJ-PAL |
| *Breckenridge Brewery of Colorado, LLC, et al. v. ONEOK, Inc., et al.* | Case No. 2:06-cv-01351-RCJ-PAL |
| *Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.* | Case No. 2:07-cv-00987-RCJ-PAL |
| *Arandell Corp., et al. v. Xcel Energy, Inc., et al.* | Case No. 2:07-cv-01019-RCJ-PAL |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et al.* | Case No. 2:09-cv-00915-RCJ-PAL |

This matter is before the court on the Motion to Substitute Counsel for Williams Defendants (Dkt. #2141) filed July 27, 2015.  Tristan L. Duncan, Tammy B. Webb, Steven D. Soden, John R. McCambridge and Brent Dwerlkotte, of Shook, Hardy & Bacon, L.L.P., seek leave to be substituted in the place and stead of Sarah Jane Gillett, Heather L. Cupp and Barndon B. Rule, of Hall, Estil, Hardwick, Gable, Golden & Nelson, P.C., for Defendants THE WILLIAMS COMPANIES, INC., WILLIAMS MERCHANT SERVICES COMPANY, INC., WILLIAMS POWER COMPANY, INC. AND WILLIAMS ENERGY MARKETING AND TRADING CO., WILLIAMS GAS MARKETING, and WPX ENERGY, INC.

LR IA 10-6(b) provides that no attorney may withdraw without notice to the affected client and opposing counsel.  The stipulation does not contain the signature of the client's

1

authorized agent or indicate service on the affected client.  Additionally, LR IA 10-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." Finally, LR IA 10-6(d) provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** the Motion to Substitute Counsel for Williams Defendants (Dkt. #2141) is DENIED without prejudice for failure to comply with LR IA 10-6(b).

DATED this 7th day of August, 2015.

\

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE