UNITED STATES DISTICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL NO. 1566 |
| | Base Case No. CV-S-2:03-1431-RCJ(PAL) |
| THIS DOCUMENT RELATES TO: | |
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.* | Case No. CV-S-05-1331-RCJ(PAL) |
| *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.* | Case No. CV-S-06-233-RCJ(PAL) |
| *Breckenridge Brewery of Colorado, LLC, et. al. v. ONEOK, Inc., et. al.* | CaseNo.CV-S-06-CV-1351-RCJ(PAL) |
| *Heartland Regional Medical Center, et. al., v ONEOK, Inc. et. al.* | Case No. CV-S-07-987-RCJ(PAL) |
| *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.* | Case No. CV-S-07-1019-RCJ(PAL) |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. CV-S-09-00915-RCJ(PAL) |

## ORDER GRANTING FIRST AMENDED MOTION TO SUBSTITUTE COUNSEL FOR WILLIAMS DEFENDANTS

Before the Court for decision is the First Amended Motion to substitute Counsel for Defendants The WILLIAMS COMPANIES, INC., WILLIAMS MERCHANT SERVICES COMPANY, INC., WILLIAMS POWER COMPANY, INC. AND WILLIAMS ENERGY MARKETING AND TRADING CO., WILLIAMS GAS MARKETING, and WPX ENERGY, INC. (hereafter "the Williams Defendants").

For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Sarah Jane Gillett, Heather L. Cupp and Brandon B. Rule are withdrawn as counsel of record for The Williams Defendants in the following cases:

1

7110130

| | |
|---|---|
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.* | Case No. CV-S-05-1331-RCJ(PAL) |
| *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.* | Case No. CV-S-06-233-RCJ(PAL) |
| *Breckenridge Brewery of Colorado, LLC, et. al. v. ONEOK, Inc., et. al.* | CaseNo.CV-S-06-CV-1351-RCJ(PAL) |
| *Heartland Regional Medical Center, et. al., v ONEOK, Inc. et. al.* | Case No. CV-S-07-987-RCJ(PAL) |
| *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.* | Case No. CV-S-07-1019-RCJ(PAL) |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. CV-S-09-00915-RCJ(PAL) |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Tristan L. Duncan, Tammy B. Webb, Steven D. Soden, John R. McCambridge and Brent Dwerlkotte be substituted as lead counsel of record for The Williams Defendants in the following cases:

| | |
|---|---|
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.* | Case No. CV-S-05-1331-RCJ(PAL) |
| *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.* | Case No. CV-S-06-233-RCJ(PAL) |
| *Breckenridge Brewery of Colorado, LLC, et. al. v. ONEOK, Inc., et. al.* | CaseNo.CV-S-06-CV-1351-RCJ(PAL) |
| *Heartland Regional Medical Center, et. al., v ONEOK, Inc. et. al.* | Case No. CV-S-07-987-RCJ(PAL) |
| *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.* | Case No. CV-S-07-1019-RCJ(PAL) |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. CV-S-09-00915-RCJ(PAL) |

Pursuant to Paragraph 22 of the Stipulated Case Management Order No. 2 entered April 26, 2005 (Doc. 162), no pro hac vice motion is required for the admission to practice in this MDL proceeding for the following attorneys: Tristan L. Duncan, Tammy B. Webb, Steven D. Soden, John R. McCambridge and Brent Dwerlkotte.

2

7110130

IT IS SO ORDERED that the Substitution of Attorneys is GRANTED.

IT IS FURTHER ORDERED that the parties shall comply with LR 6-2(a) in future requests to this court which states the "... signature block shall not be on a separate page, but shall appear approximately one inch below the last typewritten matter on the right-hand side of the last page of the stipulation ...."

Dated this 18th day of August, 2015.

                                          Hon. Peggy A. Leen
                                          UNITED STATES MAGISTRATE JUDGE

7110130