UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION** | MDL NO. 1566 |
| | Base Case No. CV-S-2:03-1431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | |
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.* | Case No. CV-S-05-1331-RCJ-PAL |
| *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.* | Case No. CV-S-06-233-RCJ-PAL |
| *Heartland Regional Medical Center, et. al., v. ONEOK, Inc. et. al.* | Case No. CV-S-07-987-RCJ-PAL |
| *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.* | Case No. CV-S-07-1019-RCJ-PAL |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. CV-S-09-00915-RCJ-PAL |

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
FOR THE DYNEGY DEFENDANTS**

Before the Court for decision is the First Amended Motion to Substitute Counsel for Defendants Dynegy Marketing and Trade, LLC f/k/a Dynegy Marketing and Trade; Dynegy Inc. f/k/a Dynegy Illinois Inc. and Dynegy GP Inc.; and Dynegy Power Marketing, Inc. f/k/a DMT G.P. L.L.C. (as successor to DMT Holdings, L.P.) (the "Dynegy Defendants").  For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Douglas R. Tribble, John M. Grenfell, Barry S. Hyman, Samantha C. Norris, and William M. Hannay are withdrawn as counsel of record for the Dynegy Defendants in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. CV-S-03-1431-PMP-PAL;

- *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.*; Case No. CV-S-05-1331-RCJ-PAL;

- *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.*; Case No. CV-S-06-233-RCJ-PAL;

- *Heartland Regional Medical Center, et. al., v. ONEOK, Inc. et. al.*; Case No. CV-S-07-987-RCJ-PAL;

- *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.*; Case No. CV-S-07-1019-RCJ-PAL; and

- *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*; Case No. CV-S-09-00915-RCJ-PAL.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Joseph A. Fischer, III be substituted as lead counsel of record for the Dynegy Defendants in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. CV-S-03-1431-PMP-PAL;

- *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.*; Case No. CV-S-05-1331-RCJ-PAL;

- *Learjet, Inc. et. al. v. ONEOK, Inc. et. al.*; Case No. CV-S-06-233-RCJ-PAL;

- *Heartland Regional Medical Center, et. al., v. ONEOK, Inc. et. al.*; Case No. CV-S-07-987-RCJ-PAL;

- *Arandell Corp., et. al. v Xcel Energy, Inc. et. al.*; Case No. CV-S-07-1019-RCJ-PAL; and

- *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*; Case No. CV-S-09-00915-RCJ-PAL.

Pursuant to Paragraph 22 of the Stipulated Case Management Order No. 2 entered April 26, 2005 (Doc. 162), no pro hac vice motion is required for Mr. Fischer's admission to practice in this MDL proceeding.

IT IS SO ORDERED this 18th day of August, 2015.

_____
Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE