UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION** | MDL NO. 1566 |
| THIS DOCUMENT RELATES TO: | Base Case No. 2:03-cv-01431-RCJ-PAL |
| *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.* | Case No. 2:05-cv-01331-RCJ-PAL |
| *Learjet, Inc., et. al. v. ONEOK, Inc., et. al.* | Case No. 2:06-cv-00233-RCJ-PAL |
| *Heartland Regional Medical Center, et. al. v. ONEOK, Inc., et. al.* | Case No. 2:07-cv-00987-RCJ-PAL |
| *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.* | Case No. 2:07-cv-01019-RCJ-PAL |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. 2:09-cv-00915-RCJ-PAL |

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
FOR RELIANT ENERGY SERVICES, INC.**

Before the Court for decision is the Motion to Substitute Counsel for Defendant Reliant Energy Services, Inc., now known as RRI Energy Services, LLC ("Reliant"). For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Aaron M. Streett, Jefferson Gregory Copeland, Amy E. Tabor, Terry Houlihan, Jeffrey D. Wexler, and Christopher J. Healey are withdrawn as counsel of record for Reliant in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. 2:03-cv-01431-RCJ-PAL;

- *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.*; Case No. 2:05-cv-01331-RCJ-PAL;

- *Learjet, Inc., et. al. v. ONEOK, Inc., et. al.*; Case No. 2:06-cv-00233-RCJ-PAL;

- *Heartland Regional Medical Center, et. al. v. ONEOK, Inc. et. al.*; Case No. 2:07-cv-00987-RCJ-PAL;

- *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*; Case No. 2:07-cv-01019-RCJ-PAL; and

- *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*; Case No. 2:09-cv-00915-RCJ-PAL.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mark R. Robeck and Travis Cushman be substituted as lead counsel of record for Reliant in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. 2:03-cv-01431-RCJ-PAL;

- *Reorganized FLI, Inc. v. The Williams Companies, Inc., et. al.*; Case No. 2:05-cv-01331-RCJ-PAL;

- *Learjet, Inc., et. al. v. ONEOK, Inc., et. al.*; Case No. 2:06-cv-00233-RCJ-PAL;

- *Heartland Regional Medical Center, et. al. v. ONEOK, Inc., et. al.*; Case No. 2:07-cv-00987-RCJ-PAL;

- *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*; Case No. 2:07-cv-01019-RCJ-PAL; and

- *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*; Case No. 2:09-cv-00915-RCJ-PAL.

Pursuant to Paragraph 22 of the Stipulated Case Management Order No. 2 entered April 26, 2005 (Doc. 162), no pro hac vice motion is required for Mr. Robeck and Mr. Cushman's admission to practice in this MDL proceeding.

IT IS SO ORDERED this 28th day of August, 2015.

Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

2