UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL Docket No. 1566<br><br>Base Case No. 2:03-cv-01431-RCJ-PAL<br><br>ORDER<br><br>(Case Mgmt Sched – Dkt. #2164) |

The court conducted a status and scheduling conference on October 8, 2015, to discuss in part, the parties' proposed Stipulated Case Management Schedule (Dkt. #2164). Gregory Bentz, Von Heinz, Thomas Brill, Gary McCallister, Isaac Diel, Melvin Goldstein, Jennifer Bacon, Melinda Bialzik and Russell Jones appeared on behalf of the Plaintiffs. Mark Robeck, Joshua Lichtman, Michael Kass, David Bryant, Michael Miguel, Michelle Goodman, Heather Beckham, Dean Mosier, Rebecca Mandel, D. Neal Tomlinson, Lisa Kass, Craig Fitzgerald, Bradley Weber, Joseph Fischer and Steven Soden appeared on behalf of the Plaintiffs. The court discussed the parties' discovery needs. Upon hearing from counsel the court will grant the parties' stipulated case management schedule as well as other deadlines. Accordingly,

**IT IS ORDERED** that the parties' Stipulated Case Management Schedule (Dkt. #2164) is **GRANTED** as follows:

1. Defendants to respond to Certain Plaintiffs' Second Joint Set of Interrogatories & Fourth Set of Requests for Production of Documents: **December 1, 2015.**
2. Plaintiffs to file motions for class certification: **January 11, 2016**.

3. Last date to complete fact discovery, subject to the reservations reflected in the record or described above: **February 1, 2016**.[1]

4. Plaintiffs to produce merits expert reports: **February 22, 2016**.

5. Plaintiffs to respond to contention interrogatories: **March 3, 2016**.

6. Last day for Defendants to complete depositions of Plaintiffs' class certification declarants and file oppositions to class certification: **April 13, 2016.**

7. Defendants to produce merits expert reports: **May 6, 2016.**

8. Last day for Plaintiffs to complete depositions of Defendants' class certification declarants and file replies in support of class certification: **May 31, 2016**.

9. Parties' rebuttal merits expert reports: **July 8, 2016.**

10. Last day to complete expert depositions: **August 22, 2016.**

11. Last day to file dispositive motions and motions and suggestions to remand: **October 3, 2016.**

12. Notwithstanding LR 26-4, and by agreement, the last day to file motions or stipulations to extend discovery in accordance with the requirements of LR 26-4: **January 15, 2016**.

**IT IS FURTHER ORDERED** that after hearing arguments of counsel at the status conference regarding the parties' disputes about dispositive motion deadlines:

13. Dispositive motions should be filed after the close of discovery based on a fully developed record to avoid Rule 56(d) responses and related motion practice.

14. Any dispositive motion filed earlier than October 3, 2016, shall address the need for decision before the close of discovery within the page limitations allowed under LR 7-4.

15. Responses to dispositive motions filed earlier than October 3, 2016, shall be due **November 3, 2016**, unless Judge Jones orders otherwise.

---

[1] Additionally, as the court previously ordered, Defendants will have 60 days after Plaintiffs answer Defendants' written contention discovery requests to conduct follow up discovery. (Dkt. #1840 at 11; *see also* Dkt. #1753). This stipulation does not foreclose any party's rights regarding additional discovery, or to move to compel discovery.

2

     **IT IS FURTHER ORDERED** that pursuant to the direction of the district judge that this case be set for trial consistent with his case management practices, the Trial Date is set for **January 23, 2017, at 10:00 a.m.**, with Calendar Call on **January 9, 2017, at 9:00 a.m.**, before Judge Robert C. Jones.

     DATED this 8th day of October, 2015.

                                          PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE