# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | 2:03-cv-01431-RCJ-PAL<br><br>MDL No. 1566<br><br>**ORDER** |

When the Hon. Philip J. Pro retired, several parties separately asked the Judicial Panel on Multidistrict Litigation ("JPML") to hold the assignment of a new transferee judge in abeyance. (*See* ECF Nos. 2129, 2130). The JPML has since reassigned the case to the undersigned, (*see* ECF No. 2134), but the motions remain pending administratively in this Court's docket.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions to Hold in Abeyance (ECF Nos. 2129, 2130) are DENIED as moot.

IT IS FURTHER ORDERED that the Motion to Remove Counsel from CM/ECF and Manual Notice Lists (ECF No. 2135) is GRANTED.

IT IS SO ORDERED.

Dated: This 4th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge