Robert B. Wolinsky
Hogan Lovells US, L.L.P
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-8895
Facsimile: (202) 637-5910
robert.wolinsky@hoganlovells.com

Attorney for American Electric Power Company, Inc.
and AEP Energy Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | MDL Docket No. 1566<br>2:03-cv-01431-RCJ-PAL<br>Base Case No. ~~CV-01431-RCJ-PAL~~<br>Judge Robert C. Jones |
| THIS DOCUMENT RELATES TO:<br><br>*Arandell Corp., et al. v. Xcel Energy, Inc. et al.*<br>*Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.* | |

**AMERICAN ELECTRIC POWER COMPANY, INC. AND AEP ENERGY SERVICES, INC'S CONSENT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE MOTIONS TO DISMISS (SECOND REQUEST)**

**WHEREAS**, on November 13, 2015 the Plaintiffs agreed that the AEP Defendants could file a motion to dismiss the Third Amended Complaint and First Amended Complaint for lack of personal jurisdiction by no later than December 14, 2015, which was approved by the Court on November 16, 2015;

**WHEREAS,** on December 14, 2015 AEP Defendants attempted to file their motion to dismiss for lack of personal jurisdiction, but were unable to access the District of Nevada Electronic Filing System due to a technical problem;

**WHEREAS**, on December 14, 2015 counsel for the AEP Defendants sent counsel for Plaintiffs in both cases and Defendants' counsel the motion and accompanying papers by e-mail, and requested Plaintiffs' consent to file this motion seeking leave to file on December 15;

**WHEREAS**, counsel for both the *Arandell* and *Heartland* Plaintiffs provided their consent;

**NOW THEREFORE**, the AEP Defendants respectfully request a one day extension of time to file their motion to dismiss for lack of personal jurisdiction on December 15, 2015.

Dated:  December 15, 2015         Respectfully submitted,

/s/ Robert Wolinsky
Robert B. Wolinsky
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Attorney for American Electric Power Company, Inc. and AEP Energy Services, Inc.

**IT IS SO ORDERED**:

Hon. Peggy A. Leen
United States Magistrate Judge

DATED:  December 16, 2015