# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. <br><br> THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | MDL Docket No. 1566 <br><br> Base Case No. CV-01431-RCJ-PAL |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE DECEMBER 29, 2015 STATUS CONFERENCE**

**(First Request)**

The parties jointly submit this stipulated request to modify the current scheduling order in accordance with LR 6-2 and 26-4. This is the parties' first request to modify the scheduling order, and it is submitted in good faith and for good cause.

As the Court is aware, starting in September 2015, the class plaintiffs asked each defendant a series of questions about the information produced from their respective natural gas sales platforms and databases. At the time the parties negotiated the deadlines in the initial scheduling order, as class plaintiffs explained during the September 8, 2015 hearing before Judge Jones, class plaintiffs anticipated that answers to their questions about transactional data could be obtained within a few weeks. However, for a variety of reasons, it has taken longer than Plaintiffs anticipated to obtain the requested information.

Given the passage of time, Plaintiffs have advised that an extension of the class certification deadline from January 11, 2016 to February 29, 2016 is necessary to allow their experts the time to complete their analysis in support of class certification.

51899560.1

The parties have conferred in good faith and have agreed to the following adjustment to the scheduling order consistent with the extension of the class certification deadline:

|  | **Current Schedule** | **Stipulated Modification** |
|---|---|---|
| Plaintiffs to file motions for class certification | January 11, 2016 | February 29, 2016 |
| Plaintiffs to produce merits expert reports | February 22, 2016 | April 1, 2016 |
| Plaintiffs to respond to contention interrogatories | March 3, 2016 | April 11, 2016 |
| Last day for Defendants to complete depositions of Plaintiffs' class certification declarants and file oppositions to class Certification | April 13, 2016 | June 1, 2016 |
| Defendants to produce merits expert reports | May 6, 2016 | July 8, 2016 |
| Last day for Plaintiffs to depose Defendants' class certification declarants and file replies in support of class certification | May 31, 2016 | July 16, 2016 |
| Parties' rebuttal merits expert reports | July 8, 2016 | August 22, 2016 |
| Last day to complete expert depositions | August 22, 2016 | October 6, 2016 |
| Last day to file dispositive motions and suggestions to Remand | October 3, 2016 | Nov. 18, 2016 |

The proposed modifications set forth above do not address Paragraph 3 of the current Scheduling Order (Doc. 2171) related to the February 1, 2016, date for completing fact discovery. The parties continue to meet and confer on that issue and anticipate presenting a stipulation on that subject to the Court at the status conference in January 2016.

Finally, in light of the parties' stipulation reflected herein, the parties have agreed that there are no issues to present to the Court for determination at the status conference currently

scheduled for December 29, 2015. As such, the parties respectfully request that the December 29, 2015 status conference be continued until January 13, 2016, or until some other date during the weeks of January 18 or 25 that is convenient for the Court.

**WHEREFORE**, the parties jointly and respectfully request that the Court modify the scheduling order as reflected herein and continue the December 29, 2015 status conference until January 13, 2016, or until some other date during the weeks of January 18 or 25 that is convenient for the Court.

IT IS ORDERED THAT the status conference currently scheduled for December 29, 2015, is VACATED and CONTINUED to January 19, 2016, at 8:45 a.m., in Courtroom 3B. Counsel wishing to appear telephonically are instructed to dial either USA Toll-Free Number (877) 810-9415, or USA Caller Paid/International Number (636) 651-3185, and enter Access Code: 2365998, no later than 8:40 a.m., on January 19, 2016.

Dated this 24th day of December, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

Respectfully submitted,

*With Authorization, on behalf of All Plaintiffs for Purposes of This Filing Only*

/s/ *Russell S. Jones*
RUSSELL S. JONES
JENNIFER GILLE BACON
GREGORY M. BENTZ
POLSINELLI PC
900 West 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

*Attorneys for Plaintiffs Learjet Inc., et al., Breckenridge Brewery of Colorado, LLC, et al., Arandell Corp., et al., NewPage Wisconsin System, Inc., et al., and Heartland Regional Medical Center, et al.*

-AND-

*With Authorization, on Behalf of All Defendants for Purposes of This Filing Only*

/s/ *Joshua D. Licthman*
Joshua D. Lichtman
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9226
Facsimile: (213) 892-9494

*Attorneys for Coral Energy Resources*

4