UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | **ORDER** (Mot. Seal – Dkt. #2183) |

This matter is before the Court on Plaintiffs' Motion for Leave to File Under Seal (Dkt. #2183), filed November 2, 2015. The Motion seeks leave to file under seal the documents referenced in Plaintiffs' Reply (Dkt. #2182) in support of their Motion to Compel (Dkt. #2167):

- ONE0087012 – ONE0087014 (April 22, 2003 Letter from ONEOK to CFTC);
- ONE0087015 – ONE0087019 (July 31, 2003 Letter from ONEOK to CFTC);
- ONE0087055 – ONE0087056 (September 2, 2003 Letter from ONEOK to CFTC);
- ONE0087059 – ONE0087060 (September 8, 2003 Letter from ONEOK to CFTC).

*See* Pls.' Sealed Exhibits (Dkt. #2188).

The Court held a Status Conference in this matter on November 10, 2015, in which counsel for Defendants ONEOK, Inc. and ONEOK Energy Services Company, L.P. (the "ONEOK Defendants") requested and the Court granted ten days to respond to the Motion. *See* Mins. of Proceeding (Dkt. #2194). On November 17, 2015, the ONEOK Defendants filed a Response (Dkt. #2241) to the Motion indicating that due to "the passage of time and the ONEOK Defendants' cessation of natural gas trading activity … the four documents addressed in the Motion need not be sealed from the Court's judicial records." The Court will therefore deny the Motion and instruct the Clerk of the Court to unseal Plaintiff's Sealed Exhibits (Dkt. #2188).

/ / /

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion for Leave to File Under Seal (Dkt. #2183) is DENIED.

2. The Clerk of the Court shall UNSEAL Plaintiffs' Sealed Exhibits (Dkt. #2188).

Dated this 23rd day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2