UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL Docket No. 1566<br><br>Base Case No. 2:03-cv-01431-RCJ-PAL<br><br>ORDER<br><br>(Unopp Mot for Leave – Dkt. #2253) |

Before the court is the Unopposed Motion for Leave to Take Depositions of Individuals Confined in Prison and Memorandum in Support (Dkt. #2253) which requests that Plaintiffs be granted leave to depose James Brooks and Wesley Walton in prison on or before the close of fact discovery in this matter. The court finds good cause exists for granting the motion. Accordingly,

**IT IS ORDERED** that:

1. The Unopposed Motion for Leave to Take Depositions of Individuals Confined in Prison and Memorandum in Support (Dkt. #2253) is **GRANTED** and Plaintiffs are granted leave to depose James Brooks and Wesley Walton in prison on or before the close of fact discovery in this case.

2. Counsel shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court. Otherwise, the request may be denied.

DATED this 24th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1