UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 <br><br> Base Case No. 2:03-cv-01431-RCJ-PAL <br><br> **ORDER** <br><br> (Mot Compel – (Dkt. #2168) |
| THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | |

Before the court is Plaintiffs' Motion to Compel Defendant E Prime Inc. to Answer 30(b)(6) Deposition Questions and Produce Documents and Memorandum in Support (Dkt. #2168). The court has considered the motion, E Prime's Opposition (Dkt. #2179), Plaintiffs' Reply (Dkt. #2184), and the arguments of counsel at a status and dispute resolution conference conducted November 10, 2015. The court has also reviewed E Prime's *in camera* submission that the court ordered counsel for E Prime to submit after oral arguments in accordance with the requirements of LR 10-5.

Having reviewed and considered the *in camera* submission, the court is satisfied that the four documents listed on the privileged log withheld from production as work product are entitled to protection from disclosure.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Compel E Prime to Produce the Documents (Dkt. #2168) is **DENIED.**

Dated this 4th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE