# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | 2:03-cv-01431-RCJ-PAL<br><br>MDL No. 1566<br><br>**ORDER** |

Pending before the Court are four motions to dismiss for lack of jurisdiction. No oppositions or requests for extension of time have been timely filed. *See* Local R. 7-2(d).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Dismiss (ECF Nos. 2248, 2249, 2250, 2252) are GRANTED.

IT IS SO ORDERED.

DATED this 25th day of January, 2016.

_____
ROBERT C. JONES
United States District Judge