UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Remove CM/ECF – (Dkt. #2320) |

This matter is before the court on Meg Vergeront's Notice of Change of Attorney (Dkt. #2320) which is actually a "Motion to be removed from CM/ECF Notification". A review of the docket shows that an Order (Dkt. #703) was entered on October 2, 2007, granting Ms. Vergeront's motion to withdraw as counsel. For good cause shown,

**IT IS ORDERED** that Ms. Vergeront's Motion to be Removed from CM/ECF Notification (Dkt. #2320) is **GRANTED.**

DATED this 16th day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE