1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7
8

IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,

MDL Docket No. 1566

Base Case No. 2:03-cv-01431-RCJ-PAL

9
10

THIS DOCUMENT RELATES TO:

*ALL ACTIONS*

ORDER

(Notc Withdrawal – Dkt. #2333)

11
12

Before the court is the Notice of Withdrawal of Additional Counsel for Plaintiff Sinclair

13   Oil Corporation (Dkt. #2333).  The notice advises that Scott S. Barker, Kendra N. Beckwith and

14   Michael N. Mulvania withdraw their appearance as additional counsel on behalf of Sinclair Oil

15   Corporation.  Melvin Goldstein and Matthew Corcoran of Goldstein & Associates, P.C. will

16   remain as counsel of record for Sinclair Oil Corporation.  Accordingly,

17          **IT IS ORDERED** that Scott S. Barker, Kendra N. Beckwith and Michael N. Mulvania

18   shall be removed as counsel for Sinclair Oil Corporation and shall no longer receive CMECF

19   notification in this matter.

20          DATED this 30th day of March, 2016.

21
22
23   PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1