UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | **ORDER** (Jt Mot to Compel – Dkt. #2280) |

Before the Court is Wisconsin Plaintiffs' Motion to Compel CMS Energy Corporation, Cantera Gas Company and CMS Marketing Services and Trading Company to Answer Interrogatories, Produce Documents and Appear for 30(b)(6) Deposition (Dkt. #2280). The court has considered the motion, Defendants' Opposition (Dkt. #2301), and the arguments of counsel at the hearing on this and other motions.

Having reviewed and carefully considered the moving and responsive papers and voluminous attachments,

**IT IS ORDERED** that the Motion to Compel (Dkt. #2280) is **DENIED**.

Dated this 4th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE