UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | MDL Docket No. 1566<br><br>Base Case No. 2:03-cv-01431-RCJ-PAL<br><br>**ORDER**<br><br>(Jt Mot to Compel – Dkt. #2283) |
|---|---|

Before the Court is Wisconsin Plaintiffs' Motion to Compel Reliant Energy, Inc., and Reliant Energy Services, Inc., to Answer Interrogatories, Produce Documents and Appear for 30(b)(6) Deposition (Dkt. #2283). The court has considered the motion, supporting Declaration of Ryan Billings and attached exhibits (Dkt. #2284), the Oppositions of Specially Appearing RRI Energy, Inc. and Defendant RRI Energy Services, LLC (Dkt. #2293), and the arguments of counsel at the hearing on this and other motions.

Having reviewed and carefully considered the moving and responsive papers and voluminous attachments and exhibits,

**IT IS ORDERED** that the Motion to Compel (Dkt. #2283) is **DENIED**.

Dated this 4th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE