# Exhibit 2

OESC Sales to Sinclair
Aug-00 thru Apr-01
Sinclair Damages Invoices
(prepared by OESC)

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN000320 | 8/1/1996 Base | S-SINCLAIR-0006 | 9/18/2000 | S-2000-08-1330-OGMC | Aug-00 | Sinclair | 4.3478 | 162,639 | 707,125.56 | OK: L-0436 | Gas Daily - OGT plus $.0175 |
| SIN000328 | 8/1/1996 Base | S-SINCLAIR-0009 | 9/18/2000 | S-2000-08-1331-OGMC | Aug-00 | Sinclair | 3.9350 | 93,000 | 365,955.00 | OK: L-0436 | Fixed price $3.935 |
| SIN000329 | 8/1/1996 Base | S-SINCLAIR-0009 | 10/18/2000 | S-2000-09-1204-OGMC | Sep-00 | Sinclair | 3.9350 | 90,000 | 354,150.00 | OK: L-0436 | Fixed price $3.935 |
| SIN000322 | 8/1/1996 Base | S-SINCLAIR-0009 | 11/17/2000 | S-2000-10-1304-OGMC | Oct-00 | Sinclair | 3.9350 | 93,000 | 365,954.98 | OK: L-0436 | Fixed price $3.935 |
| SIN000326 | 8/1/1996 Base | S-SINCLAIR-0010 | 10/18/2000 | S-2000-09-1205-OGMC | Sep-00 | Sinclair | 4.9610 | 190,731 | 946,215.18 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000324 | 8/1/1996 Base | S-SINCLAIR-0010 | 11/17/2000 | S-2000-10-1305-OGMC | Oct-00 | Sinclair | 5.1220 | 159,384 | 816,358.83 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000330 | 8/1/1996 Base | S-SINCLAIR-0010 | 12/18/2000 | S-2000-11-1324-OGMC | Nov-00 | Sinclair | 5.3370 | 152,736 | 815,145.92 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000367 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/8/2000 | S-2000-11-0701-OGMC | Nov-00 | Northern Little America Ref. | 4.1710 | 144,000 | 600,624.00 | WY: 4050 | NYMEX LDS minus $.37 |
| SIN000367 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/8/2000 | S-2000-11-0701-OGMC | Nov-00 | NGC Little America Ref. | 4.1710 | 5,910 | 24,650.70 | WY: 7764 | NYMEX LDS minus $.37 |
| SIN000367 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/8/2000 | S-2000-11-0701-OGMC | Nov-00 | Little America Pump | 4.1700 | 30 | 125.10 | WY: 7922 | NYMEX LDS minus $.37 |
| SIN000367 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/8/2000 | S-2000-11-0701-OGMC | Nov-00 | NGC Little America Dehy | 4.1700 | 30 | 125.10 | WY: 8171 | NYMEX LDS minus $.37 |
| SIN000367 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/8/2000 | S-2000-11-0701-OGMC | Nov-00 | NGC Little America Incin | 4.1700 | 30 | 125.10 | WY: 8262 | NYMEX LDS minus $.37 |
| ONE0000725 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 12/18/2000 | S-2000-11-1339-OGMC | Nov-00 | [Volume Adjustment] | 4.1710 | 2,598 | 10,836.36 | WY: 7922, 8171, 8262 | NYMEX LDS minus $.37 |

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ONE0000701 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 1/22/2001 | S-2000-12-1586-OGMC | Dec-00 | [Volume Adjustment] | 5.6458 | 8,004 | 45,190.64 | WY: 4050, 7764, 7922, 8171, 8262 | NYMEX LDS minus $.37 |
| SIN000199 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/19/2001 | S-2001-01-1379-OGMC | Jan-01 | Northern Little America Ref. | 9.6100 | 139,941 | 1,344,833.01 | WY: 4050 | NYMEX LDS minus $.37 |
| SIN000199 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/19/2001 | S-2001-01-1379-OGMC | Jan-01 | NGC Little America Ref. | 9.6100 | 6,107 | 58,688.27 | WY: 7764 | NYMEX LDS minus $.37 |
| SIN000199 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/19/2001 | S-2001-01-1379-OGMC | Jan-01 | Little America Pump | 9.6100 | 31 | 297.91 | WY: 7922 | NYMEX LDS minus $.37 |
| SIN000199 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/19/2001 | S-2001-01-1379-OGMC | Jan-01 | NGC Little America Dehy | 9.6100 | 31 | 297.91 | WY: 8171 | NYMEX LDS minus $.37 |
| SIN000199 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/19/2001 | S-2001-01-1379-OGMC | Jan-01 | NGC Little America Incin | 9.6100 | 31 | 297.91 | WY: 8262 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | Northern Little America Ref. | 9.6100 | 141,690 | 1,361,640.90 | WY: 4050 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | Northern Little America Ref. | 9.6100 | -139,941 | -1,344,833.01 | WY: 4050 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Ref. | 9.6100 | 10,159 | 97,627.99 | WY: 7764 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Ref. | 9.6100 | -6,107 | -58,688.27 | WY: 7764 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | Little America Pump | 9.6100 | 1,397 | 13,425.17 | WY: 7922 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | Little America Pump | 9.6100 | -31 | -297.91 | WY: 7922 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Dehy | 9.6100 | 677 | 6,505.97 | WY: 8171 | NYMEX LDS minus $.37 |

