UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL NO. 1566 |
| THIS DOCUMENT RELATES TO: | Base Case No. 2:03-cv-01431-RCJ-PAL |
| *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.* | Case No. 2:07-cv-01019-RCJ-PAL |

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**
**FOR CENTERPOINT ENERGY SERVICES, INC.**

Before the Court for decision is the Motion to Substitute Counsel for Defendant CenterPoint Energy Services, Inc. ("CES"). For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Orrin L. Harrison III and Heather L. Peckham are withdrawn as counsel of record for CES in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. 2:03-cv-01431-RCJ-PAL;

- *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*; Case No. 2:07-cv-01019-RCJ-PAL; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mark R. Robeck and Travis G. Cushman be substituted as lead counsel of record for CES in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. 2:03-cv-01431-RCJ-PAL;

- *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*; Case No. 2:07-cv-01019-RCJ-PAL; and

Pursuant to Paragraph 22 of the Stipulated Case Management Order No. 2 entered April 26, 2005 (Doc. 162), no pro hac vice motion is required for Mr. Robeck and Mr. Cushman's admission

to practice in this MDL proceeding.

    IT IS SO ORDERED this 12th day of August, 2016.

_____<br>
Hon. Peggy A. Lean<br>
UNITED STATES MAGISTRATE JUDGE