1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Compel – ECF No. 2439) |
| | (Mot for Leave to Clarify – ECF No. 2492) |

12      This matter is before the court on Defendants E Prime Energy Marketing, Inc. and Xcel

13  Energy Inc.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2439).  This

14  motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-

15  7 of the Local Rules of Practice.  On June 30, 2016, the court held a hearing on this motion.  The

16  court has considered the Motion, Plaintiff's Response (ECF No. 2459), E Prime Energy

17  Marketing, Inc. and Xcel Energy Inc's Reply (ECF No. 2481), Plaintiffs' Motion for Leave to

18  File Surreply to Clarify the Record (ECF No. 2492), Defendants' Response to Plaintiffs'

19  Surreply (ECF No. 2504) and the arguments of counsel at the hearing and has carefully reviewed

20  the voluminous discovery requests and responses at issue in the motion.

21      **IT IS ORDERED** Plaintiffs' Motion for Leave to File Surreply to Clarify the Record

22  (ECF No. 2492) is **GRANTED.**

23      **IT IS ORDERED** that Defendants E Prime Energy Marketing, Inc. and Xcel Energy

24  Inc.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2439) is

25  **GRANTED in part and DENIED in part** as follows:

26      1.   Defendants' request to compel Plaintiffs to provide page and line citations to

27          specific portions of the 84 deposition transcripts upon which they rely for their

28          responses to Interrogatory Nos. 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41,

1

42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 is DENIED.

2. Plaintiffs shall have until **August 29, 2016** to supplement their answers to interrogatories concerning their wash trading and false reporting contentions as clarified in the surreply so that defendants have a discovery response signed under penalty of Fed. R. Civ. P. 26(g) for use in discovery, motion practice and trial, i.e., answers to interrogatories 29-33, 48-50 & 59.

3. Plaintiffs shall have until **August 29, 2016** to provide full and completes answers to Interrogatory Nos. 61, 62, 63, and 64. Plaintiffs' objections, including the objections that the interrogatories seek information protected by the attorney client privilege are overruled.

DATED this 15th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE