# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Compel – ECF No. 2368)<br>(Mot Ext Time – EDF No. 2421) |

This matter is before the court on Plaintiff's Motion to Compel E Prime Energy Marketing, Inc. to Produce Documents, to Answer any Interrogatory, and to Answer 30(b)(6) Deposition Questions and Memorandum in Support (ECF No. 2368). This motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. On June 30, 2016, the court held a hearing on this motion. The court has considered Plaintiffs' motion, Declaration (ECF No. 2369), E Prime Energy Marketing, Inc.'s Opposition (ECF No. 2392), Plaintiff's Motion to Extend Time to File Reply (ECF No. 2421), Plaintiff's Reply (ECF No. 2432), the arguments of counsel at multiple hearings on this other motions.

**IT IS ORDERED:**

1. Plaintiffs' Motion to Compel Defendant E Prime Energy Marketing, Inc. to Produce Documents, to Answer an Interrogatory, and to Answer Rule 30(b)(6) Deposition Questions (ECF No. 2368) **DENIED.**

2. Plaintiff's Motion to Extend Time to File Reply (ECF No. 2421) is **GRANTED**.

DATED this 16th day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE