UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Compel – ECF No. 2441) |

This matter is before the court on Defendant CMS Energy Resources Management Co.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2441). This motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. On June 30, 2016, the court held a hearing on this motion. The court has considered the Motion, Plaintiff's Response (ECF No. 2459), CMS Energy Resources Management Co's Reply (ECF No. 2480), and the arguments of counsel at the hearing as well as the discovery responses at issue.

Accordingly,

**IT IS ORDERED** that Defendant CMS Energy Resources Management Co.'s Motion to Compel (ECF No. 2441) is **GRANTED in part and DENIED in part** as follows:

1. Defendants' request to compel Plaintiffs to provide page and line citations to specific portions of the eighty-four deposition transcripts upon which they rely for their responses to Interrogatory Nos. 13, 14, 15, 16, 17, 20, and 23 of Coral's Second Set of Interrogatories, Interrogatory Nos. 2, 4, 6, 7, 8, and 10 of XCEL's First Set of Interrogatories, and Interrogatory No. 1 from the Joint Request for Admission and Interrogatory is **DENIED**.

2. Plaintiffs shall have until **August 29, 2016** to supplement their answers to Interrogatory Nos. 4, 5, 6, 7, and 8 from XCEL's First Set of Interrogatories,

Interrogatory No. 1 from the Joint Request for Admission and Interrogatory, and Interrogatory No. 23 to Coral's Second Set of Interrogatories, which concern wash trading contentions as clarified in Plaintiffs surreply (ECF No. #2492) so that defendants have discovery responses signed under penalty of Fed. R. Civ. P. 26(g) for use in discovery, motion practice and trial;

3. Plaintiffs shall have until **August 29, 2016** to supplement their answers to Interrogatory Nos. 13 and 14 from Coral's Second Set of Interrogatories and Interrogatory No. 1 from the Joint Request for Admission and Interrogatory, which concern Plaintiffs' false reporting contentions as clarified in Plaintiffs" surreply (ECF No. 2492) so that Defendants have discovery responses signed under penalty of Fed. R. Civ. P. 26(g) for use in discovery, motion practice and trial; and

4. The motion to compel further answers to Interrogatory Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, and 24 of Defendants' Second Joint Set of Interrogatories to All Plaintiffs regarding relevant markets is **DENIED**.

DATED this 16th day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE