UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Compel – ECF No. 2442) |

This matter is before the court on Defendant ONEOK Energy Services Company, L.P.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2442). This motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. On June 30, 2016, the court held a hearing on this motion. The court has considered the Motion, Plaintiff's Response (ECF No. 2458), CMS Energy Resources Management Co's Reply (ECF No. 2476), Defendant ONEOK's Notice of Mootness of Motion to Compel Responses to Contention Discovery (ECF No. 2510), Plaintiff Sinclair Oil's Reservation of Rights Regarding Notice of Mootness, and the arguments of counsel at the hearing. ONEOK having filed notice the motion to compel became moot after the Rule 30(b)6) deposition of Sinclair's designee was taken July 13, 2016,

**IT IS ORDERED** that Defendant ONEOK Energy Services Company, L.P.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2442) is **DENIED as moot.**

DATED this 16th day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE