UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
|---|---|
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ORDER |
| *ALL ACTIONS* | (Mot Compel – ECF No. 2443) |

This matter is before the court on Defendants E Prime Energy Marketing, Inc. and Xcel Energy Inc.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2443). This motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. On June 30, 2016, the court held a hearing on this motion. The court has considered the Motion, Plaintiff's Response (ECF No. 2457), CMS Energy Resources Management Co's Reply (ECF No. 2478), and the arguments of counsel at the hearing as well as the voluminous discovery responses.

**IT IS ORDERED** that Defendant ONEOK Energy Services Company, L.P.'s Motion to Compel Responses to Contention Interrogatories (ECF No. 2443) is **DENIED.**

DATED this 16th day of August, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE