UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL Docket No. 1566 |
|---|---|
| | Base Case No. 2:03-cv-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | **ORDER** |

This matter is before the court on Plaintiffs Learjet, Inc. and Prime Tanning, Inc.'s Response (ECF No. 2544) to the court's Order (ECF No. 2521) instructing the designating party (or parties) to make a particularized showing as to why certain documents should remain under seal. Defendants' Motion to Seal (ECF No. 2473) sought leave to file under seal certain documents referenced in their Joint Opposition (ECF No. 2463) to Plaintiffs' Motions for Class Certification. *See* Sealed Exhibits (ECF No. 2474). Defendants later refiled the exhibits pursuant to Order (ECF No. 2521). *See* Sealed Exhibits (ECF Nos. 2532–41).

The Response (ECF No. 2544) indicates that Plaintiffs initially designated Exhibits 27–28 and 67 as confidential. Sealed Exhibits (ECF Nos. 2539–41). However, Plaintiffs state that the documents no longer need to be sealed from the court's public record. The court will therefore unseal those exhibits.

Accordingly,

**IT IS ORDERED:** the Clerk of the Court shall UNSEAL the Sealed Exhibits (ECF No. 2539–41).

Dated this 13th day of September, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1