UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | ) ) ) ) ) | MDL DOCKET NO. 1566<br><br>Base Case File No.<br>2:03-CV-S-1431-RCJ-PAL |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Arandell Corporation., et al.*<br>*v. Xcel Energy Inc., et al.* | ) ) ) | 2:07-CV-01019-RCJ-PAL |
| *Breckenridge Brewery of Colorado, LLC,*<br>*et al. v. ONEOK, Inc., et al.* | ) ) ) | 2:06-CV-01351-RCJ-PAL |
| *Heartland Regional Medical Center, et al.*<br>*v. ONEOK, Inc., et al.* | ) ) ) | 2:07-CV-00987-RCJ-PAL |
| *Learjet, et al. v. ONEOK, et al.* | ) ) | 2:06-CV-00233-RCJ-PAL |
| *NewPage Wisconsin System, Inc., et al.*<br>*v. CMS Energy Resource Management*<br>*Company, et al.* | ) ) ) ) ) | CV-S-09-915-RCJ-PAL |

**STIPULATION AND JOINT MOTION**

**WHEREAS**, on March 7, 2016, plaintiffs in the above-captioned cases filed their motions for class certification; and

**WHEREAS**, on June 24, 2016, defendants in the above-captioned cases filed a joint consolidated opposition to class certification; and

**WHEREAS**, the deadline for plaintiffs' reply briefs in support of class certification is currently September 9, 2016; and

**WHEREAS**, the deadline for defendants to serve merits expert reports is also currently September 9, 2016;

54690414.1

**WHEREAS**, plaintiffs requested a three-day extension of time to file their reply briefs in support of class certification to allow additional time to complete and finalize the briefs; and

**WHEREAS**, the parties have met and conferred in good faith and have agreed to extend the deadline for replies in support of class certification and defendants' merits expert reports until September 12, 2016.

**NOW THEREFORE**, the parties hereby stipulate and jointly move the Court to order that plaintiffs' reply briefs in support of class certification, and defendants' merits expert reports, shall be due on September 12, 2016.

**IT IS SO ORDERED**:

_____
Hon. Peggy A. Leen
United States Magistrate Judge

DATED: September 22, 2016

Respectfully submitted,

*On behalf of All Plaintiffs for Purposes of This Filing Only*

/s/ *Gregory M. Bentz*
RUSSELL S. JONES
JENNIFER GILLE BACON
GREGORY M. BENTZ
POLSINELLI PC
900 West 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

*Attorneys for Plaintiffs Learjet Inc., et al., Breckenridge Brewery of Colorado, LLC, et al., Arandell Corp., et al., NewPage Wisconsin System, Inc., et al., and Heartland Regional Medical Center, et al.*

-AND-

*With Authorization, on Behalf of All Defendants for Purposes of This Filing Only*

/s/ *Joseph A. Fischer, III*
Joseph A. Fischer, III
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4530
Facsimile:  (713) 308-4130

*Attorneys for the Dynegy Defendants*

3

54690414.1

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of September, 2016, a true and correct copy of the foregoing was electronically filed and served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

*/s/ Gregory M. Bentz*