UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL NO. 1566 |
| THIS DOCUMENT RELATES TO: | Base Case No. 2:03-cv-01431-RCJ-PAL |
| *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.* | Case No. 2:07-cv-01019-RCJ-PAL |

**STIPULATION AND JOINT MOTION**

**WHEREAS,** on May 24, 2016, the Court in the above-actioned case entered an Order, ECF No. 2416, granting Defendant CenterPoint Energy Services, Inc.'s ("CES") motion for summary judgment, ECF No. 2286, in the above captioned matter.

**WHEREAS,** on June 10, 2016, the Plaintiffs in the above captioned matter (the "Arandell Plaintiffs") filed a motion for entry of final judgment, ECF No. 2434, moving the Court to enter final judgment dismissing CES from the action so that the Arandell Plaintiffs could initiate an appeal (the "Arandell Plaintiffs' Motion for Entry of Final Judgment").

**WHEREAS,** on June 24, 2016, CES filed a response, ECF No. 2472, consenting to the entry of judgment and providing a form for the Court's use in entering judgment.

**WHEREAS,** on July 8, 2016, the Arandell Plaintiffs filed a reply brief, ECF No. 2496, in which they expressed concern that the judgment form provided by CES (1) would preclude the Arandell Plaintiffs ability to appeal by backdating the date of judgment, and (2) required greater specificity in its stated findings.  The Arandell Plaintiffs offered a Proposed Judgment, ECF No. 2496-2, that addressed these concerns.

**WHEREAS,** on August 31, 2016, the Court entered its Order Setting Hearing, ECF No. 2559, setting several pending motions for oral argument on December 8, 2016, including the

Arandell Plaintiffs' Motion for Entry of Final Judgment.

**WHEREAS,** CES and the Arandell Plaintiffs are in agreement that the Arandell Plaintiffs' Motion for Entry of Final Judgment should be granted and judgment entered in the form provided by the Arandell Plaintiffs, ECF No. 2496-2.  For the Court's convenience, that form is resubmitted as an exhibit to this Stipulation and Joint Motion.

**WHEREAS,** CES and the Arandell Plaintiffs are in further agreement that, absent specific questions that the Court may have, oral argument is unnecessary

**NOW THEREFORE,** the parties hereby stipulate and jointly move the Court to: (1) order that Arandell Plaintiffs' Motion for Entry of Final Judgment is hereby granted; (2) enter final judgment in the form provided by the Arandell Plaintiffs in ECF No. 2496-2 and attached to this Stipulation and Joint Motion; and (3) remove the Arandell Plaintiffs' Motion for Entry of Final Judgment from the list of scheduled motions that are being heard on December 8, 2016.

**IT IS THEREFOR ORDERED** that the Arandell Plaintiffs' Motion for Entry of Final Judgment is hereby granted.

**IT IS FURTHER ORDERED** that final judgment be entered in favor of CES, in the form provided by the Arandell Plaintiffs in ECF No. 2496-2 and attached to this Stipulation and Joint Motion.

**IT IS FURTHER ORDERED** that arguments on the Arandell Plaintiffs' Motion for Entry of Final Judgment are no longer necessary and will no longer be held on December 8, 2016.

**IT IS SO ORDERED:**

_____
Hon. Robert C. Jones
District Judge

DATED: This 18th day of October, 2016.



Respectfully submitted,

*On behalf of CenterPoint Energy Services, Inc.*

By: /s/ Mark R. Robeck
Mark R. Robeck
Kelley Drye & Warren, LLP
3050 K Street NW, Suite 400
Washington, DC 20007-5108
Telephone: (202) 342-8675
Fax: (202) 342-8451
Email: mrobeck@kelleydrye.com

Travis G. Cushman
Kelley Drye & Warren, LLP
3050 K Street NW, Suite 400
Washington, DC 20007-5108
Telephone: (202) 342-8573
Fax: (202) 342-8451
Email: tcushman@kelleydrye.com

ATTORNEYS FOR DEFENDANT
CENTERPOINT ENERGY SERVICES, INC.

-and-

3

*With Authorization, on behalf of the Arandell Plaintiffs*

By: /s/ *Ryan M. Billings*
Robert L. Gegios
Ryan M. Billings
Melinda A. Bialzik
Amy Irene Washburn
KOHNER, MANN & KAILAS, S.C.
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI  53212-1059
Telephone:      414-962-5110
Facsimile:       414-962-8725
Email:             rgegios@kmksc.com
                      rbillings@kmksc.com
                      mbialzik@kmksc.com
                      awashburn@kmksc.com

ATTORNEYS FOR PLAINTIFFS ARANDELL CORPORATION, BRIGGS & STRATTON CORPORATION, CARTHAGE COLLEGE, LADISH CO., INC., MERRICK'S, INC., AND SARGENTO FOODS, INC. ("ARANDELL PLAINTIFFS")

4

## CERTIFICATE OF SERVICE

    I certify a copy of this pleading was filed electronically on the CM/ECF System on September 14, 2016, which caused all CM/ECF participants to be served by electronic means, as is more fully shown by the Court's Notice of Electronic Filing.

By: /s/ Mark R. Robeck

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Western States Wholesale Natural Gas
Antitrust Litigation

**[PROPOSED] JUDGMENT IN A CIVIL CASE**

MDL Docket No. 1566
CV-S-03-1431-RCJ (PAL) BASE FILE

Case Number: 2:07-CV-01019-RCJ (PAL)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment**. A notice of acceptance with offer of judgment has been filed in this case.

THE COURT HAS ORDERED THAT:

On May 24, 2016, the Court issued an Order (ECF No. 2416) granting CenterPoint Energy Services, Inc.'s ("CES") Motion for Summary Judgment (ECF No. 2286), in the matter entitled *Arandell Corp., et al. v. Xcel Energy, Inc., et al.*, 2:07-CV-01019-RCJ-PAL. The Court subsequently granted the Arandell Plaintiffs'[1] Motion for Entry of Final Judgment Pursuant to Rule 54(b). The Court finds that judgment in favor of CES pursuant to its May 24 Order is a final judgment under Rule 54(b). The Court further finds that the issues involved in its May 24 Order are severable and specific to CES, and not likely to recur on matters still pending before the Court. Furthermore, the Court finds that entering final judgment will avoid unnecessary duplication of proceedings, prevent harsh and unjust results to the parties, and further the expeditious resolution of these proceedings. Therefore, Final Judgment is hereby entered as follows:

All of the Arandell Plaintiffs' claims in their Third Amended Complaint (ECF No. 1846 in 2:03-CV-01431-RCJ-PAL) are dismissed with prejudice against CES. To the extent this Final Judgment results in judgment against fewer than all Defendants and/or judgment on fewer than all claims in the above-captioned action, the Court directs that Final Judgment be entered on all claims against CES, as no just reason for delay exists.

_____     _____
CLERK                                                                              DATE

_____
(By) DEPUTY CLERK

---

[1] Arandell Corporation, Briggs & Stratton Corporation, Carthage College, Ladish Co., Inc., Merrick's, Inc., and Sargento Foods, Inc.