UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Western States Wholesale Natural Gas
Antitrust Litigation

**JUDGMENT IN A CIVIL CASE**

MDL Docket No. 1566
CV-S-03-1431-RCJ (PAL) BASE FILE

Case Number: 2:07-CV-01019-RCJ (PAL)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment**.  A notice of acceptance with offer of judgment has been filed in this case.

THE COURT HAS ORDERED THAT:

On May 24, 2016, the Court issued an Order (ECF No. 2416) granting CenterPoint Energy Services, Inc.'s ("CES") Motion for Summary Judgment (ECF No. 2286), in the matter entitled *Arandell Corp., et al. v. Xcel Energy, Inc., et al.,* 2:07-CV-01019-RCJ-PAL. The Court subsequently granted the Arandell Plaintiffs'[1] Motion for Entry of Final Judgment Pursuant to Rule 54(b). The Court finds that judgment in favor of CES pursuant to its May 24 Order is a final judgment under Rule 54(b). The Court further finds that the issues involved in its May 24 Order are severable and specific to CES, and not likely to recur on matters still pending before the Court. Furthermore, the Court finds that entering final judgment will avoid unnecessary duplication of proceedings, prevent harsh and unjust results to the parties, and further the expeditious resolution of these proceedings. Therefore, Final Judgment is hereby entered as follows:

All of the Arandell Plaintiffs' claims in their Third Amended Complaint (ECF No. 1846 in 2:03-CV-01431-RCJ-PAL) are dismissed with prejudice against CES. To the extent this Final Judgment results in judgment against fewer than all Defendants and/or judgment on fewer than all claims in the above-captioned action, the Court directs that Final Judgment be entered on all claims against CES, as no just reason for delay exists.

Lance S. Wilson
Clerk

October 18, 2016
Date

---

[1] Arandell Corporation, Briggs & Stratton Corporation, Carthage College, Ladish Co., Inc., Merrick's, Inc., and Sargento Foods, Inc.