# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:  WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION

ARANDELL CORPORATION, *et al.,*

Plaintiffs,

vs.

XCEL ENERGY INC., *et al.,*

Defendants

Case No.:  2:03-CV-01431-RCJ-PAL

**ORDER**

IT IS HEREBY ORDERED that motions (ECF Nos. 2383, 2384, 2486, 2487, 2518, 2545) are GRANTED.

IT IS SO ORDERED this 20th day of October, 2016.

_____
ROBERT C. JONES
Senior District Judge