UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re: Western States Wholesale Natural Gas
Antitrust Litigation

**JUDGMENT IN A CIVIL CASE**

MDL Docket No. 1566
CV-S-03-1431-RCJ (PAL)
BASE FILE

Case Number: 2:05-CV-01331-RCJ (PAL)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment**. A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED:

On May 24, 2016, the Court issued an order (Doc. #2416) granting Defendants' Motion for Summary Judgment Based on *Res Judicata* and Release Defenses (Doc. #2299) (the "Motion"), in the matter entitled *Reorganized FLI, Inc. v. Williams Companies Inc., et al.*, 2:05-CV-01331-RCJ-PAL, and final judgment is hereby entered as follows:

• On the basis of the granting of the Motion, all of Plaintiff's claims in its Amended Complaint (Doc. #11 in 2:05-CV-01331-RCJ-PAL) are dismissed with prejudice against the following Defendants: ONEOK, Inc.; ONEOK Energy Marketing & Trading Co., L.P.; The Williams Companies, Inc.; Williams Energy Marketing & Trading; American Electric Power Company, Inc.; AEP Energy Services, Inc.; Dynegy Marketing & Trade; El Paso Merchant Energy, L.P.; CMS Marketing Services & Trading Company; CMS Field Services, Inc.; Reliant Energy Services, Inc. (n/k/a RRI Energy Services, LLC); Coral Energy Resources, L.P.; e prime, inc.

• On the basis of the granting of the Motion, all dates under the existing case schedule as reflected in the Scheduling Order entered October 8, 2015 (Doc. 2171), as modified by subsequent orders entered December 24, 2015 (Doc. 2256), April 25, 2016 (Doc. 2325) and May 31, 2016 (Doc. 2418), are, effective May 24, 2016, stayed as to this case only.

To the extent that this Order results in judgment against fewer than all Defendants and/or judgment on fewer than all claims in any of the above actions, the Court directs final judgment be entered on the above-identified claims for the above-identified Defendants, as no just reason for delay exists.

| | |
|---|---|
| Lance S. Wilson | November 16, 2016 |
| Clerk | Date |
| *Lance S. Wilson* (signature) | |