UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | MDL Docket No. 1566<br><br>Base Case No. 2:03-cv-01431-RCJ-PAL<br><br>**ORDER**<br><br>(Sealed Exhibits – ECF No. 2567) |

This matter is before the court on Defendants failure to respond to the court's Order (ECF No. 2577) denying without prejudice Plaintiffs' Motions For Leave to File Documents Under Seal (ECF No. 2566, 2571) and instructing the designating party (or parties) to file a memorandum of points and authorities and any supporting declaration or affidavit to make a particularized showing as to why certain documents should remain under seal.  The sealed documents were referenced as Exhibits C, D, I, J, and 1-3 to Exhibit H.  *See* Sealed Exhibits (ECF No. 2567).  The court instructed the designating party (or parties) to make a particularized showing on or before September 28, 2016.  *See* Order (ECF No. 2577).  However, no response was filed and the deadline to do so has now expired.  The parties were cautioned that if they failed to timely comply with the Order, the Clerk of the Court would be directed to unseal the documents to make them available on the public docket.  Accordingly,

**IT IS ORDERED** the Clerk of the Court shall UNSEAL the Sealed Exhibits (ECF No. 2567).

Dated this 21st day of February, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE