# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | ) ) ) ) ) | MDL DOCKET NO. 1566<br><br>Base Case File No.<br>2:03-CV-S-1431-RCJ-PAL |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Arandell Corporation., et al. v. Xcel Energy Inc., et al.* | ) ) ) | 2:07-CV-01019-RCJ-PAL |
| *Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.* | ) ) ) | 2:07-CV-00987-RCJ-PAL |
| *Learjet, et al. v. ONEOK, et al.* | ) ) | 2:06-CV-00233-RCJ-PAL |
| *NewPage Wisconsin System, Inc., et al. v. CMS Energy Resource Management Company, et al.* | ) ) ) ) | 2:09-CV-00915-RCJ-PAL |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS AND MOTION FOR ATTORNEY FEES, <u>REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS</u>**
**(FIRST REQUEST)**

Plaintiffs in the above-captioned cases request an extension to file their Motion for Final Approval of the Settlements and their Motion for Attorney Fees, Reimbursement of Expenses, and Incentive Awards.  In support of this request, plaintiffs state:

1. The Final Fairness Hearing for the settlements with the AEP, Coral, Duke, and ONEOK Defendants (the "Settling Defendants"), which is currently scheduled for May 11, 2017, was recently rescheduled for May 17, 2017.

2. Absent an extension, all papers supporting final approval of the settlements with the Settling Defendants are due on April 18, 2017.

58323341.1

2

3. Plaintiffs have recently prepared other substantive briefs in these cases and are currently preparing oppositions to defendants' pending motions for summary judgment. *See* Defendants' Joint Motion for Summary Judgment challenging plaintiffs' allegations of conspiracy (ECF No. 2746); and Defendants' Joint Motion for Partial Summary Judgment on Umbrella Plaintiffs' Claims (ECF No. 2748). As a result, plaintiffs need additional time to prepare their Motion for Final Approval of the Settlements and their Motion for Attorney Fees, Reimbursement of Expenses, and Incentive Awards.

4. Plaintiffs asked counsel for the Settling Defendants whether they had an objection to plaintiffs' request for a six-day extension. The Settling Defendants do not object to plaintiffs' request.

5. This is plaintiffs' first request to extend the deadline to file their Motion for Final Approval of the Settlements and their Motion for Attorney Fees, Reimbursement of Expenses, and Incentive Awards.

6. These requests for extension are made in good faith and will not prejudice any party or non-party. The deadlines for objections to and opting out from the settlements have passed, and plaintiffs or the claims administrator have received no objections or opt-out requests.

For these reasons, plaintiffs request a six-day extension until April 24, 2017 to file their Motion for Final Approval of the Settlements and their Motion for Attorney Fees, Reimbursement of Expenses, and Incentive Awards.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: \_April 17, 2017\_\_\_\_\_

Dated:  April 17, 2017

        Respectfully submitted,

        */s/   Gregory M. Bentz*
Russell S. Jones
Jennifer G. Bacon
Gregory M. Bentz
Andrew J. Ennis
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
Telephone:     (816) 753-1000
Facsimile:      (816) 753-1536

*Counsel for Plaintiffs Learjet Inc., et al., Heartland Health, et al., Arandell Corp., et al, and NewPage Wisconsin System, Inc., et al.*

Robert L. Gegios
Ryan M. Billings
Melinda A. Bialzik
Amy I. Washburn
KOHNER, MANN & KAILAS, SC
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI  53212
Telephone:     (414) 962-5110
Facsimile:      (414) 962-8725

*Counsel for Plaintiffs Arandell Corp., et al and NewPage Wisconsin System, et al*

Donald D. Barry
BARRY LAW OFFICES, LLC
5340 SW 17th Street
P.O. Box 4816
Topeka, KS  66604
Telephone:     (785) 273-3151
Facsimile:      (785) 273-5115

3

58323341.1

Von S. Heinz
Brian Blakley
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

*Counsel for Plaintiffs Learjet Inc., et al., Heartland Health, et al., Arandell Corp., et al, and NewPage Wisconsin System, Inc., et al.*

Gary D. McCallister
MCCALLISTER LAW GROUP, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL  60602
Telephone:    (312) 345-0611
Facsimile:    (312) 345-0612

Eric I. Unrein
FRIEDEN, UNREIN and FORBES LLP
1414 Ashworth Pl., Ste 201
Topeka, KS 66604
Telephone:    (785) 354-1100
Facsimile:    (785) 354-1113

*Counsel for Plaintiffs Learjet, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on the April 17, 2017, a true and correct copy of the foregoing was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

                                                 */s/ Gregory M. Bentz*