# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL DOCKET NO. 1566 |
| | Base Case File No. 2:03-CV-01431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | 2:06-CV-0267-RCJ-PAL |
| *Sinclair Oil Corporation v. OneOK Energy Services Company, L.P.* | 2:06-CV-0282-RCJ-PAL |
| *Sinclair Oil Corporation v. ePrime, Inc. and Xcel Energy, Inc.* | **SINCLAIR OIL CORPORATION'S [PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY BRIEFING PENDING THE COURT'S RULING ON SINCLAIR'S MOTION FOR CLARIFICATION OF THE COURT'S MARCH 30, 2017 ORDER PURSUANT TO FED. R. CIV. P. 60(a)** |

The Court, having considered Sinclair Oil Corporation's Stipulated Motion to Stay Briefing Pending the Court's Ruling on Sinclair's Motion for Clarification of the Court's March 30, 2017 Order Pursuant to Fed. R. Civ. P. 60(a), and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff Sinclair Oil Corporation's Stipulated Motion to Stay Briefing Pending the Court's Ruling on Sinclair's Motion for Clarification of the Court's March 30, 2017 Order Pursuant to Fed. R. Civ. P. 60(a) is GRANTED. Briefing on OneOK Energy Services Company, L.P.'s Motion for Summary Judgment on Antitrust Claims ("OneOK's Motion") (ECF No. 2745) and e prime, inc. and Xcel Energy, Inc.'s Motion for Summary Judgment ("e prime's Motion") (ECF No. 2764) is STAYED pending the Court's ruling on Sinclair's Motion for Clarification of the Court's March 30, 2017 Order Pursuant to Fed. R. Civ. P. 60(a) ("Motion for Clarification"). If the Motion for Clarification is granted and further briefing is necessary, the deadline for Sinclair's Responses to OneOK's Motion and e prime's Motion will be 14 days after the Court issues an order determining Sinclair's Motion for Clarification.

101060698_2

1 | IT IS SO ORDERED

_____
Hon. Robert C. Jones
United States District Judge

DATED: April 19, 2017.