UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re: Western States Wholesale Natural Gas
Antitrust Litigation

[PROPOSED] AMENDED JUDGMENT
IN A CIVIL CASE

MDL Docket No. 1566
CV-S-03-1431-RCJ (PAL)
BASE FILE

Case Number: 2:05-CV-01331-RCJ (PAL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED:

On May 24, 2016, the Court issued an order (Doc. #2416) granting Defendants' Motion for Summary Judgment Based on *Res Judicata* and Release Defenses (Doc. #2299), in the matter entitled *Reorganized FLI, Inc. v. Williams Companies Inc., et al.*, 2:05-CV-01331-RCJ-PAL.

On November 16, 2016, the Court issued an order (Doc. #2671) granting El Paso Corporation's Motion to Reconsider the Motion for Entry of Judgment and Motion for Leave to Supplement the Summary Judgment Record (Doc. #2556), Xcel Energy's Motion for Reconsideration of Order (Doc. #2557), and Williams Merchant Services Company's Motion For Reconsideration of Order (Doc. #2560, and together with Doc. #2299, the "Motions").

Final judgment is hereby entered as follows:

• On the basis of the granting of the Motions, all of Plaintiff's claims in its Amended Complaint (Doc. #11 in 2:05-CV-01331-RCJ-PAL) are dismissed with prejudice against the following Defendants: ONEOK, Inc.; ONEOK Energy Marketing & Trading Co., L.P.; The Williams Companies, Inc.; Williams Energy Marketing & Trading; Williams Merchant Services Company, LLC (f/k/a Williams Merchant Services Company, Inc.); American Electric Power Company, Inc.; AEP Energy Services, Inc.; Dynegy Marketing & Trade; El Paso Merchant Energy, L.P.; El Paso Corporation; CMS Marketing Services & Trading Company; CMS Field Services, Inc.; Reliant Energy Services, Inc. (n/k/a RRI Energy Services, LLC); Coral Energy Resources, L.P.; e prime, inc.; and Xcel Energy Inc.

- On the basis of the granting of the Motions, all dates under the existing case schedule are, effective May 24, 2016, stayed as to this case only.

DEBRA K. KEMPI  
CLERK

*(signature)*

(By) DEPUTY CLERK

July 27, 2017  
DATE