1    David L. Bryant (Okla. Bar No. 1262)
     John Henry Rule (Okla. Bar No. 7824)
2    Craig A. Fitzgerald (Okla. Bar No. 15233)
     GABLEGOTWALS
3    100 West Fifth Street, Suite 1100
     Tulsa, OK 74103-4217
4    Telephone:    (918) 595-4800
     Facsimile:    (918) 595-4990
5
     *Attorneys for Defendant ONEOK Energy*
6    *Services Company, L.P.*

7

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA

9    IN RE: WESTERN STATES                    MDL Docket No. 1566
     WHOLESALE NATURAL GAS                    Case No. 2:03-cv-01431-RCJ-PAL
10   ANTITRUST LITIGATION,                    BASE FILE

11   This pleading pertains to:

12

13   SINCLAIR OIL CORPORATION,

             Plaintiff

14   v.                                       Case No. 2:06-cv-00282-RCJ-PAL

     ONEOK ENERGY SERVICES COMPANY,
15   L.P.,

16           Defendant

17

18       DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
         TO FILE BILL OF COSTS AND APPLICATION FOR ATTORNEY FEES

19       Defendant ONEOK Energy Services Company, L.P., ("OESC") respectfully requests an

20   extension of time in which to submit a bill of costs and application for attorney fees under Rule

21   54 of the FEDERAL RULES OF CIVIL PROCEDURE, LR 54-1, and LR 54-14. OESC requests that the

22   Court extend the time for these filings until 30 days after an opinion or order entered by the Ninth

23   Circuit Court of Appeals becomes a final determination of Sinclair's appeal of this Court's

24   decision on summary judgment and resulting Final Judgment against Sinclair in this action. In

25   support of this motion, OESC submits the following:

{1743770;2}

1.     On September 18, 2017, this Court entered a Final Judgment against Sinclair, dismissing all Sinclair's claims with prejudice (Dkt. No. 2964).

2.     Under FED.R.CIV.P. 54, LR 54-1, and LR 54-14, OESC's deadline for submitting a bill of costs and/or application for attorney fees is 14 days from the entry of the Final Judgment, which is October 2, 2017.

3.     On September 19, 2017, Sinclair filed a Notice of Appeal with this Court (Dkt. No. 2970), thereby commencing an appeal of this Court's Final Judgment and other related orders identified in the Notice.

4.     The Ninth Circuit Court of Appeals docketed Sinclair's appeal on September 22, 2017 as Case No. 17-16925.

5.     This Court has authority to extend the deadline for submitting a bill of costs and application for attorney fees. *See, e.g.,* FED.R.CIV.P. 54(d)(2)(B) (motion must be filed no later than 14 days after entry of judgment "unless a court order provides otherwise"); LR 1-4 (court may change local rules if the interests of justice so require).

6.     Regardless of the outcome of Sinclair's appeal, it would be premature for this Court to consider any request for attorneys' fees or costs until Sinclair's appeal is finally resolved. Attorneys' fees will continue to be incurred in connection with the appeal, rendering any present application incomplete. If the Ninth Circuit affirms this Court, as OESC expects, the Ninth Circuit will most likely look to this Court to determine any award of any appeal-related attorneys' fees. *See e.g., Webb v. Ada County,* 285 F.3d 829, 841 (9th Cir. 2002) (transferring determination of attorney fees on appeal to the district court). This would require OESC to supplement its application in this Court. On the other hand, should the Ninth Circuit reverse this Court's Final Judgment against Sinclair, any previous determination by this Court with respect to an OESC request for attorneys' fees or costs would be mooted. Since Sinclair has already commenced an appeal, OESC and Sinclair agree that the interests of justice would best be served, and the resources of this Court would best be preserved, by deferring the time for filing a bill of costs and application for attorneys' fees until the Ninth Circuit decides the appeal. Sinclair reserves

{1743770;2}

and does not waive any and all objections to any request for attorneys' fees or costs at the trial level and on appeal.

7.    In the event the Court denies this Motion, OESC requests that the Court grant OESC 14 days from the order of denial in which to submit its bill of costs and application for attorneys' fees.

Wherefore, OESC respectfully requests that this Court extend the time for OESC to submit a bill of costs and application for attorneys' fees until 30 days after an opinion or order entered by the Ninth Circuit Court of Appeals becomes a final determination of Sinclair's appeal of this Court's decision on summary judgment and resulting Final Judgment against Sinclair in Case No. 17-16925.

Respectfully submitted,

*/s/ Craig A. Fitzgerald*
David L. Bryant (Okla. Bar No. 1262)
John Henry Rule (Okla. Bar No. 7824)
Craig A. Fitzgerald (Okla. Bar No. 15233)
GABLEGOTWALS
100 West Fifth Street, Suite 1100
Tulsa, OK 74103-4217
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
dbryant@gablelaw.com
jrule@gablelaw.com
cfitzgerald@gablelaw.com

***Attorneys for Defendant ONEOK Energy Services Company, L.P.***

IT IS SO ORDERED this 22nd day of December, 2017.

ROBERT C. JONES