1  Michael John Miguel (Cal. Bar No. 145182)
   mmiguel@mckoolsmithhennigan.com
2  Brett D. Bissett (Cal. Bar No. 280366)
   bbissett@mckoolsmithhennigan.com
3  **MCKOOL SMITH, P.C.**
   300 South Grand Avenue, Suite 2900
4  Los Angeles, California 90071
   Telephone:    (213) 694-1200
5  Facsimile:    (213) 694-1234

6  *Attorneys for Defendants*
   *e prime, inc. and*
7  *Xcel Energy Inc.,*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | MDL 1566 |
| WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | CV-S-03-1431-RCJ (PAL) |
| | Case No. 2:06-CV-00267-RCJ (PAL) |
| THIS DOCUMENT RELATES TO: | **ORDER GRANTING EXTENSION OF TIME TO FILE BILL OF COSTS AND APPLICATION FOR ATTORNEYS' FEES** |
| *Sinclair Oil Corporation v. e prime, inc.* | |

**ORDER**

The Court, having considered the unopposed motion by Defendants e prime, inc. and Xcel Energy Inc. (collectively, "the e prime Defendants") to extend the time to file a bill of costs and application for attorneys' fees, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

The Motion is GRANTED; and

The deadline for the e prime Defendants to submit a bill of costs and application for attorneys' fees pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rules 54-1 and 54-14 is extended until 30 days after an opinion or order entered by the Ninth Circuit Court of Appeals becomes a final determination of the appeal of this Court's decision on summary judgment against Sinclair Oil Corporation in the Ninth Circuit Case No. 17-16926.

**IT IS SO ORDERED.**

Dated:  \_ December 22, \_, 2017                    _____

UNITED STATES DISTRICT JUDGE

1335428

-1-