# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | Case No.: 2:03-CV-01431-RCJ-PAL<br>2:05-CV-01331-RCJ-PAL |
| REORGANIZED FLI, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ONEOK, INC., *et al.*,<br><br>Defendants. | ORDER ON MANDATE AND ORDER SETTING STATUS CONFERENCE MONDAY, JULY 9, 2018 |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having reversed and remanded the District Court issued its mandate on May 17, 2018, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS HEREBY ORDERED that a Status Conference is set for 09:00 A.M., Monday, July 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

///

///

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, June 29, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, June 29, 2018.

DATED this 17th day of May, 2018.

_____
ROBERT C. JONES
United States District Judge