Nitin Reddy (Cal Bar # 229451)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys For Defendants
Cantera Natural Gas, Inc.; Cantera
Resources, Inc.; CMS Energy Resources
Management Company; CMS Field
Services Inc.; CMS Energy Corporation; and
Cantera Gas Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL NO. 1566<br>Base Case No. CV-S-2:03-1431-RCJ-PAL |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS.* | |

**NOTICE OF WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Mark E. Haddad has retired from the law firm of Sidley Austin LLP, and is withdrawing as counsel of record for Defendants Cantera Natural Gas, Inc., Cantera Resources, Inc., CMS Energy Resources Management Company, CMS Field Services Inc., CMS Energy Corporation, and Cantera Gas Company ("CMS Defendants").

The attorneys from the law firm of Sidley Austin LLP, who have appeared in this matter, remain on record as counsel for the CMS Defendants.

Mr. Haddad should be removed from the Court's docket in the base case and all related actions and should no longer receive service of docket-related activity.

Pursuant to Local Rule 11-6(b), a [Proposed] Order Granting Withdrawal of Mark E. Haddad as counsel for Defendants is filed concurrently with this notice, for entry by the Court.

Dated: June 19, 2018                                  Respectfully submitted,

By: */s/ Nitin Reddy*
Nitin Reddy
 California Bar Number 229451
 Email: nreddy@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys For Defendants*
*Cantera Natural Gas, Inc.; Cantera Resources, Inc.; CMS Energy Resources Management Company; CMS Field Services Inc.; CMS Energy Corporation; and Cantera Gas Company*

# [PROPOSED] ORDER

Upon consideration of the Notice of Withdrawal of Counsel filed by Defendants Cantera Natural Gas, Inc., Cantera Resources, Inc., CMS Energy Resources Management Company, CMS Field Services Inc., CMS Energy Corporation, and Cantera Gas Company ("CMS Defendants"), the Court hereby ORDERS that Mark E. Haddad be withdrawn as counsel of record for the CMS Defendants.

FURTHERMORE, the Clerk of Court is directed to remove Mark E. Haddad from the records and from the Court's CM/ECF System for the above-referenced matters.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

On June 19, 2018, I caused the foregoing brief to be served on counsel of record through the ECF system.

*/s/ Nitin Reddy*
Nitin Reddy
