Robert L. Gegios
Ryan M. Billings
Melinda A. Bialzik
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
Telephone: 414-962-5110
Facsimile: 414-962-8725
rgegios@kmksc.com
rbillings@kmksc.com
mbialzik@kmksc.com

Attorneys for Arandell Corporation, Briggs & Stratton Corporation, Carthage College, Ladish Co., Inc. (n/k/a ATI Ladish LLC), Merrick's, Inc., NewPage Wisconsin System Inc. (n/k/a Verso Minnesota Wisconsin LLC), and Sargento Foods, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br>CV-S-03-1431-RJC-PAL<br>BASE FILE |
| THIS DOCUMENT RELATES TO: | |
| *Arandell Corp., et al. v. Xcel Energy Inc., et al.* | Case No. 2:07-CV-01019-RJC-PAL |
| *NewPage Wisconsin System Inc., et al. v. CMS Energy Resource Management Company, et al.* | Case No. 2:09-CV-00915-RJC-PAL |
| | **NOTICE OF WITHDRAWAL OF COUNSEL** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE THAT Amy Irene Washburn has left the law firm of Kohner, Mann & Kailas, S.C., and is withdrawing as counsel of record for Arandell Corporation, Briggs & Stratton Corporation, Carthage College, Ladish Co., Inc. (n/k/a ATI Ladish LLC), Merrick's, Inc., NewPage Wisconsin System Inc. (n/k/a Verso Minnesota Wisconsin LLC) and Sargento Foods, Inc. (collectively, the "Wisconsin Plaintiffs"). The attorneys from the law firm of Kohner Mann & Kailas, S.C., who have appeared in this matter, remain on record as counsel for the Wisconsin Plaintiffs.

Ms. Washburn should be removed from the Court's docket in the base case and all related actions and should no longer receive service of docket-related activity.

Pursuant to Local Rule 11-6(b), a Proposed Order granting Ms. Washburn's withdrawal as counsel for the Wisconsin Plaintiffs is filled concurrently with this notice, for entry by the Court.

Dated: August 8, 2018.

Respectfully Submitted,

/s/ *Ryan M. Billings*
Robert L. Gegios
Ryan M. Billings
Melinda A. Bialzik
KOHNER, MANN & KAILAS, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI  53212-1059
Telephone:   (414) 962-5110
Facsimile:    (414) 962-8725
Email:         rgegios@kmksc.com
                   rbillings@kmksc.com
                   mbialzik@kmksc.com

*Attorneys for the Wisconsin Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2018, a true and correct copy of the foregoing document was served by electronic mail to counsel for all current parties pursuant to the Order for Electronic Service entered on June 12, 2008 (ECF No. 1141).

/s Ryan M. Billings

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br>CV-S-03-1431-RJC-PAL<br>BASE FILE |
| THIS DOCUMENT RELATES TO: | |
| *Arandell Corp., et al. v. Xcel Energy Inc., et al.* | Case No. 2:07-CV-01019-RJC-PAL |
| *NewPage Wisconsin System Inc., et al. v. CMS Energy Resource Management Company, et al.* | Case No. 2:09-CV-00915-RJC-PAL |

## ORDER

Upon consideration of the Notice of Withdrawal of Counsel filed by Plaintiffs Arandell Corporation, Briggs & Stratton Corporation, Carthage College, Ladish Co., Inc. (n/k/a ATI Ladish LLC), Merrick's, Inc., NewPage Wisconsin System Inc. (n/k/a Verso Minnesota Wisconsin LLC) and Sargento Foods, Inc. (collectively, the "Wisconsin Plaintiffs"), the Court hereby ORDERS that Amy Irene Washburn is withdrawn as counsel of record for the Wisconsin Plaintiffs.

FURTHERMORE, the Clerk of Court is directed to remove Amy Irene Washburn from the records and from the Court's CM/ECF System for the above-referenced matters.

IT IS SO ORDERED.

Dated this 14th day of August, 2018

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE