IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION. | ) ) ) ) ) ) | MDL DOCKET NO. 1566<br><br>Base Case File No.<br>2:03-CV-S-1431-RCJ-PAL |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Heartland Regional Medical Center, et al. v. ONEOK, Inc., et al.* | ) ) ) | 2:07-CV-00987-RCJ-PAL |
| *Learjet, et al. v. ONEOK, et al.* | ) | 2:06-CV-00233-RCJ-PAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RELIANT ENERGY SERVICES, INC.

Plaintiffs in the above-captioned cases have reached a settlement with defendant Reliant Energy Services Inc ("RES"). Plaintiffs advised the Court of the settlement's principal terms and procedures in their June 28, 2018 Notice of Settlement and Status Report (ECF No. 3009), and the settlement was also announced on the record at the Court's July 9, 2018 status conference.

As explained previously, this settlement was achieved in conjunction with the bankruptcy proceedings in *In re GenOn Energy, Inc.*, Case No. 1733695 (DRJ), pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The settlement resolves not only all claims between the named plaintiffs and RES in the Bankruptcy Court, but also all claims between the named plaintiffs and RES in the above-captioned cases pending in this Court. The settlement is not a class settlement under Federal Rule of Civil Procedure 23, but is nevertheless structured to provide notice to putative class members of the opportunity to submit a claim to settlement proceeds. The settlement is in the best interest of putative class

members because the bankruptcy proceedings will discharge claims of putative plaintiffs who have not filed a proof of claim in the bankruptcy proceedings, the deadline for which has passed, but nonetheless provides settlement funds for any putative claimants who make a proper claim for a share of the RES settlement proceeds. Although notice of this dismissal is not required because the actions have not yet been certified as class actions under Fed. R. Civ. P. 23,[1] to avoid any possible prejudice to putative class members, plaintiffs will provide putative class members with notice of the settlement and the opportunity to submit a claim to receive settlement proceeds.

The Bankruptcy Court's settlement approval order, which incorporates the parties' settlement agreement, is attached hereto as Exhibit A. In addition, the declaration of Mark Fellows (Dahl Administration), which outlines the court-approved plan for notifying potential claimants of the settlement and the opportunity to submit claims, is attached as Exhibit B.

In light of the Bankruptcy Court's review and approval of the settlement, plaintiffs Learjet Inc. and Topeka Unified School District 501 (the "Kansas Plaintiffs"), and plaintiffs Heartland Regional Medical Center, Prime Tanning Corp., and Northwest Missouri State University (the "Missouri Plaintiffs"), hereby dismiss with prejudice the above-captioned actions against RES under Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own costs.

This dismissal does not affect in any way the Kansas Plaintiffs' or the Missouri Plaintiffs' claims against any other defendants remaining in these actions.

DATED this 13th day of August, 2018.

---

[1] *See* Fed. R. Civ. P. 23(e).

Respectfully submitted,

/s/ Andrew J. Ennis
Russell S. Jones
Andrew J. Ennis
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:    (816) 753-1000
Facsimile:     (816) 753-1536

Donald D. Barry
BARRY LAW OFFICES, LLC
5340 SW 17th Street, P.O. Box 4816
Topeka, KS 66604
Telephone:    (785) 273-3151
Facsimile:     (785) 273-5115

Brian Blakley
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Plaintiffs Learjet Inc., Topeka Unified School District 501, Heartland Regional Medical Center, Northwest Missouri State University, and Prime Tanning Corp.*

Gary D. McCallister
MCCALLISTER LAW GROUP, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone:    (312) 345-0611
Facsimile:     (312) 345-0612

Eric I. Unrein
CAVANAUGH, BIGGS & LEMON, P.A.
2942A S.W. Wanamaker Dr., Ste. 100
Topeka, KS 66614
Telephone:    (785) 440-4000
Facsimile:     (785) 440-3900

*Counsel for Plaintiffs Learjet, Inc. and Topeka Unified School District 501*

/s/ Mark R. Robeck
Mark R. Robeck
Travis G. Cushman
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street NW
Washington, DC 20007
Telephone: (202) 342-8675
Facsimile: (202) 342-8451

-and-

D. Neal Tomlinson
Hyperion Advisors
3960 Howard Huges Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 327-6859
Facsimile: (702) 990-3501

*Counsel for Defendant Reliant Energy Services, Inc. (n/k/a RRI Energy Services, LLC)*

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE
DATED: 09-05-2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2018, a true and correct copy of the foregoing was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

/s/ Andrew J. Ennis