Michael John Miguel (Cal. Bar No. 145182)
mmiguel@mckoolsmithhennigan.com
Brett D. Bissett (Cal. Bar No. 280366)
bbissett@mckoolsmithhennigan.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

*Attorneys for Defendants*
e prime, inc. and Xcel Energy Inc.

David L. Bryant (Okla. Bar No. 1262)
dbryant@gablelew.com
John Henry Rule (Okla. Bar No. 7824)
jrule@gablelaw.com
Craig A. Fitzgerald (Okla. Bar No. 15233)
cfitzgerald@gablelew.com
**GABLEGOTWALS**
100 West Fifth Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:  (918) 595-5000
Facsimile:   (918) 595-4990

*Attorneys for Defendant*
ONEOK Energy Services Company, LP

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br><br>CV-S-03-1431-RCJ (PAL) |
| THIS DOCUMENT RELATES TO:<br><br>SINCLAIR OIL CORPORATION V. E PRIME, INC.<br><br>and<br><br>SINCLAIR OIL CORPORATION V. ONEOK ENERGY SERVICES COMPANY, L.P. | Case No. 2:06-CV-00267-RCJ (PAL)<br><br>Case No. 2:06-CV-00282-RJC (PAL)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR E PRIME DEFENDANTS TO RESPOND TO MOTION FOR SUGGESTION OF REMAND** |

## ORDER

The Court, having considered the unopposed motion by Defendants e prime, inc., Xcel Energy Inc. and ONEOK Energy Services Company L.P. ("Defendants") to extend the time to respond to Sinclair Oil Corporation's Motion for Suggestion of Remand, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Defendants shall have up to and including **September 19, 2018** within which to respond the Sinclair Oil Corporation's Motion for Suggestion of Remand [ECF. No. 3038].

**IT IS SO ORDERED.**

Dated: September 5, 2018

_____
UNITED STATES DISTRICT JUDGE