Neal Tomlinson
Hyperion Advisors
3960 Howard Hughes Pkwy Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3901
Email: neal@hyperionlegal.com
*Attorneys for Defendant*
*Reliant Energy Services, Inc.*
*n/k/a RRI Energy Services, LLC and*
*Reliant Energy, Inc. n/k/a*
*Genon Energy, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL NO. 1566 |
| THIS DOCUMENT RELATES TO: | Base Case No. 2:03-cv-01431-RCJ-PAL |
| *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.* | Case No. 2:07-cv-01019-RCJ-PAL |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. 2:09-cv-00915-RCJ-PAL |

**MOTION TO WITHDRAW**

Pursuant to LR IA 11-6, Defendants Reliant Energy Services, Inc., now known as RRI Energy Services, LLC, and Reliant Energy, Inc. (n/k/a GenOn Energy, Inc.) (collectively, the "Reliant Defendants") respectfully requests that the following attorneys (the "Withdrawing Attorneys") be removed as counsel of record for the Reliant Defendants in the above-captioned MDL and the under underlying matters from Wisconsin:[1]

---

[1] *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*, Case No. 2:07-cv-01019-RCJ-PAL and *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*, Case No. 2:09-cv-00915-RCJ-PAL have been consolidated. *See* Dkt. No. 1949. The Reliant Defendants have previously been dismissed from all other matters still pending in the MDL.

Mark R. Robeck
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007

Travis G. Cushman
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007

Mr. Neal Tomlinson of Hyperion Advisors, will continue to represent the Reliant Defendants in these matters, and the withdrawal Messrs. Robeck and Cushman will not delay any proceedings with respect to the Reliant Defendants.

The Reliant Defendant's request with respect to this Motion is acknowledged by their representative, Daniel McDevitt, General Counsel, GenOn Energy, Inc., as reflected at the end of this Motion.

Plaintiffs have been contacted about this Motion and do not oppose the counsels' withdrawal.

Respectfully submitted,

By: /s/ Mark R. Robeck
Mark R. Robeck
Travis Cushman
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, DC 20007-5108
Telephone: (202) 342-8675
Fax: (202) 342-8451
Email: mrobeck@kelleydrye.com

ON BEHALF OF THE WITHDRAWING ATTORNEYS FOR DEFENDANTS RELIANT ENERGY SERVICES, INC., n/k/a RRI ENERGY SERVICES, LLC, AND RELIANT ENERGY INC, n/k/a GENON ENERGY, INC.

-and-

D. Neal Tomlinson
Hyperion Advisors
3960 Howard Hughes Pkwy #500
Las Vegas, NV 89169
Telephone: (702) 990-3901
Email: neal@hyperionlegal.com

ATTORNEYS FOR DEFENDANTS RELIANT ENERGY SERVICES, INC., n/k/a RRI ENERGY SERVICES, LLC, AND RELIANT ENERGY INC, n/k/a GENON ENERGY, INC.

-and-

By: /s/ Daniel McDevitt
Daniel McDevitt
General Counsel
Energy Plaza
1601 Bryan Street, Suite 2200
Dallas, Texas
Telephone: (609) 524-4500
Email: Daniel.McDevitt@Genon.com

ON BEHALF OF RELIANT ENERGY SERVICES, INC., n/k/a RRI ENERGY SERVICES, LLC, AND RELIANT ENERGY INC, n/k/a GENON ENERGY, INC.

Dated: December 12, 2018

## CERTIFICATE OF SERVICE

I certify a copy of this pleading was filed electronically on the CM/ECF System on December 12, 2018, which caused all CM/ECF participants to be served by electronic means, as is more fully shown by the Court's Notice of Electronic Filing. I further certify that this pleading was served on the Reliant Defendants pursuant to LR IA 11-6(b) via electronic mail on December 12, 2018.

By: /s/ Neal Tomlinson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION** | MDL NO. 1566 |
| THIS DOCUMENT RELATES TO: | Base Case No. 2:03-cv-01431-RCJ-PAL |
| *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.* | Case No. 2:07-cv-01019-RCJ-PAL |
| *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.* | Case No. 2:09-cv-00915-RCJ-PAL |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court for decision is the Motion to Withdraw as counsel of record for Defendants Reliant Energy Services, Inc., now known as RRI Energy Services, LLC, and Reliant Energy, Inc., now known as GenOn Energy, Inc. (collectively, the "Reliant Defendants"). For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Mark R. Robeck and Travis G. Cushman are withdrawn as counsel of record for the Reliant Defendants in the following cases:

- *In Re: Western States Wholesale Natural Gas Antitrust Litigation*, Base Case No. 2:03-cv-01431-RCJ-PAL;

- *Arandell Corp., et. al. v. Xcel Energy, Inc., et. al.*; Case No. 2:07-cv-01019-RCJ- PAL; and

- *NewPage Wisconsin System, Inc. v. CMS Energy Resource Management Co., et. al.*; Case No. 2:09-cv-00915-RCJ-PAL.

IT IS SO ORDERED this 21st day of December, 2018.

_____
Hon. Peggy A. Lean
UNITED STATES MAGISTRATE JUDGE