# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 1566 CV-S-03-1431-RCJ (PAL) BASE FILE |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *Reorganized FLI, Inc. v. ONEOK Inc., et al.* | ) ) ) | Case No. CV-S-05-1331-RCJ (PAL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and pursuant to the Stipulation and Confidential Settlement Agreement dated November 27, 2018, between Plaintiff, Reorganized FLI, Inc., a Kansas Corporation and successor to Farmland Industries, Inc. (hereinafter "Farmland"), and Defendants Xcel Energy Inc. and e prime, Inc., Farmland hereby dismisses this action as against Xcel Energy Inc. and e prime, Inc., with prejudice and without costs or attorneys' fees to any party.

SO STIPULATED.

Dated: December 28, 2018    McCALLISTER LAW GROUP, LLC

                                                     /s/ Gary D. McCallister
                                                     Gary D. McCallister
                                                     McCallister Law Group, LLC
                                                   120 N. LaSalle Street, Suite 2800
                                                   Chicago, IL 60602
                                                   Telephone: (312) 345-0611
                                                   gdm@mccallisterlawgroup.com

                                                   *Counsel for Plaintiff Reorganized FLI, Inc., Successor to Farmland Industries, Inc.*

Dated: December 28, 2018            McKOOL SMITH P.C.

　　　　　　　　　　　　　　　　　 */s/ Michael John Miguel*
　　　　　　　　　　　　　　　　　Michael John Miguel
　　　　　　　　　　　　　　　　　McKool Smith P.C.
　　　　　　　　　　　　　　　　　300 S. Grand Avenue
　　　　　　　　　　　　　　　　　Suite 2900
　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　Telephone: (213) 694-1030
　　　　　　　　　　　　　　　　　mmiguel@mckoolsmith.com

　　　　　　　　　　　　　　　　　*Counsel for Xcel Energy Inc. and*
　　　　　　　　　　　　　　　　　*e prime, Inc.*

IT IS SO ORDERED this 2nd day of January, 2019.

_____
HON. ROBERT C. JONES