**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE WESTERN STATES ) <br> WHOLESALE NATURAL GAS ) <br> ANTITRUST LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Reorganized FLI, Inc. v. ONEOK Inc., et al.* ) <br> ) <br> _____ ) | MDL Docket No. 1566 <br> CV-S-03-1431-RCJ (PAL) <br> BASE FILE <br><br><br><br><br><br> **Case No. CV-S-05-1331-RCJ (PAL)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and pursuant to the Stipulation and Confidential Settlement Agreement dated December 31, 2018, between Plaintiff, Reorganized FLI, Inc., a Kansas Corporation and successor to Farmland Industries, Inc. (hereinafter "Farmland"), and Defendants, El Paso Corporation (n/k/a El Paso LLC) and El Paso Merchant Energy, L.P. (n/k/a El Paso Marketing Company, L.L.C.) (hereinafter collectively "El Paso"), Farmland hereby dismisses this action as against El Paso, with prejudice and without costs or attorneys' fees to any party.

Dated: December 31, 2018        McCALLISTER LAW GROUP, LLC

                                /s/ Gary D. McCallister
                                Gary D. McCallister
                                McCallister Law Group, LLC
                                120 N. LaSalle Street, Suite 2800
                                Chicago, IL 60602
                                Telephone: (312) 345-0611
                                gdm@mccallisterlawgroup.com

                                *Counsel for Plaintiff Reorganized FLI, Inc., Successor to Farmland Industries, Inc.*

Dated: December 31, 2018

LOCKE LORD, LLP

/s/ Bradley C. Weber
Bradley C. Weber
Locke Lord, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497
bweber@lockelord.com

*Counsel for El Paso Corporation and El Paso Merchant Energy, L.P.*

IT IS SO ORDERED this __ 14th day of January, 2019.

HON. ROBERT C. JONES

2