# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL DOCKET NO. 1566<br>CV-S-03-1431-RCJ (PAL)<br>BASE FILE |
| THIS DOCUMENT RELATES TO:<br><br>*Sinclair Oil Corporation v. ePrime, Inc. and Xcel Energy, Inc.* | 2:03-CV-01431-RCJ-PAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and pursuant to a Confidential Settlement Agreement and Mutual Release between Plaintiff, Sinclair Oil Corporation ("Sinclair") and Defendants Xcel Energy Inc. and e prime, Inc., Sinclair hereby dismisses this action as against Xcel Energy Inc. and e prime Inc., with prejudice and without costs or attorneys' fees to any party.

SO STIPULATED.

DATED this 23rd day of January, 2019.

                                            LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                            */s/ Brent R. Cohen*
                                            Brent R. Cohen, Esq.
                                            Kris J. Kostolansky, Esq.
                                            Diane R. Hazel, Esq.
                                            1200 Seventeenth Street, Suite 3000
                                            Denver, CO 80202-5835
                                            Tel:    303.623.9000
                                            Fax:   303.623.9222
                                            E-mail:  bcohen@lrrc.com
                                                                       kkosto@lrrc.com
                                                                       dhazel@lrrc.com

                                            *Attorneys for Sinclair Oil Corporation*

107147239_1

DATED this 23rd day of January, 2019.

                                                McKOOL SMITH P.C.

                                                */s/ Michael J. Miguel*
                                                Michael John Miguel
                                                McKool Smith P.C.
                                                300 S. Grand Avenue
                                                Suite 2900
                                                Los Angeles, CA 90071
                                                Tel: 213.694.1030
                                                E-mail: mmiguel@mckoolsmith.com

                                                *Attorney for Xcel Energy Inc. and e prime, Inc.*

IT IS SO ORDERED this 24th day of January, 2019.

_____
HON. ROBERT C. JONES