# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

WESTERN STATES WHOLESALE
NATURAL GAS ANTITRUST
LITIGATION,

Case No.: 2:03-CV-01431-RCJ-PAL

MDL Docket No. 1566

ORDER VACATING AND RESCINDING MINUTE ORDER (ECF NO. 3133) AND SETTING FINAL FAIRNESS HEARING TO MONDAY, AUGUST 5, 2019 (ECF NOS. 3127 AND 3130)

The Court entered its Minute Order (ECF No. 3133) on May 6, 2019, vacating the Final Fairness Hearing set for 09:00 A.M., Monday August 5, 2019 and resetting the hearing to 09:00 A.M., Tuesday, August 6, 2019. Minute Order (ECF No. 3133) was entered in error.

Federal Rule of Civil Procedure 60(a) states that, "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order or other part of the record. The court may do so on motion or on its own, with or without notice." Accordingly,

IT IS HEREBY ORDERED that Minute Order in Chambers (ECF No. 3133) is VACATED and RESCINDED.

///

///

IT IS FURTHER ORDERED that the Final Fairness is set for 09:00 A.M., Monday, August 5, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones. (ECF Nos. 3127 and 3130).

IT IS SO ORDERED.

Dated this 8th day of May, 2019.

_____
ROBERT C. JONES
Senior District Judge