UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL Docket No. 1566 <br><br> Base Case No. 2:03-cv-01431-RCJ-BNW |
| THIS DOCUMENT RELATES TO: <br><br> *Breckenridge Brewery of Colorado, LLC, et al. v. Oneok, Inc., et al.* | Case No. 2:06-cv-01351-RCJ-BNW |

**STIPULATION FOR DESIGNATION OF THE
CONTENTS OF THE RECORD ON REMAND**

Breckenridge Brewery of Colorado, LLC and BBD Acquisition, LLC (collectively, "Breckenridge") and e prime Energy Marketing, Inc., and Xcel Energy Inc. (collectively "e prime"), through counsel, hereby stipulate and agree that the following dockets should be certified and designated as contents of the record by the Clerk of the United States District Court for the District of Nevada:

- *Breckenridge Brewery of Colorado, LLC, et al. v. Oneok, Inc., et al.; C*ase No. 2:06-cv-01351; CO/1:06-cv-01110

- *In Re Western States Wholesale Natural Gas Antitrust Litigation;* Base Case No. 2:03-cv-s-1431-RCJ-PAL

The parties further stipulate and agree that the costs incidental to the certification of the dockets for the Base Case No. 2:03-cv-s-1431-RCJ-PAL and *Breckenridge Brewery of Colorado, LLC*, 2:06-cv-01351, shall be divided one-half to Breckenridge and one-half to e prime.

Dated: May 29, 2019

**Polsinelli PC**

/s/ *Andrew J. Ennis*
Andrew Ennis

*Attorney for Breckenridge Brewery of Colorado, LLC and BBD Acquisition, LLC*

**McKool Smith P.C.**

/s/ *Michael J. Miguel*
Michael Miguel

*Attorney for e prime Energy Marketing, Inc. and Xcel Energy Inc.*

**IT IS SO ORDERED.**

Dated: May 31, 2019

Hon. Robert C. Jones
United States District Judge