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Dehy | 9.6100 | -31 | -297.91 | WY: 8171 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Incin | 9.6100 | 1,077 | 10,349.97 | WY: 8262 | NYMEX LDS minus $.37 |
| SIN000200 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 2/21/2001 | S-2001-01-1429-OGMC | Jan-01 | NGC Little America Incin | 9.6100 | -31 | -297.91 | WY: 8262 | NYMEX LDS minus $.37 |
| SIN000195 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 3/8/2001 | S-2001-02-0718-OGMC | Feb-01 | Northern Little America Ref. | 5.9230 | 134,400 | 796,051.20 | WY: 4050 | NYMEX LDS minus $.37 |
| SIN000195 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 3/8/2001 | S-2001-02-0718-OGMC | Feb-01 | NGC Little America Ref. | 5.9230 | 5,516 | 32,671.24 | WY: 7764 | NYMEX LDS minus $.37 |
| SIN000195 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 3/8/2001 | S-2001-02-0718-OGMC | Feb-01 | Little America Pump | 5.9200 | 28 | 165.76 | WY: 7922 | NYMEX LDS minus $.37 |
| SIN000195 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 3/8/2001 | S-2001-02-0718-OGMC | Feb-01 | NGC Little America Dehy | 5.9200 | 28 | 165.76 | WY: 8171 | NYMEX LDS minus $.37 |
| SIN000195 | 8/1/1996 Base | S-SINCLAIR-0011, SIN000654 | 3/8/2001 | S-2001-02-0718-OGMC | Feb-01 | NGC Little America Incin | 5.9200 | 28 | 165.76 | WY: 8262 | NYMEX LDS minus $.37 |
| SIN000369 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 12/8/2000 | S-2000-11-0702-OGMC | Nov-00 | Excess Volume | 5.3179 | 178,991 | 951,856.24 | WY | Gas Daily - CIG Absolute High |
| ONE0000723 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 12/18/2000 | S-2000-11-1340-OGMC | Nov-00 | [Volume Adjustment] | 5.2626 | -9,016 | -47,447.38 | WY: 4050, 7764 | Gas Daily - CIG Absolute High |
| SIN000366 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0914-OGMC | Dec-00 | Northern Little America Ref. | 5.6460 | 148,800 | 840,124.79 | WY: 4050 | Gas Daily - CIG Absolute High |
| SIN000366 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0914-OGMC | Dec-00 | NGC Little America Ref. | 5.6460 | 6,107 | 34,480.06 | WY: 7764 | Gas Daily - CIG Absolute High |
| SIN000366 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0914-OGMC | Dec-00 | Little America Pump | 5.6500 | 31 | 175.15 | WY: 792 | Gas Daily - CIG Absolute High |

**OESC Sales to Sinclair**
**Aug-00 thru Apr-01**
**Sinclair Damages Invoices**

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN000366 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0914-OGMC | Dec-00 | NGC Little America Dehy | 5.6500 | 31 | 175.15 | WY: 8171 | Gas Daily - CIG Absolute High |
| SIN000366 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0914-OGMC | Dec-00 | NGC Little America Incin | 5.6500 | 31 | 175.15 | WY: 8262 | Gas Daily - CIG Absolute High |
| SIN000364 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/9/2001 | S-2000-12-0915-OGMC | Dec-00 | Excess Volume | 8.6767 | 146,153 | 1,268,125.74 | WY | Gas Daily - CIG Absolute High |
| ONE0000702 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 1/22/2001 | S-2000-12-1587-OGMC | Dec-00 | [Volume Adjustment] | 8.6236 | -2,057 | -18,150.23 | WY: 4050 | Gas Daily - CIG Absolute High |
| SIN000201 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 2/19/2001 | S-2001-01-1380-OGMC | Jan-01 | Excess Volume | 8.3752 | 85,107 | 712,788.15 | WY | Gas Daily - CIG Absolute High |
| ONE0000692 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 2/21/2001 | S-2001-01-1430-OGMC | Jan-01 | [Volume Adjustment] | 8.3765 | 7,350 | 61,566.88 | WY: 4050 | Gas Daily - CIG Absolute High |
| SIN000196 | 8/1/1996 Base | S-SINCLAIR-0012, SIN000653 | 3/8/2001 | S-2001-02-0719-OGMC | Feb-01 | Excess Volume | 5.7039 | 133,980 | 764,205.57 | WY: 7764 | Gas Daily - CIG Absolute High |
| SIN000333 | 8/1/1996 Base | S-SINCLAIR-0013 | 1/19/2001 | S-2000-12-1551-OGMC | Dec-00 | Sinclair - Tulsa OK | 7.2400 | 32,000 | 231,680.00 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000333 | 8/1/1996 Base | S-SINCLAIR-0013 | 1/19/2001 | S-2000-12-1551-OGMC | Dec-00 | Sinclair - Tulsa OK | 5.9150 | 77,298 | 457,217.59 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000332 | 8/1/1996 Base | S-SINCLAIR-0013 | 1/23/2001 | S-2000-12-1635-OGMC | Dec-00 | Sinclair - Tulsa OK | 5.9150 | 75,298 | 445,387.52 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000332 | 8/1/1996 Base | S-SINCLAIR-0013 | 1/23/2001 | S-2000-12-1635-OGMC | Dec-00 | Sinclair - Tulsa OK | 5.9150 | -77,298 | -457,217.59 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000361 | 8/1/1996 Base | S-SINCLAIR-0013 | 2/19/2001 | S-2001-01-1369-OGMC | Jan-01 | Sinclair - Tulsa OK | 9.8850 | 97,572 | 964,499.14 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000354 | 8/1/1996 Base | S-SINCLAIR-0013 | 3/19/2001 | S-2001-02-1280-OGMC | Feb-01 | Sinclair - Tulsa OK | 6.2050 | 115,694 | 717,881.26 | OK: L-0436 | Gas Daily - OGT plus $.0150 |

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN000335 | 8/1/1996 Base | S-SINCLAIR-0013 | 4/18/2001 | S-2001-03-1196-OGMC | Mar-01 | Sinclair - Tulsa OK | 5.1036 | 135,416 | 691,102.53 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000359 | 8/1/1996 Base | S-SINCLAIR-0013 | 5/16/2001 | S-2001-04-1098-OGMC | Apr-01 | Sinclair - Tulsa OK | 5.0988 | 122,291 | 623,542.64 | OK: L-0436 | Gas Daily - OGT plus $.0150 |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | Northern Little America Ref. | 4.7623 | 270,591 | 1,288,643.76 | WY: 4050 | Gas Daily - CIG RM Flat |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | NGC Little America Ref. | 4.7669 | 9,455 | 45,071.42 | WY: 7764 | Gas Daily - CIG RM Flat |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | Little America Pump | 4.7681 | 31 | 147.81 | WY: 7922 | Gas Daily - CIG RM Flat |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | NGC Little America Dehy | 4.7681 | 31 | 147.81 | WY: 8171 | Gas Daily - CIG RM Flat |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | NGC Little America Incin | 4.7681 | 31 | 147.81 | WY: 8262 | Gas Daily - CIG RM Flat |
| SIN000190 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/6/2001 | S-2001-03-0594-OGMC | Mar-01 | Additional Volume | 4.7625 | 5,202 | 24,775.04 | WY | Gas Daily - CIG RM Flat |
| ONE0002159 | 8/1/1996 Base | S-SINCLAIR-0014 | 4/23/2001 | S-2001-03-1278-OGMC | Mar-01 | [Volume Adjustment] | 4.7586 | 7 | 33.31 | WY: 4050, 7922, 8171, 8262 | Gas Daily - CIG RM Flat |
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | Additional Volume | 4.3449 | 2,073 | 9,006.89 | WY | Gas Daily - CIG RM Flat |
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | Northern Little America Ref. | 4.3432 | 257,479 | 1,118,271.27 | WY: 4050 | Gas Daily - CIG RM Flat |
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | NGC Little America Ref. | 4.3945 | 8,700 | 38,232.15 | WY: 7764 | Gas Daily - CIG RM Flat |
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | Little America Pump | 4.3937 | 30 | 131.81 | WY: 7922 | Gas Daily - CIG RM Flat |

# OESC Sales to Sinclair
## Aug-00 thru Apr-01
## Sinclair Damages Invoices

| Invoice Bates | Base Contract | Confirmation | Invoice Date | Invoice Number | Gas Month | Description | Unit Price | Volume | Total $ | Delivery Point | Pricing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | NGC Little America Dehy | 4.3937 | 30 | 131.81 | WY: 8171 | Gas Daily - CIG RM Flat |
| SIN000185 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/4/2001 | S-2001-04-0725-OGMC | Apr-01 | NGC Little America Incin | 4.3937 | 30 | 131.81 | WY: 8262 | Gas Daily - CIG RM Flat |
| ONE0002167 | 8/1/1996 Base | S-SINCLAIR-0014 | 5/22/2001 | S-2001-04-1184-OGMC | Apr-01 | [Commodity Total] | 4.3958 | 4,014 | 17,644.83 | WY: 4050, 7922, 8171, 8262 | Gas Daily - CIG RM Flat |
| | | | | | | Totals | | 3,228,575 | 18,156,038.08 | | |
| | | | | | | Total OK | | 1,519,761 | 8,044,998.56 | | |
| | | | | | | Total WY | | 1,708,814 | 10,111,039.52 | | |
| | | | | | | Totals | | 3,228,575 | 18,156,038.08 | | |